Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Blvd., Ste. 940
Santa Monica, CA 90401
Telephone: (310) 359-8200
Facsimile: (310) 359-8190

Attorneys for Plaintiff
Media.net Advertising FZ-LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIA.NET ADVERTISING FZ-LLC, a foreign limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NETSEER, INC., a Delaware corporation, and DOES 1–10,<br><br>Defendants. | No. 3:14-cv-3883<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

# TABLE OF CONTENTS

I. INTRODUCTION .................................................................................................. 1

II. PARTIES ................................................................................................................ 1

III. JURISDICTION AND VENUE ............................................................................ 2

IV. INTRADISTRICT ASSIGNMENT ...................................................................... 2

V. FACTS ................................................................................................................... 3

    A. Media.net's online contextual-advertising platform uses search results pages to display paid advertisements to online consumers ................ 3

    B. Netseer copied the Media.net's Results Pages for Netseer's competing contextual-advertising platform. .................................................. 4

VI. FIRST CAUSE OF ACTION COPYRIGHT INFRINGEMENT, TITLE 17 U.S.C. § 501, ET SEQ. ORIGINAL MEDIA.NET RESULTS PAGE–U.S. COPYRIGHT REGISTRATION NO. TX 7-896-126 AGAINST NETSEER, INC. AND DOES 1–10 ............................ 13

VII. SECOND CAUSE OF ACTION COPYRIGHT INFRINGEMENT, TITLE 17 U.S.C. § 501, ET SEQ. REVISED MEDIA.NET RESULTS PAGE–U.S. COPYRIGHT REGISTRATION NO. TX 7-896-131 AGAINST NETSEER, INC. AND DOES 1–10 ........................................ 14

VIII. RELIEF REQUESTED ....................................................................................... 15

IX. JURY DEMAND ................................................................................................. 15

Plaintiff Media.net Advertising FZ-LLC brings this complaint against Defendant Netseer, Inc. and Does 1–10 upon personal information as to Media.net's own activities and upon information and belief as to the activities of others, as follows:

## I.  INTRODUCTION

1. Media.net is a leading provider of online advertising services. Media.net's services include its contextual-advertising platform that allows website owners to offer contextually-relevant ads to website visitors. These ads are presented in the form of Media.net's search results pages.

2. Media.net is suing Netseer, a competing contextual-advertising company, because Netseer misappropriated Media.net's copyrighted search results pages in creating its own results pages.

3. Netseer's theft of Media.net's search results pages was careless. It even copied code that has no function.

4. As a result of Netseer's misconduct, Media.net has suffered, and continues to suffer damages.

5. Media.net files this lawsuit to recover its damages and to enjoin Netseer from further unlawful conduct.

## II.  PARTIES

6. Plaintiff Media.net Advertising FZ-LLC is a Dubai Free Zone limited liability company, with its principal business address at 107/108, DIC Building 5, Dubai Internet City, Dubai, 215028, United Arab Emirates.

7. Media.net is the owner of all exclusive and substantial rights and privileges in U.S. Copyright Registration No. TX 7-896-126 for "Media.net Search Results Page - February 2014" ('126 Copyright Registration"). A true and correct copy of the '126 Copyright Registration is attached as Exhibit A.

8. Media.net is the owner of all exclusive and substantial rights and privileges in U.S. Copyright Registration No. TX 7-896-131 for "Media.net Search Results Page - May 2014" ('131 Copyright Registration). A true and correct copy of the '131 Copyright

Registration is attached as Exhibit B.

9. Defendant Netseer, Inc. is a Delaware corporation with its principal place of business at 555 Ellis Street, Suite B, Mountain View, CA 94043.

10. Media.net is unaware of the true names and capacities of the defendants identified as Does 1–10 and therefore sues those defendants under fictitious names. Media.net will amend this complaint to allege their true names and capacities when ascertained. Each of the fictitiously named defendants is responsible for the creation, publication, distribution, and display of Netseer's infringing results pages and Netseer's unlawful and intentional misappropriation of material from Media.net's copyrighted search results pages. These fictitiously named defendants, along with Netseer, are referred to collectively as "Defendants."

### III.   JURISDICTION AND VENUE

11. This Court has original subject-matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

12. This Court has personal jurisdiction over Netseer because Netseer has continuous and systematic contacts with California, maintains its principal place of business in Mountain View, California, and because the acts and omissions giving rise to Media.net's claims occurred in California.

13. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b)(1) and 1391(c)(1) because this is a judicial district in which Netseer resides and in which it is subject to the Court's personal jurisdiction.

14. Venue is also proper in this judicial district under 28 U.S.C. § 1400(a) because this is a civil action arising under an Act of Congress relating to copyrights and this is a judicial district in which Netseer resides.

### IV.   INTRADISTRICT ASSIGNMENT

15. This is an Intellectual Property Action to be assigned on a district-wide basis under Civil Local Rule 3-2(c).

## V. FACTS

**A. Media.net's online contextual-advertising platform uses search results pages to display paid advertisements to online consumers.**

16. Media.net is a leading provider of online contextual-advertising services.

17. Media.net's customers include both the world's most successful and influential online publishers and small and medium web publishers with premium content.

18. Among other products and services, Media.net exclusively powers the Yahoo! Bing Network Contextual Ads program.

19. One of Media.net's products is a website-based advertisement creation platform that allows Media.net's customers to create and optimize their own advertisement creatives. In addition, Media.net also creates custom advertisement creatives for its publisher customers to improve engagement of a publisher's users with advertisements and consequently maximize revenue for such publishers (the "Media.net Platform").

20. The Media.net Platform allows Media.net's customers to take advantage of a huge pool of advertisers, and to use the program to create and customize ad units consisting of keywords that, when keywords are clicked, show sponsored links from the Yahoo! Bing Network.

21. The Media.net Platform allows website owners—also referred to as publishers—to place a Media.net ad unit on their website. A website visitor may click on keywords within the ad unit to be taken to a "search results page" displaying relevant ads.

22. Media.net tests multiple variations of advertisement creatives and search results pages to identify advertisement creatives and search results pages that can maximize performance for each publisher. The look and feel of the advertisement creatives and search results pages are important differentiators of the Media.net Platform that allow publishers to generate significantly better performance than Media.net's competitors.

23. In February 2014, Media.net first published the original version of its search results page ("Original Media.net Results Page").

24. The Original Media.net Results Page contains original copyrightable subject matter in the HTML source code.

25. A copy of the HTML source code for the Original Media.net Results Page is attached as Exhibit C.

26. Media.net is the exclusive assignee of the entire copyright interest in the Original Media.net Results Page.

27. Media.net obtained the '126 Copyright Registration (Ex. A) for the Original Media.net Results Page.

28. In May 2014, Media.net published a revised version of its search results page ("Revised Media.net Results Page").

29. The Revised Media.net Results Page is a derivative work based on the Original Media.net Results Page and contains original copyrightable subject matter in the HTML source code.

30. A copy of the HTML source code for the Revised Media.net Results Page is attached as Exhibit D.

31. Media.net is the exclusive assignee of the entire copyright interest in the Revised Media.net Results Page.

32. Media.net obtained the '131 Copyright Registration (Ex. B) for its Revised Media.net Results Page.

**B. Netseer copied the Media.net's Results Pages for Netseer's competing contextual-advertising platform.**

33. Netseer offers contextual-advertising services in competition with Media.net.

34. Like Media.net, Netseer also provides website owners with ad units for placement on their sites and is paid by advertisers who wish to advertise to online consumers.

35. And just like with Media.net's ad units, a website user who clicks on a Netseer ad unit will be directed to a search results page offering relevant ads ("Netseer Results Pages"). A copy of the HTML source code for the Netseer Results Page is attached as Exhibit E.

36. The Netseer Results Pages are hosted on Netseer computer servers at online addresses that may include Netseer's domain name <netseer.com>.

37. The Netseer Results Pages were directly copied from the copyrighted Media.net Results Pages.

38. The Netseer Results Pages are substantially similar to the copyrighted Media.net Results Pages.

39. Netseer not only copied the appearance of the Media.net Results Pages, but also directly copied a substantial portion of the underlying HTML source code from the Media.net Results Pages.

40. The portions of the Media.net Results Pages' source code that Netseer copied are not merely functional. They also include arbitrarily-named variables and idiosyncratic formatting which have no function.

41. Additionally, Netseer copied portions of the Media.net Results Pages' source code that is dormant and simply has no function. It was left in the Media.net Results Pages' source code as a remnant of an earlier version of the Media.net Results Pages and has no effect on what is shown to users.

42. The following table shows several examples of Netseer's infringement based on comparisons between the Media.net Results Pages' source code and the Netseer Results Pages' source code. They are presented as shown in the corresponding exhibit, but with some additional line breaks to facilitate comparison.

| Media.net – Exhibits C and D | Netseer – Exhibit E |
|---|---|
| ```
<style type="text/css">
* {
    margin:0;
    padding: 0
}
a {
    text-decoration: none;
    outline: none;
}
a:hover {
    cursor: pointer;
}
img {
    border: none;
}
body {
    background: #FFF;
    font-family: Arial; sans-serif
}
/*spons-link css*/

.spons-link {
    width: auto;
    padding: 15px 15px 0 15px;
    margin:auto 0;
}
``` | ```
<style type="text/css">

*{ margin:0; padding: 0 }


a{ text-decoration: none; outline: none;}


a:hover{ cursor: pointer;}


img{ border: none;}


body{ background: #FFF;font-family: Arial;sans-serif}



/*spons-link css*/

.spons-link{
width: auto; padding: 15px 15px 0 15px; margin:auto 0;
background-color: #ffffff;

}
``` |

| Media.net – Exhibits C and D | Netseer – Exhibit E |
|---|---|
| ```
.inner-spons-link {
    width: 960px;
    margin: 0 auto;
    height: 50px;
    line-height: 70px;
    text-overflow:ellipsis;
    overflow: hidden;
    white-space: nowrap;
    font-size: 15px;
    color: #000;
}
.inner-spons-link p {
    float: left;
    width: 64%;
    overflow:hidden;
    text-overflow:ellipsis;
    overflow: hidden;
    white-space: nowrap;
    font-weight: bold;
}
.inner-spons-link p span {
    font-size: 17px
}
.wrapper {
    width: 100%;
    margin: 0 auto;
    overflow: hidden;
}
``` | ```
.inner-spons-link{ width:
960px; margin: 0 auto;
/*height: 50px; line-height:
70px;*/ text-overflow:ellipsis;
overflow: hidden; white-space:
nowrap; font-size: 15px; color:
#000; }




.inner-spons-link p{float:
left; width:
64%;overflow:hidden; text-
overflow:ellipsis; overflow:
hidden; white-space: nowrap; }





.inner-spons-link p span{font-
size: 17px}

.wrapper{ width: 100%; margin:
0 auto; overflow: hidden; }
``` |

| Media.net – Exhibits C and D | Netseer – Exhibit E |
|---|---|
| ```
main_wrapper {
    width: 960px;
    margin: 0 auto;
    padding: 10px 0;
}
ul {
    list-style: none;
    padding-top: 10px;
}
.results li {
    width: 99.8%;
    background: #fff;
    margin: 0 0 10px 0;
    position: relative;
    overflow: hidden;
    border: 1px solid #dedede;
    -moz-transition: all 0.65s ease;
    -o-transition: all 0.65s ease;
    transition: all 0.65s ease;
    -webkit-transition: all 0.65s ease;
    background: url
``` | ```
.main_wrapper{width: 960px; margin: 0 auto; padding: 10px 0;}


ul{list-style: none; padding-top: 10px;}


.results li{width: 99.8%; background: #fff; margin: 0 0 10px 0; position: relative; overflow: hidden; border: 1px solid #dedede;-moz-transition: all 0.65s ease; -o-transition: all 0.65s ease; transition: all 0.65s ease;-webkit-transition: all 0.65s ease; background: url
``` |

| Media.net – Exhibits C and D | Netseer – Exhibit E |
|---|---|
| <pre>.results .num {
    width: 50px;
    text-align: right;
    font-size: 24px;
    font-weight: bold;
    color: #777;
    float: left;
    padding: 24px 10px 0 0;
    font-family: Arial;
    line-height: 47px;
}
a.list {
    display: block;
    width:89%;
    overflow: hidden;
    padding-right:40px;
    float: right;
}
.lastnum {
    _padding-right:0 !important
}
a.list .adwrap {
    display: block;
    overflow: hidden;
    padding: 15px 0;
    width: 100%;
    word-wrap: break-word
}
a.list .titleurlwrap {
    width: 48%;
    margin: 0 4% 0 0;
    overflow: hidden;
    float: left
}
a.list .descwrap {
    width: 46%;
    overflow: hidden;
    float: left
}
a.list .desc {
}
.results li:hover {
    background: #f2f2f2
}
.results li:hover {
    background: url</pre> | <pre>.results .num{ width: 50px; text-align: right; font-size: 20px; font-weight: bold; color: #777; float: left; padding: 24px 10px 0 0; font-family: Arial; line-height: 47px;}

a.list{ display: block;width:89%; overflow: hidden; padding-right:40px; float: right; }

.lastnum{_padding-right:0 !important}

a.list .adwrap{display: block; overflow: hidden; padding: 15px 0; width: 100%; word-wrap: break-word}

a.list .titleurlwrap{width: 48%; margin: 0 4% 0 0; overflow: hidden; float: left}

a.list .descwrap{width: 46%; overflow: hidden; float: left}

a.list .desc{}

.results li:hover{ background: #f2f2f2 }

.results li:hover{background: url</pre> |

| Media.net – Exhibits C and D | Netseer – Exhibit E |
|---|---|
| ```
.results li:hover .list .title
{
    text-decoration:
underline;
}
.results li:hover .url {
    text-
decoration:underline;
}

a.list .title {
    font-size: 22px;
    font-weight: bold;
    color: #333333;
    padding:19px 0 4px 0;
    font-family: Arial
}
a.list .desc {
    color: #444;
    font-size: 15px;
    padding: 3px 0 8px 0;
    text-align: right;
    font-family: Arial
}
a.list .url {
    color:#128d5a;
    font-size: 14px;
    text-align: right;
    font-family: Arial
}
``` | ```
.results li:hover .list
.title{text-decoration:
underline;}


.results li:hover .url{ text-
decoration:underline; }



a.list .title{ font-size: 20px;
font-weight: bold; color:
#333333; padding:19px 0 4px
0;font-family: Arial;}



a.list .desc{ color: #444444;
font-size: 15px; padding: 3px 0
8px 0; text-align: right; font-
family: Arial}



a.list .url{color:#128d5a;
font-size: 14px;text-align:
right;  font-family: Arial}
``` |
| ```
/*footer css*/

.footer {
    height: 50px;
    line-height: 50px;
    text-align: center;
    clear: both;
    width: 960px;
    margin: 0 auto
}
.footer a {
    color: #000;
    font-family: arial;
    font-size: 12px;
}
.footer a:hover {
    text-decoration:
underline;
}
``` | ```
/*footer css*/

.footer{  height: 50px; line-
height: 50px; text-align:
center; clear: both; width:
960px; margin: 0 auto}




.footer a{ color: #000; font-
family: arial; font-size:
12px;}


.footer a:hover{ text-
decoration: underline;}
``` |

| Media.net – Exhibits C and D | Netseer – Exhibit E |
|---|---|
| ```
/* Search Form CSS */

div.header_search {
    float: right;
    width: 34%;
    padding: 1px;
    background-color: #DDD;
    line-height: normal;
    margin-top: 8px;
    -webkit-border-radius: 5px;
    -moz-border-radius: 5px;
    border-radius: 5px;
    _padding-bottom:0px !important;
}
div.header_search .txt-box {
    border: 0 none;
    height: 32px;
    line-height: 32px;
    width: 75%;
    float: left;
    padding: 0 5px;
    -webkit-border-radius: 5px;
    -moz-border-radius: 5px;
    border-radius: 5px;
}
div.header_search .submit-button {
    border: 0 none;
    height: 32px;
    width: 21.8%;
    float: left;
    background: none;
    color: #FFF;
    text-transform: uppercase;
    font-size: 12px;
    -webkit-border-top-right-radius: 5px;
    -webkit-border-bottom-right-radius: 5px;
    -moz-border-radius-topright: 5px;
    -moz-border-radius-bottomright: 5px;
    border-top-right-radius: 5px;
    border-bottom-right-radius: 5px;
    outline: none;
    cursor: pointer;
}
``` | ```
/* Search Form CSS */

div.header_search{float: right;
width: 34%; padding: 1px;
background-color: #f2f2f2;
line-height: normal; margin-
top: 8px; -webkit-border-
radius: 5px;
-moz-border-radius: 5px;
border-radius: 5px;_padding-
bottom:0px !important;}


div.header_search .txt-
box{border: 0 none; height:
32px; line-height: 32px; width:
75%; float: left; padding: 0
5px; -webkit-border-radius:
5px;
-moz-border-radius: 5px;
border-radius: 5px;}



div.header_search .submit-
button{border: 0 none;
height: 32px;
width: 21.8%;
float: left;
background: none;
color: #FFF;
text-transform: uppercase;
font-size: 12px;
-webkit-border-top-right-
radius: 5px;
-webkit-border-bottom-right-
radius: 5px;
-moz-border-radius-topright:
5px;
-moz-border-radius-bottomright:
5px;
border-top-right-radius: 5px;
border-bottom-right-radius:
5px;
outline: none;
cursor: pointer;
}
``` |

| Media.net – Exhibits C and D | Netseer – Exhibit E |
|---|---|
| ```
.shadow_l {
    background: url(http://res.media.net/__media__/pics/800011889/shadow_l.gif) left top repeat-y #fff
}
``` | `.shadow_l{background: url(data:image/gif;base64,R0lGODlhEwABALMAAOTk5PHx8evr6+jo6PX19eXl5fLy8u/v7+3t7erq6vf39+fn5/T09Pb29vj4+AAAACH/C1hNUCBEYXRhWE1QPD94cGFja2V0IGJlZ2luPSLvu78iIGlkPSJXNU0wTXBDZWhpSHpyZVN6TlRjemtjOWQiPz4gPHg6eG1wbWV0YSB4bWxuczp4PSJhZG9iZTpuczptZXRhLyIgeDp4bXB0az0iQWRvYmUgWE1QIENvcmUgNS41LWMwMTQgNzkuMTUxNDgxLCAyMDEzLzAzLzEzLTEyOjA5OjE1ICAgICAgICAiPiA8cmRmOlJERiB4bWxuczpyZGY9Imh0dHA6Ly93d3cudzMub3JnLzE5OTkvMDIvMjItcmRmLXN5bnRheC1ucyMiPiA8cmRmOkRlc2NyaXB0aW9uIHJkZjphYm91dD0iIiB4bWxuczp4bXA9Imh0dHA6Ly9ucy5hZG9iZS5jb20veGFwLzEuMC8iIHhtbG5zOnhtcE1NPSJodHRwOi8vbnMuYWRvYmUuY29tL3hhcC8xLjAvbW0vIiB4bWxuczpzdFJlZj0iaHR0cDovL25zLmFkb2JlLmNvbS94YXAvMS4wL3NUeXBlL1Jlc291cmNlUmVmIyIgeG1wOkNyZWF0b3JUb29sPSJBZG9iZSBQaG90b3Nob3AgQ0MgKE1hY2ludG9zaCkiIHhtcE1NOkluc3RhbmNlSUQ9InhtcC5paWQ6MkNBNBOEM3N0I5NDlEMTFFMzg4MTJCQTU4NTYyMzcxQjQiIHN0UmVmOmRvY3VtZW50SUQ9InhtcC5kaWQ6MkNBNBOEM3N0M5NDlEMTFFMzg4MTJCQTU4NTYyMzcxQjQiLz4gPC9yZGY6RGVzY3JpcHRpb24+IDwvcmRmOlJERj4gPC94OnhtcG1ldGE+IDw/eHBhY2tldCBlbmQ9InIiPz4B//79/Pv6+fj39vX08/Lx8O/u7ezr6uno5+bl5OPi4eDf3t3c29rZ2NfW1dTT0tHQz87NzMvKycjHxsXEw8LBwL++vby7urm4t7a1tLOysbCvrq2sq6qpqKempaSjoqGgn56dnJuamZiXlpWUk5KRkI+OjYyLiomIh4aFhIOCgYB/fn18e3p5eHd2dXRzcnFwb25tbGtqaWhnZmVkY2JhYF9eXVxbWllYV1ZVVFNSUVBPTk1MS0pJSEdGRUQkFAPz49PDs6OTg3NjU0MzIxMC8uLSwrKikoJyYlJCMiISAfHh0cGxoZGBcWFRQTEhEQDw4NDAsKCQgHBgUEAwIBAAAh+QQAAAAAACwAAAAAEwABAEAEDdBJp1ojzISDRBpLAUQAOw==) left top repeat-y #fff}` |

12
COMPLAINT

43. The infringing Netseer Results Pages are widely distributed online as the core part of Netseer's competing contextual-advertising platform.

44. Search results pages are where Netseer, like Media.net, display paid advertisements to consumers, and are therefore the critical revenue-generating mechanism for Netseer's and Media.net's respective advertising platforms.

45. Media.net never authorized Netseer to copy the Media.net Results Pages.

46. Media.net has been damaged by Netseer's infringement, which is ongoing.

## VI. FIRST CAUSE OF ACTION
**COPYRIGHT INFRINGEMENT, TITLE 17 U.S.C. § 501, ET SEQ. ORIGINAL MEDIA.NET RESULTS PAGE–U.S. COPYRIGHT REGISTRATION NO. TX 7-896-126 AGAINST NETSEER, INC. AND DOES 1–10**

47. Media.net realleges and incorporates as if set fully forth herein paragraphs 1 through 46 of its Complaint.

48. Media.net is the owner of all exclusive and substantial rights and privileges in the Original Media.net Results Page.

49. The Original Media.net Results Page contains copyrightable subject matter under 17 U.S.C. § 102(a).

50. Under 17 U.S.C. § 106, Media.net has the exclusive rights to: (1) reproduce the Original Media.net Results Page; (2) prepare derivative works based on the Original Media.net Results Page; (3) distribute copies of the Original Media.net Results Page to the public; and (4) display the Original Media.net Results Page publicly.

51. Without the permission or consent of Media.net, Defendants reproduced, prepared derivative works based on, publicly distributed copies of, and displayed copies of the Original Media.net Results Page by creating, distributing, and displaying the Netseer Results Pages.

52. The Netseer Results Pages copied original elements from the Original Media.net Results Page.

53. In so doing, Defendants violated Media.net's exclusive rights in the Original Media.net Results Pages.

54. Defendants' infringement was committed willfully.

55. Media.net is entitled to recover the actual damages suffered by Media.net as a result of Defendants' infringement and any profits of Defendants that are attributable to the infringement.

56. Defendants' infringement has damaged and will continue to damage Media.net.

57. As a result of Defendants' infringement of the Original Media.net Results Page, Media.net is entitled to injunctive relief and damages under 17 U.S.C. §§ 502, 503, and 504.

## VII. SECOND CAUSE OF ACTION
### COPYRIGHT INFRINGEMENT, TITLE 17 U.S.C. § 501, ET SEQ. REVISED MEDIA.NET RESULTS PAGE–U.S. COPYRIGHT REGISTRATION NO. TX 7-896-131 AGAINST NETSEER, INC. AND DOES 1–10

58. Media.net realleges and incorporates as if set fully forth herein paragraphs 1 through 57 of its Complaint.

59. Media.net is the owner of all exclusive and substantial rights and privileges in the Revised Media.net Results Page.

60. The Revised Media.net Results Page contains copyrightable subject matter under 17 U.S.C. § 102(a).

61. Under 17 U.S.C. § 106, Media.net has the exclusive rights to: (1) reproduce the Revised Media.net Results Page; (2) prepare derivative works based on the Revised Media.net Results Page; (3) distribute copies of the Revised Media.net Results Page to the public; and (4) display the Revised Media.net Results Page publicly.

62. Without the permission or consent of Media.net, Defendants reproduced, prepared derivative works based on, publicly distributed copies of, and displayed copies of the Revised Media.net Results Page by creating, distributing, and displaying the Netseer Results Pages.

63. The Netseer Results Pages copied original elements from the Revised Media.net Results Page.

64. In so doing, Defendants violated Media.net's exclusive rights in the Revised Media.net Results Pages.

65. Defendants' infringement was committed willfully.

66. Media.net is entitled to recover the actual damages suffered by Media.net as a result of Defendants' infringement and any profits of Defendants that are attributable to the infringement.

67. Defendants' infringement has damaged and will continue to damage Media.net.

68. As a result of Defendants' infringement of the Revised Media.net Results Page, Media.net is entitled to injunctive relief and damages under 17 U.S.C. §§ 502, 503, and 504.

## VIII.  RELIEF REQUESTED

WHEREFORE, Plaintiff Media.net Advertising FZ-LLC requests that the Court enter judgment against Defendants as follows:

1. Temporary and permanent injunctive relief enjoining future infringement of the copyrighted Media.net Results Pages.
2. An award of statutory damages under 17 U.S.C. § 504(c).
3. An award of actual damages and any additional profits attributable to Defendants' infringement not taken into account in computing actual damages under 17 U.S.C. § 504, and any other applicable basis.
4. An award of Media.net's costs and attorney's fees under 17 U.S.C. § 505 or any other applicable basis.
5. An order directing Defendants to deliver up for impoundment all copies used or made in violation of Media.net's copyrights.
6. Such other and further relief as this Court may deem just and proper.

## IX.  JURY DEMAND

Plaintiffs request trial by jury of all claims that can be so tried.

DATED this 27th day of August 2014.

                    **NEWMAN DU WORS LLP**

By: _____
      Leeor Neta, State Bar No. 233454
      leeor@newmanlaw.com

      Attorneys for Plaintiff
      Media.net Advertising FZ-LLC