VERNON H. GRANNEMAN, SB #083532
PILLSBURY WINTHROP SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Defendant
NETSEER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| MEDIA.NET ADVERTISING FZ-LLC, a Foreign Limited Liability Company,, <br><br> Plaintiff, <br><br> vs. <br><br> NETSEER, INC., a Delaware Corporation and DOES, 1-10, , <br><br> Defendant. | No. 3:14-cv-3883-EMC <br><br> NOTICE OF DEFENDANT NETSEER'S MOTION AND MOTION FOR SUMMARY JUDGMENT ON FIRST AMENDED COMPLAINT (FRCP RULE 56), MOTION TO DISMISS (RULE 12(b)(6), OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES <br><br> Date:      October 1, 2015 <br> Time:     1:30 p.m. <br> Judge:    Hon. Edward Chen |

# TABLE OF CONTENTS

**Page**

I.    SUMMARY OF RELIEF REQUESTED ..................................................................1

II.   STATEMENT OF FACTS..................................................................................3

    A.    The Copyright Registrations in Issue Contain No Copyrightable Subject Matter and Are Comprised of Cascading Style Sheet ("CSS") Markup Language, Bracketed at the Beginning and End by Two Lines of Hypertext Markup Language ("HTML") that Do Nothing More than Define the Layout and Format or "Look and Feel" of a Search Results Page...........................................................................3

    B.    The *Compendium of U.S. Copyright Office Practices, Third Edition*, Released and Effective December 22, 2014 Makes Clear that the Layout and Format or "Look and Feel" of a Webpage Is Not Copyrightable Subject Matter....................................................................7

III.  DISCUSSION OF LAW ..................................................................................10

    A.    Netseer Requests That The Court Grant Summary Judgment on the First and Second Causes of Action for Copyright Infringement..................10

    B.    Plaintiff's Third, Fourth and Fifth Causes of Action are California State Law Claims Preempted by the Copyright Act and Otherwise Fail to State a Claim Upon Which Relief Can be Granted...........................11

    C.    In the Face of NetSeer's Showing that Plaintiff's Copyrights Contain No Protectable Subject Matter, the Burden Shifts to Plaintiff to Prove the Validity of Its Copyrights. ..................................................................12

    D.    The Question of Copyrightability Is for the Court to Decide......................13

    E.    The *Compendium* Declaring that the "format, layout and look and feel" of a Website Is Not Copyrightable Is Persuasive and Should Be Followed. ..............................................................................................13

    F.    The Court Must Determine What, If Any, Elements of the Claimed Work Are Entitled to Copyright Protection......................................................14

    G.    As a Matter of Law, the Copyright Act Does Not Protect the HTML, CSS or "design and look and feel" of Plaintiff's Search Results Page. .......15

    H.    Alternatively, Plaintiff's Copyright Infringement Claims Should Be Dismissed Pursuant to FRCP 12(B)(6)..................................................17

    I.    Plaintiff's State Law Claims for Intentional Interference with Contract, Intentional Interference with Prospective Business Relationship and Statutory Unfair Competition Are Preempted by the Copyright Act. ..............................................................................................17

    J.    Plaintiff's Third Cause of Action Should also be Dismissed for Failure to State a Claim for Relief Because of Insufficient Pleading...........19

K.    The Fourth Cause of Action for Intentional Interference with Prospective Advantage Should Also Be Dismissed Because Plaintiff Cannot Allege an Independent Wrongful Act. .............................................21

L.    The Fifth Cause of Action Should Also Be Dismissed Because Plaintiff Fails to State a Claim for Relief Under California's Unfair Competition Law ("UCL"). ..............................................................22

M.    In the Alternative, Netseer Requests a More Definite Statement Pursuant to FRCP 12(e). .........................................................23

IV.    CONCLUSION .........................................................................24

# TABLE OF AUTHORITIES

**Page**

<u>Cases</u>

*Applied Equip. Corp. v. Litton Saudi Arabia Ltd.*,
7 Cal. 4th 503 n.5 (1994)..................................................................................... 19

*Ashcroft v. Iqbal*,
556 U.S. 662 (2009) ..................................................................................... 20, 21

*Bell Atlantic Corp. v. Twombly*,
550 U.S. 544 (2007) (internal quotations omitted)........................................... 20

*Bibbero Systems, Inc. v. Colwell Systems, Inc.*
893 F. 2d 1104 (9th Cir. 1990) ......................................................................... 13

*Bissessur v. Indiana Univ. Bd. of Trustees*,
581 F.3d 599 (7th Cir. 2009) ............................................................................ 21

*Cascade Investments, Inc. v. Bank of Am., N.A., S.A.*,
2000 WL 1842945 (D. Nev. Sept. 29, 2000)............................................... 23, 24

*Celebration Int'l, Inc. v. Chosun Int'l, Inc.*,
234 F. Supp. 2d 905 (S.D. Ind. 2002) (quoting *Whimsicality, Inc. v. Battat*, 27 F. Supp. 2d 456 (S.D.N.Y. 1998))..................................................... 12

*Cel-Tech Comm. V. Los Angeles Cellular Tel. Co.*
20 Cal. 4th 163 (1999)....................................................................................... 23

*Conference Archives*,
2010 U.S. Dist. LEXIS 46955, 2010 WL 1626072 at 12-13................................ 2

*Darden v. Peters*,
402 F. Supp. 2d 638 (E.D.N.C. 2005) ................................................................. 2

*Della Penna v. Toyota Motor Sales, U.S.A., Inc.*,
11 Cal. 4th 376 (1995)....................................................................................... 22

*DocMagic, Inc. v. Ellie Mae, Inc.*,
745 F. Supp. 2d 1119 (N.D. Cal. 2010).......................................................... passim

*Doody v. Penguin Group USA, Inc.*,
673 F. Supp. 2d 1144 (D. Hawai'i 2009) ........................................................... 18

*Engenium Solutions, Inc. v. Symphonic Tech., Inc.*,
924 F. Supp. 2d 757 (S.D. Tex. 2013)................................................................ 12

*Felton v. Hoover*,
56 F. App'x 837 (9th Cir. 2003) (internal citation omitted) .............................. 23

*Jonathan Browning, Inc. v. Venetian Casino Resort LLC*,
No. C 07-3983, 2009 WL 1764692, at *1 (N.D. Cal. June 18, 2009)................. 13

*Korea Supply Co. v. Lockheed Martin Corp.,*
29 Cal. 4th 1134 (2003)......................................................................................22

*Laws v. Sony Music Entm't., Inc.,*
448 F. 3d 1134 (9th Cir. 2006) (quoting *Del Madera Props. v. Rhodes
& Gardner,* 820 F. 2d 973 (9th Cir. 1987))........................................................18

*Levitt v. Yelp! Inc.,*
765 F.3d 1123 (9th Cir. 2014)...........................................................................21

*Lotus Development Corp. v. Borland International, Inc.,*
49 F. 3d 807 (1st Cir. 1995)..............................................................................13

*McIntosh v. N. Cal. Enters. Co.,*
670 F. Supp. 2d 1069 (E.D. Cal. 2009) (quoting *Barker v. Norman,*
651 F.2d 1107 (5th Cir. 1981)...........................................................................11

*Nat'l Basketball Ass'n v. Motorola Inc.,*
105 F. 3d 841 (2d Cir. 1997).............................................................................18

*Oracle Am., Inc. v. Google Inc.,*
750 F.3d 1339 (Fed. Cir. 2014).........................................................................13

*Pac. Stock, Inc. v. Pearson Educ., Inc.,*
927 F. Supp. 2d 991 (D. Haw. 2013) (internal citation omitted) .......................12

*Pension Benefit Guar. Corp. ex rel. St. Vincent Catholic Med. Ctrs.
Retirement Plan v. Morgan Stanley Inv. Mgmt. Inc.,*
712 F.3d 705 (2nd Cir. 2013) (internal quotations omitted)...............................20

*Pivot Point Int'l, Inc. v. Charlene Prods., Inc.,*
932 F.Supp. 220 (N.D. Ill.1996) (citing *Markman v. Westview
Instruments, Inc.,* 517 U.S. 370 (1996) ............................................................13

*ProCD, Inc. v. Zeidenberg,*
86 F. 3d 1447 (7th Cir. 1996)............................................................................18

*Rogers v. Better Bus. Bureau of Metro. Houston, Inc.,*
887 F. Supp. 2d 722 (S.D. Tex. 2012) (internal citations omitted).....................14

*Salt Optics, Inc. v. Jand, Inc.,*
(C.D. Cal. 2011) 2011 U.S. Dist. LEXIS 1562737 *8-9.................................passim

*SecureInfo Corp. v. Telos Corp.,*
387 F. Supp. 2d 593 (E.D. Va. 2005) .................................................................14

*Sleep Science Partners v. Lieberman,*
No. 09-04200, 2010 WL 1881770 (N.D. Cal. 2010)......................................19, 22

*Somers v. Apple, Inc.,*
729 F.3d 953 (9th Cir. 2013)..............................................................................20

*Stern v. Does,*
No. 09–1986, 978 F. Supp. 2d 1031 (C.D.Cal. 2011)..........................................13

- iv -                      MOTION FOR SUMMARY JUDGMENT OR
                                                                                DISMISSAL Case No.3:14-cv-3883-EMC

*Sybersound Records, Inc. v. UAV Corp.,*
517 F.3d 1137 (9th Cir. 2008) (quoting *Downing & Abercrombie & Fitch,* 265 F. 3d 994 (9th Cir. 2001)) ........................................................................ 18

*Ward v. Barnes & Noble, Inc.,*
No. 13-CV-7851, 2015 WL 765833, at *7 (S.D.N.Y. Feb. 23, 2015) ..................... 14

*Wrench LLC v. Taco BellCorp.,*
256 F. 3d 446 (6th Cir. 2001) ............................................................................... 18

Statutes and Codes

Code of Federal Regulations
Title 37, Section 202.1(b) ...................................................................................... 2, 3

Code of Federal Regulations
Title 37, Section 202.1 ............................................................................................. 16

United States Code
Title 17, Section 102(b) ...................................................................................... 2, 3, 13

United States Code
Title 17, Section 102 ................................................................................................. 16

United States Code
Title 17, Section 301(a) ............................................................................................ 17

United States Code
Title 17, Section 408 ................................................................................................. 13

United States Code
Title 17, Section 410(c) ...................................................................................... 12, 13

United States Code
Title 17, Section 411 ................................................................................................. 13

Notice is hereby given that on October 1, 2015 at 1:30 p.m. in Courtroom 5 before the Honorable Edward Chen, Defendant NETSEER, INC. ("NetSeer") will move 1) for summary judgment on the First and Second Causes of Action of Plaintiff's First Amended Complaint ("Amended Complaint" or "Am. Compl."), or, in the alternative, dismissal for failure to state a claim for relief because of insufficient pleading, 2) for dismissal of the Third, Fourth and Fifth Causes of Action for failure to state a claim or, in the alternative, for summary judgment on such claims, or 3) for a more definite statement. This notice and motion are based on this Notice of Motion and Motion, the included memorandum of points and authorities, the supporting Declarations of Edward Tittel and Vernon Granneman, the pleadings and papers on file in this case, and such oral argument and evidence as the Court may allow or admit at the hearing on the motion.

I.      SUMMARY OF RELIEF REQUESTED

NetSeer seeks summary judgment on the First and Second Causes of Action in the Amended Complaint for alleged copyright infringement on the ground that Plaintiff's copyrights and the alleged infringing material contain no copyrightable subject matter and Plaintiff's registered copyrights should therefore be invalidated. Fed. R. Civ. Proc. ("FRCP") 56(a). The subject matter of Plaintiff's copyrights was not copyrightable in the first place and should never have been registered.

Central to this motion as to the first two causes of action is the question whether the format and layout and "look and feel" of a web page is protectable under the Copyright Act. It is not. The claimed copyrights consist almost entirely of Cascading Style Sheets ("CSS") that are "merely methods of formatting and laying out the organization of documents written in a markup language, such as HTML."[1] As such, it constitutes "procedures, processes and methods of operation [that] are not copyrightable" under both current guidance from the United States Copyright Office in the

---

[1] Compendium of U.S. Copyright Office Practices, Third Edition ("Compendium" or "Compendium (Third)", effective December 22, 2014, § 1007.4. For purposes of this motion, Chapter 1000 of the Compendium, the operative section for purposes of this motion, is attached to the Declaration of Vernon H. Granneman in Support of NetSeer's Motion for Summary Judgment, etc. ("Granneman Declaration" or "Granneman Decl."), ¶ 5, Ex. 5.

Compendium, as well as Title 37 of the Code of Federal Regulations ("37 C.F.R.") § 202.1(b) and Title 17 of the United States Code ("17 U.S.C.") § 102(b).[2]

Alternatively, NetSeer seeks dismissal of the first two causes of action for failure to state a claim for relief because of insufficient pleading. FRCP 12(b)(6). Plaintiff makes no attempt in the Amended Complaint to identify the constituent elements of its HTML/CSS[3] markup that it claims are original and protectable. Plaintiff does not explain the function, intent or content of any part of the markup displayed in the table set forth at ¶ 47 of the Amended Complaint except for the conclusory assertion that it is somehow associated with the "look and feel" of its search results page. Plaintiff also fails to explain the substantial differences between the markup that appears in the table (Am. Compl., ¶ 47) and the more extensive markup in Exhibits C and D to the Amended Complaint which allegedly comprise its copyrighted "HTML source code" for its Search Results Page. Am. Compl., ¶¶ 28-37. Plaintiff's allegations are largely indecipherable to the lay reader and do not disclose what elements Plaintiff seeks to protect.

NetSeer also seeks dismissal under FRCP 12(b)(6) of the newly asserted state law causes of action (the Third through Fifth Causes of Action) for failure to state claims upon which relief can be granted on grounds of Copyright Act preemption and failure to state a claim for relief because of insufficient pleading. Plaintiff's new claims assert misappropriation of its alleged intellectual property rights in its "source code, design and look and feel" of its Search Results Page under

---

[2] *See also, Salt Optics, Inc. v. Jand, Inc.,* (C.D. Cal. 2011) 2011 U.S. Dist. LEXIS 1562737 *8-9:

"Although the Ninth Circuit has yet to rule on this issue, existing precedent and common sense indicates that, absent special circumstances, a website's overall 'look and feel' is not entitled to protection under the Copyright Act. *See Darden v. Peters,* 402 F. Supp. 2d 638, 644 (E.D.N.C. 2005) (granting the Copyright Office's motion for summary judgment and quoting the examiner's determination that 'protection for the overall format of a web page is inconsistent with copyrightability.'). *aff'd.* 488 F. 3d 277, 288 (4th Cir. 2007) ('In rejecting Darden's claim, the Copyright Office noted that a website may well contain copyrightable elements, but its formatting and layout is not registrable.'); *Conference Archives,* 2010 U.S. Dist. LEXIS 46955, 2010 WL 1626072 at 12-13 (collecting authorities finding that a website's overall 'look and feel' is not copyrightable and finding that 'the "look and feel" of Plaintiff's web site should not receive protection under the Copyright Act.')."

[3] "HTML" refers to Hypertext Markup Language and "CSS" refers to Cascading Style Sheet markup. These terms are defined and explained in greater detail below and in the Declaration of Edward R. ("Ed") Tittel filed in support of NetSeer's motion.

theories of Intentional Interference with Contract, Intentional Interference with Prospective Business Relationship and California Statutory Unfair Competition, respectively. All three claims are preempted by the Copyright Act. In addition, the state law claims are not sufficiently pleaded and are subject to dismissal on that basis as well.

If on this motion to dismiss the state law claims the Court finds it necessary to consider matters presented to the Court in support of NetSeer's motion for summary judgment on the first two causes of action, NetSeer requests, in the alternative, that the Court treat this motion as to the Third, Fourth and/or Fifth Causes of Action as one for summary judgment. FRCP 12(d).

Finally, in the alternative, NetSeer moves for a more definite statement as to all causes of action in the Amended Complaint.

II.    STATEMENT OF FACTS

The sufficiency of Plaintiff's Amended Complaint hinges on whether its alleged copyrights contain any copyrightable subject matter. They do not. The claimed copyrights consist almost entirely of Cascading Style Sheet markup that is "merely [a] method[] of formatting and laying out the organization of documents written in a markup language, such as HTML." Compendium (Third), § 1007.4. As such, it constitutes "procedures, processes, and methods of operation [that] are not copyrightable" under current guidance from the United States Copyright Office in the Compendium, Title 37 of the Code of Federal Regulations ("37 C.F.R.") § 202.1(b), and Title 17 of the United States Code ("17 U.S.C.") § 102(b).

It is undisputed that NetSeer and Plaintiff are competitors in internet advertising. It is also undisputed that each has a contextual advertising product that analyzes webpage content, identifies relevant ad topics, for example, "travel deals" or "vacations" that may be of interest to the viewer of the page, and displays those topics on the viewer's screen. If the viewer wishes to search one of the topics, he or she simply clicks on the topic and is redirected to what is referred to in the Amended Complaint as a search results page. Both NetSeer and Plaintiff host search results pages where they display links to paid advertisements. Am. Compl., ¶¶ 1, 38, 40 and Exs. C and D thereto.

A.    The Copyright Registrations in Issue Contain No Copyrightable Subject Matter and Are Comprised of Cascading Style Sheet ("CSS") Markup Language, Bracketed at the Beginning and End by Two Lines of Hypertext Markup

Language ("HTML") that Do Nothing More than Define the Layout and Format or "Look and Feel" of a Search Results Page

In the First and Second Causes of Action, Plaintiff alleges that NetSeer infringed two registered copyrights owned by Plaintiff.[4]  The First Cause of Action concerns Registration No. TX 7-896-126 for a "Media.net Search Results Page – February 2014" (the "'126 Copyright Registration").  The certificate for the '126 Copyright Registration is attached to the Amended Complaint as Exhibit A and the underlying copyrighted material is attached as Exhibit C.  Plaintiff alleges that it first published the copyrighted material in February 2014 (Am. Compl. ¶ 28) and the face of the certificate reflects that it was first published in the United States on February 1, 2014.  Am. Compl., Ex. A.  The '126 Copyright Registration became effective on August 16, 2014.  *Id.*

The Second Cause of Action concerns Registration No. TX 7-896-131 for a "Media.net Search Results Page – May 2014" (the "'131 Copyright Registration").  The certificate for the '131 Copyright Registration is attached to the Amended Complaint as Exhibit B and the underlying copyrighted material is attached as Exhibit D.  Plaintiff alleges that it first published the copyrighted material in May 2014 (Am. Compl. ¶ 33) and the face of the certificate reflects that it was first published in the United States on May 28, 2014.  Am. Compl., Ex. B.  The '131 Copyright Registration also became effective on August 16, 2014.  *Id.*

Plaintiff alleges that NetSeer copied the appearance or "look and feel" of the Media.net Results Page and copied a "substantial portion of the underlying HTML source code" from that page.  Am. Compl., ¶¶ 44, 52, 57, 59.  As is discussed below, Plaintiff's underlying "code" is Cascading Style Sheet ("CSS") markup language bracketed by two lines of HTML markup language, none of which is copyrightable subject matter.  Plaintiff's markup does nothing more than define how search results are arranged for display on a computer screen.  *See, generally,* Declaration of Edward R. ("Ed") Tittel in Support of NetSeer's Motion for Summary Judgment, Motion to Dismiss and, in the Alternative, Motion for a More Definite Statement ("Tittel Declaration" or "Tittel Decl.").

---

[4] For purposes of this motion, NetSeer assumes the truth of Plaintiff's allegations that it is the owner of the copyrights and that they are original works of authorship.  NetSeer reserves the right to challenge those claims if this motion is not granted.

Since the filing of this action, the U.S. Copyright Office has made clear that the "layout, format, or 'look and feel' of a website" is not copyrightable subject matter. "The copyright law does not protect the appearance or overall look and feel of a website. It only protects the specific copyrightable expression found on a website on a given date." Compendium §1007.4.

Plaintiff's claimed web pages (Am. Compl., Exs. C and D) concern ad search results specific to travel-related sites. Exhibit C to the Amended Complaint concerns sponsored listings for "last minute hotel deals" and features links to advertisers such as Hotwire, Expedia, Orbitz, Travelzoo and a "back to school sale" at Best Buy, among others. Exhibit D concerns sponsored listings for "Vacation in India" with advertiser links to vacation sites in India, Mexico and Ireland, among others. As discussed below, Plaintiff acknowledged to the Copyright Office during the registration process that it does not claim a copyright in any of the underlying data or search results.

To illustrate the extraneous advertiser material included within Plaintiff's alleged copyrights, attached hereto as Exhibits 1 and 2 are copies of Plaintiff's alleged copyrighted material, Exhibits C and D to the Amended Complaint, respectively, highlighted to show search queries, search results from and links to various advertisers. As discussed below, Plaintiff made clear during the registration process that it was *not* seeking to register such underlying data or the particular search results, but that is the only "content" on the copyrighted web pages that Plaintiff deposited with the Copyright Office.

Plaintiff's counsel at Newman Du Wors LLP, Derek Linke, represented Plaintiff in seeking the registrations at issue in this case. He expressly represented to the Copyright Office that Plaintiff was not seeking to register any underlying data or search results but was seeking to register only HTML markup: "However, the present applications are **not seeking to register the underlying data or any particular search results.** Rather, the application seeks to register the programming (in HTML) of the template search-results page that, when accessed by a user, is filled in with particular search results." Granneman Decl. ¶ 6, Ex. 6, p. MN010 (emphasis in original). In a subsequent communication with the copyright examiner, Mr. Linke confirmed that the claimed work did not extend to the screen display. In response to a comment by the examiner,

Mr. Linke wrote: "However, you are correct that the text in the form of the 'results' that are displayed when the HTML code is rendered are not within the scope of the claimed work." *Id*. at p. MN018.[5]

The supporting Tittel Declaration, from an expert in HTML and CSS markup, contains a detailed analysis of Plaintiff's claimed style sheet markup compared to NetSeer's accused style sheet markup and includes references to related sections of the Compendium. In Appendix D ("App. D") to his declaration, Mr. Tittel explains the function, intent and content of Plaintiff's and NetSeer's markup, and notes seven instances where NetSeer's markup differs from Plaintiff's markup. The differences between the respective markups are called out on Appendix D in "**Notes**" in the right hand column of annotations for easy location and recognition. Tittel Decl., 6, App. D.

As Mr. Tittel explains, the copyrighted material which NetSeer is accused of infringing consists almost entirely of Cascading Style Sheet ("CSS") markup language bracketed by two lines of HyperText Markup Language ("HTML"), namely, <style type="text/css"> and </style>. The two lines of HTML denote the beginning and end of the style sheet and explicitly identify the markup that appears between them as CSS. Tittel Decl. ¶ 7, 8, 14 and 19.

CSS is specifically focused on document appearance and presentation and is largely separate and distinct from document content. As is explained in the Tittel Declaration,

> The World Wide Web Consortium, aka W3C, is the standards body responsible for the Cascading Style Sheet specification that describes the markup that makes up CSS, along with the kinds of controls and positioning tools it provides to web page designers. The express goal of CSS is, as the 2.1 specification states, to "simplif[y] … Web authoring and site maintenance" "by separating the presentation style of documents from the content of documents.[6]" Thus, CSS markup attends to what is often called "the look and feel" of a Web page as it appears in some user's web browser, on a PC, smartphone, or tablet device. CSS is specifically focused on document appearance and is largely separate and distinct from document contents. CSS can include graphical elements as backgrounds for entire documents, divisions within

---

[5] Mr. Linke also acknowledged to the examiner that the displayed search results page was mechanically generated. As such, it is not the product of human authorship and is ineligible for copyright protection. Granneman Decl. ¶ 6, Ex. 6, p. MN010.

[6] Cascading Style Sheets Level 2 Revision 1 (CSS 2.1) Specification, W3C Website, http://www.w3.org/TR/CSS2/, accessed 5/14/2015.

such documents, or for individual document elements. These can introduce some content into CSS that is potentially (or may actually be) copyrightable. That said, my analysis of the accused markup from both plaintiff and defendant reveals only a single very simple graphic – to wit, a light grey line that is one pixel tall and 19 pixels long – that any drawing program can produce and provides no illustration of or references to copyrighted images, text, or other media. Thus, in my estimation, the entire focus of the accused markup is entirely devoted to describing a specific presentation to be applied to HTML documents in which it is referenced or wherein it appears.

Tittel Decl. ¶ 10.

B.     The *Compendium of U.S. Copyright Office Practices, Third Edition,* Released and Effective December 22, 2014 Makes Clear that the Layout and Format or "Look and Feel" of a Webpage Is Not Copyrightable Subject Matter

On December 22, 2014, approximately four months after the effective dates of the '126 and '131 Copyright Registrations (August 16, 2014) and the filing of the initial Complaint in this action (August 27, 2014), the U.S. Copyright Office published the Compendium of U.S. Copyright Office Practices, Third Edition.  Chapter 1000 to the Compendium addresses the copyrightability of "Websites and Website Content."  For convenient reference, copies of the Introduction and Chapter 1000 are attached to the supporting Granneman Declaration ¶ 5 Exhibits 4 and 5, respectively.

The Compendium (Third) is the most comprehensive statement of U.S. Copyright Office practices since the Second Edition of the Compendium was first published in 1984.  As a matter of Copyright Office practice, to the extent there is a conflict between the Compendium (Third) and any prior version of the Compendium, the Compendium (Third) controls.  Granneman Decl. ¶ 5, Ex. 4, p. 4.  The Compendium (Third) is also the first detailed statement from the Copyright Office that NetSeer can find addressing the uncopyrightability of website format, layout and look and feel, particularly as it relates to HTML and CSS markup.

Mr. Tittel's Declaration at paragraphs 11 through 13 and 15 through 17 highlights the relevant sections of the Compendium, Chapter 1000, that speak directly to the uncopyrightability of Plaintiff's markup. *See also,* Granneman Decl., ¶ 5, Ex. 5.

Section 1002.1 of the Compendium states that:

> For purposes of copyright registration, the U.S. Copyright Office defines the registrable content of a "website" as a webpage or set of interconnected webpages, including a homepage, located on the same computer or server (i.e., fixed together on that computer or server), and prepared and maintained as a collection of information by a person, group, or organization.

Compendium (Third) § 1002.1.

Furthermore, the U.S. Copyright Office goes on to observe that:

> For purposes of copyright registration, "website content" is material that is perceptible to the users of a particular website. This may include literary or textual works (such as news articles or literature) that are visibly displayed on a website, works of the performing arts (such as music, sound recordings, motion pictures, other audiovisual works and computer games) that are displayed or performed on a website, and two-dimensional visual art works (such as drawings, photographs, or illustrations) that are displayed on a website.

*Id.* § 1002.2.

As stated in the Compendium, the U.S. Copyright Office does not recognize HTML code as computer source code, and will not register HTML as a computer program for that reason:

> The Office will not register HTML code as a computer program, because HTML does not constitute source code. HTML code is a markup language that merely formats the text and files on a webpage in much the same way that the codes in a word processing program format the characters and spaces in a document.

*Id.* § 10061(A).

"In fact, the markup that Plaintiff accuses of infringement is almost entirely CSS (and a brief, two-line HTML wrapper). That markup controls the presentation of content (its 'look and feel') but includes no material that is 'perceptible to the users of a particular website,' except perhaps for the drop shadow graphic that is described at the end of Appendix D to this Declaration, which simply places a faint gray line (shadow) beneath an on-page element to which the `.shadow_1` style is attached[7]." Tittel Decl. ¶ 14.

---

[7] The `.shadow_1` style is the last entry in the style section in the files presented as Exhibits C (pp. 26-36), D (pp. 37-50), and E (pp. 52-60) in Plaintiff's Complaint and First Amended Complaint.

- 8 -

When the Compendium discusses CSS in section 1002.5, it says the following about CSS markup language:

> Cascading Style Sheets ("CSS") are a method of presenting structured documents. They are used to format and layout the organization and a uniform presentation of webpages written in a markup language, such as HTML.

*Id.* § 1002.5.

The Compendium also speaks to the copyrightability of CSS markup:

> Style sheet languages, such as Cascading Style Sheets, are merely methods of formatting and laying out the organization of documents written in a markup language, such as HTML. Because procedures, processes and methods of operation are not copyrightable, the office generally will refuse to register claims based solely on CSS.

*Id.* § 1007.4.

The Compendium provides guidance on registration of HTML markup (which it calls "HTML code") in section 1006.1(A) as follows:

> HTML code may be registered as a literary work if the code was created by a human being (rather than a website design program) and if it contains a sufficient amount of creative expression. The claim may include the HTML code underlying an entire website or it may be limited to specific webpages. In all cases, the HTML code must not contain any previously published or previously registered material, and the claimant must own all of the exclusive rights in the code.

*Id.* § 1006.1(A).

Perhaps more importantly, the Compendium makes an important distinction between content and presentation in its discussion of what kinds of HTML may be registered for copyright:

> A registration for HTML code and/or accompanying text will extend to the original text that is embedded in the code (i.e., the series of letters and numbers, interspersed with file names and/or text). However, it will not extend to the formatting and layout of text or digital files on a webpage that may be dictated by the HTML code or style sheets. A claim in a computer program may cover the screen displays and other content generated by the

program, but a claim in HTML code does not extend to the screen displays or any content of the files referred to in the code.

*Id.* § 1006.1(A) (emphasis added).

CSS markup is "merely a method[] of formatting and laying out the organization of documents written in a markup language" and constitute "procedures, processes and methods of operation" that are not copyrightable. *Id.* § 1007.4. In addition, copyrightable subject matter is addressed in 17 U.S.C. § 102(b) which makes clear that copyright protection does not extend to "any idea, procedure, process, system, method of operation, concept, principle, or discovery, regardless of the form in which it is described, explained, illustrated, or embodied in such work." 17 U.S.C. § 102; *see also* 37 C.F.R. § 202.1.

Based on his technical analysis of Plaintiff's markup, Mr. Tittel concluded: "I have carefully examined the HTML files supplied in Exhibits C and D of the Complaint, and have observed that the HTML markup called out in pages 6-12 therein (and elsewhere in the Complaint and Amended Complaint), which are matched to elements in accused Netseer markup identified in Exhibit E of that Complaint, all occur within the context of an HTML *style* element in each respective document, and thus represent CSS markup solely and exclusively." Tittel Decl., ¶ 18.

III.   DISCUSSION OF LAW

A.   Netseer Requests That The Court Grant Summary Judgment on the First and Second Causes of Action for Copyright Infringement.

Under FRCP 56(a), ". . .[t]he court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." "Under [Rule] 56(d)(1), a summary judgment/adjudication motion, interlocutory in character, may be rendered on the issue of liability alone. 'In cases that involve . . . multiple causes of action, summary judgment may be proper as to some causes of action but not as to others, or as to some issues but not as to others, or as to some parties, but not as to others.'" *McIntosh v. N. Cal. Enters. Co.*, 670 F. Supp. 2d 1069, 1086 (E.D. Cal. 2009) (quoting *Barker v. Norman*, 651 F.2d 1107, 1123 (5th Cir. 1981)). "A court 'may grant summary adjudication as to

specific issues if it will narrow the issues for trial.'" *McIntosh*, 670 F. Supp. 2d at 1086 (quoting *First Nat'l Ins. Co. v. F.D.I.C.*, 977 F. Supp. 1051, 1055 (S.D. Cal. 1997)).

B.   Plaintiff's Third, Fourth and Fifth Causes of Action are California State Law Claims Preempted by the Copyright Act and Otherwise Fail to State a Claim Upon Which Relief Can be Granted.

The legal standard applicable to a motion to dismiss is set forth in *DocMagic, Inc. v. Ellie Mae, Inc.*, 745 F. Supp. 2d 1119 (N.D. Cal. 2010):

> "Pursuant to Federal Rule of Civil Procedure 12(b)(6), a complaint may be dismissed against a defendant for failure to state a claim upon which relief can be granted against that defendant. A motion to dismiss under Rule 12(b)(6) "tests the legal sufficiency of a claim." Navarro v. Block, 250 F.3d 729, 732 (9th Cir.2001). "Dismissal can be based on the lack of a cognizable legal theory or the absence of sufficient facts alleged under a cognizable legal theory." Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir.1990). A motion to dismiss should be granted if a plaintiff fails to plead "enough facts to state a claim to relief that is plausible on its face." *1133 Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007). This "plausibility standard is not akin to a 'probability requirement,' but it asks for more than a sheer possibility that a defendant has acted unlawfully." Ashcroft v. Iqbal, 556 U.S. 662, ――, 129 S.Ct. 1937, 1949, 173 L.Ed.2d 868 (2009) (quoting Twombly, 550 U.S. at 556, 127 S.Ct. 1955). "Determining whether a complaint states a plausible claim for relief ... [is] a context-specific task that requires the reviewing court to draw on its judicial experience and common sense." Id. at 1950.
>
> "[A]llegations of material fact are taken as true and construed in the light most favorable to the nonmoving party." Cahill v. Liberty Mut. Ins. Co., 80 F.3d 336, 337–38 (9th Cir.1996). The court need not, however, accept as true pleadings that are no more than legal conclusions or the "formulaic recitation of the elements of a cause of action." Iqbal, 129 S.Ct. at 1949–50 (quoting Twombly, 550 U.S. at 555, 127 S.Ct. 1955); Sprewell v. Golden State Warriors, 266 F.3d 979, 988 (9th Cir.2001); Clegg v. Cult Awareness Network, 18 F.3d 752, 754–55 (9th Cir.1994). "[A] court may take judicial notice of 'matters of public record,'" Lee v. City of Los Angeles, 250 F.3d 668, 689 (9th Cir.2001) (quoting Mack v. South Bay Beer Distrib., 798 F.2d 1279, 1282 (9th Cir.1986)), and may also consider "documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading" without converting a motion to dismiss under Rule 12(b)(6) into a motion for summary

judgment, Branch v. Tunnell, 14 F.3d 449, 454 (9th Cir.1994), overruled on other grounds by Galbraith v. County of Santa Clara, 307 F.3d 1119 (9th Cir.2002). "The district court will not accept as true pleading allegations that are contradicted by facts that can be judicially noticed or by other allegations or exhibits attached to or incorporated in the pleading." 5C Charles Alan Wright & Arthur R. Miller, Federal Practice & Procedure § 1363 (3d ed. 2004).

DocMagic, Inc., 745 F. Supp. 2d at 1132-33.

C.   In the Face of NetSeer's Showing that Plaintiff's Copyrights Contain No Protectable Subject Matter, the Burden Shifts to Plaintiff to Prove the Validity of Its Copyrights.

This Court has discretion to make an independent determination in an infringement action as to whether a work is copyrightable, notwithstanding that the Copyright Office may have issued a certificate of registration. 17 U.S.C. § 410(c).[8] "[A] certificate of registration creates only a rebuttable presumption of validity; a defendant may dispute ownership by challenging the originality or copyrightability of a plaintiff's work." Engenium Solutions, Inc. v. Symphonic Tech., Inc., 924 F. Supp. 2d 757, 776 (S.D. Tex. 2013). "Notwithstanding this prima facie evidence of a valid copyright, district courts have discretion to make an 'independent determination in an infringement action as to whether a work is copyrightable, notwithstanding the position of the Copyright Office.'" Celebration Int'l, Inc. v. Chosun Int'l, Inc., 234 F. Supp. 2d 905, 912 (S.D. Ind. 2002) (quoting Whimsicality, Inc. v. Battat, 27 F. Supp. 2d 456, 462 (S.D.N.Y. 1998)).

"To rebut the presumption, an infringement defendant must simply offer some evidence or proof to dispute or deny the plaintiff's prima facie case of infringement." Pac. Stock, Inc. v. Pearson Educ., Inc., 927 F. Supp. 2d 991, 1000 (D. Haw. 2013) (internal citation omitted); see also 17 U.S.C. §§ 408, 410(c) and 411. In Bibbero Systems, Inc. v. Colwell Systems, Inc. 893 F. 2d 1104(9th Cir. 1990), the Ninth Circuit affirmed that an infringement defendant had

---

[8] "In any judicial proceedings the certificate of a registration made before or within five years after first publication of the work shall constitute prima facie evidence of the validity of the copyright and of the facts stated in the certificate. The evidentiary weight to be accorded the certificate of a registration made thereafter shall be within the discretion of the court." 17 U.S.C. § 410(c).

706077638v1                                    - 12 -

successfully rebutted the presumption of validity, that the plaintiff's medical insurance claim forms were uncopyrightable and therefore were not infringed by defendant's copying.

Similarly, in *Lotus Development Corp. v. Borland International, Inc.*, 49 F. 3d 807 (1st Cir. 1995), the First Circuit held that a computer menu command hierarchy was an uncopyrightable "method of operation" under 17 U.S.C. § 102(b). *Lotus Dev. Corp.*, 49 F.3d at 815. The court observed that while the plaintiff's spreadsheet program as a whole could be copyrighted, the menu command could not and, therefore, the defendant who admittedly copied the hierarchy did not infringe a valid copyright. *Id.* at 816 and n.11.

NetSeer has produced substantial evidence, more than sufficient to rebut the presumption of validity of Plaintiff's copyrights. The burden of proof therefore shifts to Plaintiff to prove that its copyrights are valid, a burden which Plaintiff cannot meet. Fed. R. Ev. ("FRE") 301.

D.    The Question of Copyrightability Is for the Court to Decide.

Although the Supreme Court has not addressed the issue, several district courts within the Ninth Circuit have treated copyrightability as a question for the court only, regardless of whether it is a pure question of law. *See Stern v. Does*, No. 09–1986, 978 F. Supp. 2d 1031, 1038 (C.D.Cal. 2011); *Jonathan Browning, Inc. v. Venetian Casino Resort LLC*, No. C 07-3983, 2009 WL 1764692, at *1 (N.D. Cal. June 18, 2009); *see also Pivot Point Int'l, Inc. v. Charlene Prods., Inc.*, 932 F.Supp. 220, 225 (N.D. Ill.1996) (citing *Markman v. Westview Instruments, Inc.*, 517 U.S. 370 (1996), and concluding that whether works are copyrightable is a question which the "jury has nothing to do with"); *see also Oracle Am., Inc. v. Google Inc.*, 750 F.3d 1339, 1353 (Fed. Cir. 2014).

E.    The *Compendium* Declaring that the "format, layout and look and feel" of a Website Is Not Copyrightable Is Persuasive and Should Be Followed.

Courts have determined that published materials from the Copyright Office deserve some deference due to the experience of the agency. "The Copyright Office's 'policy statements, agency manuals, and enforcement guidelines' do not carry 'the force of law,' but they are entitled to some deference given the 'specialized experience and broader investigations and information' of the agency." *Rogers v. Better Bus. Bureau of Metro. Houston, Inc.*, 887 F. Supp. 2d 722, 732

(S.D. Tex. 2012) (internal citations omitted). In quoting the Compendium, courts have indicated the weight they give the Office's publication, "[i]ndeed, the Copyright Office's own procedures make it clear. . ." *Ward v. Barnes & Noble, Inc.*, No. 13-CV-7851, 2015 WL 765833, at *7 (S.D.N.Y. Feb. 23, 2015). *See also* discussion of the "Standard of Deference for the *Compendium* in the Introduction to the Compendium.  Granneman Decl, ¶ 4, Ex. 3, P. 2.

F.     The Court Must Determine What, If Any, Elements of the Claimed Work Are Entitled to Copyright Protection.

Plaintiff must show what, if any, portion(s) of its HTML/CSS markup constitutes protectable expression:

> If a plaintiff shows that it possesses a valid copyright, it must next show that a defendant "unlawfully appropriated protected portions" of the copyrighted material. *Gates Rubber,* 9 F.3d at 832. In other words, the plaintiff must show that the defendant copied portions of the plaintiff's program, and that the elements that were copied are "protected expression and of such importance to the copied work that the appropriation is actionable." *Id.* (citing, *inter alia,* 1 MELVILLE B. NIMMER, NIMMER ON COPYRIGHT § 13.01[B], at 13-8 to 13-15 (1993)). Merely because a work is copyrighted does not mean that every part of that work is copyrighted. *See Feist,* 499 U.S. at 348.

*SecureInfo Corp. v. Telos Corp.*, 387 F. Supp. 2d 593, 610-11 (E.D. Va. 2005).

Plaintiff makes no attempt in the Amended Complaint to identify the constituent elements of its HTML/CSS markup that it claims are original and protectable.  Although elements of its markup, which Plaintiff refers to as "source code," are displayed side-by-side in a table with the same or similar markup copied by NetSeer (Am. Compl., ¶ 47, pp. 6-12), Plaintiff does not explain the function, intent or content of any part of that markup beyond the conclusory assertion that it is somehow associated with the "look and feel" of its search results page.  Plaintiff also fails to point out that much of the markup that appears in Exhibits C and D to the Amended Complaint comprises specific search results and underlying data that Plaintiff's counsel expressly represented to the Copyright Office it was *not* claiming.  Instead, Plaintiff's allegations imply that the whole of Exhibits C and D comprise its copyrighted "HTML source code" for its Search

Results Page. Am. Compl., ¶¶ 28-37. Plaintiff's allegations are largely indecipherable and do not disclose what elements Plaintiff seeks to protect.[9]

To assist the Court, Appendix D to the Tittel Declaration contains a straightforward explanation of the structure of the HTML and CSS markup at issue in this case, together with a step-by-step explanation of each line of markup, noting seven instances where the NetSeer markup differs. As Mr. Tittel observes, the markup in issue is almost entirely not "perceptible to the users of a particular website"[10] and does nothing more than influence the format, layout and uniform presentation of a search results page: "Thus, in my estimation, the entire focus of the accused markup is entirely devoted to describing a specific presentation to be applied to HTML documents in which it is referenced or wherein it appears." Tittel Decl., ¶¶ 10, 12 and 14. As such, Plaintiff's markup is not copyrightable.

G.   As a Matter of Law, the Copyright Act Does Not Protect the HTML, CSS or "design and look and feel" of Plaintiff's Search Results Page.

As discussed above, Plaintiff's style sheet comprised of CSS markup bracketed by two lines of HTML markup contains no copyrightable subject matter. Regardless, the law is clear that the "look and feel" of a web site, much less a particular search results web page, is not protectable under copyright law. As the court observed in *Salt Optics, Inc. v. Jand, Inc.*, No. 10-828, 2011 U.S. Dist. LEXIS 1562737, at *8-9 (C.D. Cal. Mar. 4, 2011):

> Although the Ninth Circuit has yet to rule on this issue, existing precedent and common sense indicates that, absent special circumstances, a website's overall 'look and feel' is not entitled to protection under the Copyright Act. (Internal citations omitted.)

As noted above, Plaintiff's counsel acknowledged to the Copyright Office in the course of registering the copyrights in suit that the claims in its application did not extend to the search results displayed on a screen. Rather, counsel sought only to register the template search results page written in HTML: "However, the present applications are **not seeking to register the**

---

[9] As discussed below, Plaintiff has failed to meet its pleading burden and the First and Second Causes of Action are also subject to dismissal under Rule 12(b)(6). *See, Salt Optics, Inc. v. Jand, Inc.*, No. 10-828, 2011 U.S. Dist. LEXIS 1562737, at *11-14 (C.D. Cal. Mar. 4, 2011):

[10] As Mr. Tittel notes, a faint grey line may appear in some displays.

**underlying data or any particular search results.** Rather, the application seeks to register the programming (in HTML) of the template search-results page that, when accessed by a user, is filled in with particular search results." Grannerman Decl., ¶ 6, Ex. 6, p. MN010 (emphasis in original). Plaintiff's copyright registrations identify the copyrighted material as "HTML Code and text." Am. Compl., Exs. A and B. As described in the Tittel Declaration, Plaintiff's "HTML" consists of two lines of HTML that appear at the beginning and end of a style sheet written in CSS. The entire claimed work focuses on document appearance rather than content, except perhaps for a single, simple graphic consisting of a light grey line, 1 pixel tall by 19 pixels long. Tittel Decl. ¶¶ 8-10.

Again, the Compendium makes an important distinction between protectable content and unprotectable presentation in its discussion of what kinds of HTML may be registered for copyright:

> A registration for HTML code and/or accompanying text will extend to the original text that is embedded in the code (i.e., the series of letters and numbers, interspersed with file names and/or text). However, it will not extend to the formatting and layout of text or digital files on a webpage that may be dictated by the HTML code or style sheets. A claim in a computer program may cover the screen displays and other content generated by the program, but a claim in HTML code does not extend to the screen displays or any content of the files referred to in the code.

*Id.* § 1006.1(A) (emphasis added).

Copyright Office guidance in the Compendium states that, as in this case, markup written in CSS language only should not be registered. CSS markup is "merely a method[] of formatting and laying out the organization of documents written in a markup language" and constitute "procedures, processes and methods of operation" that are not copyrightable. *Id.* § 1007.4. In addition, 17 U.S.C. § 102(b) states that copyright protection does not extend to "any idea, procedure, process, system, method of operation, concept, principle, or discovery, regardless of the form in which it is described, explained, illustrated, or embodied in such work." 17 U.S.C. § 102; *see also* 37 C.F.R. § 202.1.

NetSeer respectfully submits that the recently published Compendium, applicable statutes, regulations and case law settles the issue and makes clear that the HTML and CSS markup at issue in this case, as well as the "look and feel" of Plaintiff's Search Results Page cannot be protected by copyright.

H.   Alternatively, Plaintiff's Copyright Infringement Claims Should Be Dismissed Pursuant to FRCP 12(B)(6)

NetSeer respectfully requests that the Court grant summary judgment on Plaintiff's copyright infringement claims. If, however, the Court disagrees, NetSeer requests that the infringement claims be dismissed under FRCP 12(b)(6) for insufficient pleading. The court in *Salt Optics* faced a similar situation and dismissed plaintiff's claim for copyright infringement under 12(b)(6). The court had dismissed the infringement claim on an earlier motion with leave to amend. When plaintiff failed to heed the court's prior admonition to "identify the constituent elements of its website that are original and allegedly copied" in any amended complaint, the court dismissed the copyright infringement claim with prejudice. *Salt Optics, Inc. v. Jand, Inc.,* (C.D. Cal. 2011) 2011 U.S. Dist. LEXIS 1562737 *11.

I.   Plaintiff's State Law Claims for Intentional Interference with Contract, Intentional Interference with Prospective Business Relationship and Statutory Unfair Competition Are Preempted by the Copyright Act.

Plaintiff's newly added Third, Fourth and Fifth Causes of Action seek to protect its alleged intellectual property rights in its "source code, design and look and feel" of its Search Results Page under theories of Intentional Interference with Contract, Intentional Interference with Prospective Business Relationship and Statutory Unfair Competition, respectively. These state law claims, which incorporate by reference Plaintiff's copyright claims, are preempted by the Copyright Act. Accordingly, NetSeer requests that these claims be dismissed.

Section 301(a) of the Copyright Act, 17 U.S.C §301(a), preempts all claims that may arise under state common law or other statutory grounds where 1) the subject matter of the state law claim is covered by the Copyright Act and 2) "the right asserted under state law [is] equivalent to the exclusive rights contained in section 106 of the Copyright Act." *Sybersound Records, Inc. v. UAV Corp.,* 517 F.3d 1137, 1150 (9th Cir. 2008) (quoting *Downing & Abercrombie & Fitch,* 265

F. 3d 994, 1003 (9th Cir. 2001)). There can be no dispute that the subject matter of Plaintiff's claim is covered by the Copyright Act. Under the "equivalent rights" prong, Plaintiff must plead and prove that its state law claims are qualitatively different than its copyright rights: "To survive preemption, the state cause of action must protect rights which are qualitatively different from the copyright rights. The state claim must have an extra element which changes the nature of the action." *Laws v. Sony Music Entm't., Inc.*, 448 F. 3d 1134, 1143 (9th Cir. 2006) (quoting *Del Madera Props. v. Rhodes & Gardner,* 820 F. 2d 973 (9th Cir. 1987)). Plaintiff's state law claims do not protect qualitatively different rights than its claimed copyright rights and its Amended Complaint fails to meet the required pleading standard to avoid dismissal.

The gravamen of all three challenged claims is the alleged misappropriation of Plaintiff's intellectual property (*i.e.*, its "source code, design and look and feel" of its Search Results Page). Am. Compl., ¶¶ 2, 6, 98, 109 and 118 (¶ 6 – "Netseer's misappropriation interfered with Media.net's existing and prospective business relationships, and constitutes unfair competition under California law."). As such, Plaintiff's state law claims are preempted by the Copyright Act.

In *Salt Optics, Inc.*, *supra*, where plaintiff had asserted a claim for copyright infringement together with California state law claims for unfair competition and misappropriation, the District Court held that the state law claims were preempted by the Copyright Act:

> The Copyright Act preempts state law claims whenever (1) the work at issue comes within the subject matter of copyright as described in 17 U.S.C. §§ 102 and 103, and (2) the rights granted under the state law are equivalent to the rights contained in 17 U.S.C. § 106. *See Laws v. Sony Music Entm't, Inc.* 448 F. 3d 1134, 1137-38 (9th Cir. 2006). A work may be unprotected under the Copyright Act and still fall within the 'subject matter' of copyright for preemption purposes. *Blue Nile*, 478 F. Supp. 2d at 1246 n. 7. For, 'the scope of the Copyright Act's subject matter is broader than the scope of the Act's protections." *Wrench LLC v. Taco BellCorp.*, 256 F. 3d 446, 455 (6th Cir. 2001); *see also Nat'l Basketball Ass'n v. Motorola Inc.*, 105 F. 3d 841, 849-50 (2d Cir. 1997) (holding that subject matter of copyright under § 301 includes 'uncopyrightable' as well as 'copyrightable' elements); *ProCD, Inc. v. Zeidenberg*, 86 F. 3d 1447, 1453 (7th Cir. 1996) (finding that uncopyrightable data underlying a copyrightable computer program are within the subject matter of copyright); *Doody v. Penguin Group USA, Inc.*, 673 F. Supp. 2d 1144, 1165 (D. Hawai'i 2009) (stating that 'although the Ninth Circuit has not

directly addressed this issue, the court agrees with the number of other circuits that have [determined that] the "scope of the Copyright Act's subject matter is broader than the scope of the Act's protections."') (quoting *Wrench LLC,* 256 F. 3d at 455).

*Salt Optics, Inc.*, 2011 U.S. Dist. LEXIS 1562737, at *16-17; *see also Sleep Science Partners v. Lieberman*, No. 09-04200, 2010 WL 1881770 (N.D. Cal. 2010). Plaintiff's claims for alleged misappropriation of its intellectual property fail to allege the required "extra element" to distinguish them from its claims for copyright infringement. Accordingly, NetSeer respectfully requests that the Court dismiss the claims as preempted by the Copyright Act.

J.   Plaintiff's Third Cause of Action Should also be Dismissed for Failure to State a Claim for Relief Because of Insufficient Pleading.

Plaintiff's Third Cause of Action claims "Intentional Interference with Business Contract." The operative allegations are that NetSeer "intentionally induced a disruption of the business relationship between Media.net on the one hand and Microsoft on the other hand by stealing the Media.net Results Pages' source code, design and look and feel to unfairly compete with Media.net in Microsoft's 'test' of contextual advertising providers and in offering services to the others by representing that Defendants could perform as well as Media.net." Am. Compl. ¶ 98. Plaintiff goes on to allege that "Defendants' conduct directly and proximately caused a disruption of Media.net's contracts and business relationships with Microsoft and others by creating the false impression that Defendants could offer services comparable to Media.net's but at a substantially lower price, when in truth, Defendants were unlawfully using Media.net's own materials to compete against Media.net." *Id.* ¶ 100. These allegations are insufficient as a matter of law to state a claim for intentional interference with contract.

To state a claim for interference with contract, Plaintiff must allege 1) the existence of a valid contract between plaintiff and another party, 2) defendant's knowledge of the contract, 3) defendant's intentional acts designed to induce a breach or disruption of the contractual relationship, 4) actual breach or disruption of the contractual relationship and 5) resulting damage. *Applied Equip. Corp. v. Litton Saudi Arabia Ltd.*, 7 Cal. 4th 503, 513-14 n.5 (1994). Plaintiff fails to allege the existence of any specific contract or the subject matter of same, fails to identify the parties to any contract (other than "Microsoft and others"), and fails to allege the

nature and circumstances of any breach or disruption of any contract. Plaintiff also fails to allege any factual basis for its claim that NetSeer knew of any specific contract, other than speculation that NetSeer was "aware of Media.net's widely publicized status as the advertising technology powering the contextual-advertising Yahoo! Bing Network." Am. Compl. ¶ 97.

Plaintiff's allegations are vague and conclusory at best and fail to give NetSeer the required fair notice of what Plaintiff's claim is and the grounds upon which it rests. The presumption of truth applicable to the allegations of the Amended Complaint on a motion to dismiss does not apply to conclusory allegations, legal assertions or mere restatements of the elements of a claim. *Ashcroft v. Iqbal*, 556 U.S. 662, 680-81 (2009) (rejecting conclusory allegations that defendants "knew of, condoned, and willfully and maliciously" agreed to mistreat plaintiff). The Supreme Court has stated that "[w]ithout some factual allegation in the complaint, it is hard to see how a claimant could satisfy the requirement of providing not only 'fair notice' of the nature of the claim, but also 'grounds' on which the claim rests." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 556 n.3 (2007) (internal quotations omitted).

In addition to providing "fair notice" of the claim, the pleading's factual allegations must show "that the pleader is entitled to relief." FRCP 8(a)(2). To do so, the pleading must allege "enough facts to state a claim to relief that is plausible on its face." *Twombly* 550 U.S. at 570 (claim of Sherman Act violation requires enough factual allegations to suggest illegal agreement was made). The purpose of the plausibility requirement is "to prevent settlement extortion—using discovery to impose asymmetric costs on defendants in order to force a settlement advantageous to the plaintiff regardless of the merits of his suit." *Pension Benefit Guar. Corp. ex rel. St. Vincent Catholic Med. Ctrs. Retirement Plan v. Morgan Stanley Inv. Mgmt. Inc.*, 712 F.3d 705, 719 (2nd Cir. 2013) (internal quotations omitted); *Atieh v. Riordan*, 727 F.3d 73, 76 (1st Cir. 2013) ("The plausibility standard is a screening mechanism designed to weed out cases that do not warrant either discovery or trial"); *Twombly*, 550 U.S. at 558-59; *see also Somers v. Apple, Inc.*, 729 F.3d 953, 966 (9th Cir. 2013) ("specificity of facts is warranted before permitting a case to proceed into costly and protracted discovery in an antitrust case").

Whether a complaint states a plausible claim for relief is "a *context-specific task* that requires the reviewing court to draw on its judicial experience and common sense." *Iqbal*, 556 U.S. at 679 (emphasis added); *Levitt v. Yelp! Inc.*, 765 F.3d 1123, 1135 (9th Cir. 2014). Allegations of wrongdoing will be deemed "implausible" if there are "obvious alternative explanation(s)" for the facts alleged indicating lawful conduct, not the unlawful conduct urged by plaintiff. *Iqbal*, 556 U.S. at 682.

Plaintiff does not allege any facts plausibly showing that NetSeer caused the breach or disruption of any existing contract(s) that Plaintiff and "Microsoft and others" were in the process of fulfilling at the time of NetSeer's alleged misconduct. Such allegations would not be sufficient in a straight breach of contract action. In *Bissessur v. Indiana Univ. Bd. of Trustees*, 581 F.3d 599, 603 (7th Cir. 2009), the court dismissed plaintiff's breach of contract claim that merely stated that plaintiff "had a contract with the defendant, gave the defendant consideration, and the defendant breached the contract. What was the contract? The promises made? The consideration? The nature of the breach?"

Plaintiff's pleading failures in its Amended Complaint are even more glaring in view of the fact that the case has been pending for nearly a year and Plaintiff now claims "millions of dollars in lost revenue" and seeks both compensatory and punitive damages. How does copying a portion of a style sheet that, although publicly accessible, is not viewed or viewable by the typical user, and does nothing more than affect arrangement of ad results on a page cause disruption of some unidentified contract(s) with "Microsoft and others"? There is no obvious much less plausible connection. As such, Plaintiff's Third Cause of Action should be dismissed. *DocMagic, Inc.*, 745 F. Supp. 2d at 1143.

K. The Fourth Cause of Action for Intentional Interference with Prospective Advantage Should Also Be Dismissed Because Plaintiff Cannot Allege an Independent Wrongful Act.

A claim for intentional interference with prospective economic advantage ("IIPEA") requires the following elements: 1) an economic relationship between the plaintiff and some third party, with the probability of future economic benefit to the plaintiff; 2) the defendant's knowledge of the relationship; 3) intentional acts on the part of the defendant designed to disrupt

the relationship; actual disruption of the relationship; and economic harm to the plaintiff proximately caused by the acts of the defendant. *Korea Supply Co. v. Lockheed Martin Corp.*, 29 Cal. 4th 1134, 1153 (2003). "[A] plaintiff seeking to recover for alleged interference with prospective economic relations has the burden of pleading and proving that the defendant's interference was wrongful 'by some measure beyond the fact of the interference itself.'" *Della Penna v. Toyota Motor Sales, U.S.A., Inc.*, 11 Cal. 4th 376, 392-93 (1995). Plaintiff is required to provide NetSeer with sufficient information to answer the Amended Complaint for at least one actual relationship and must plead fact sufficient to satisfy all elements of an IIPEA claim. *DocMagic, Inc.*, 745 F. Supp. 2d at1144. Plaintiff has not done so and the Fourth Cause of Action should be dismissed.

Plaintiff alleges that its Fifth Cause of Action for alleged violation of California's Unfair Competition Law and its Third Cause of Action for tortious interference with contract constitute the independently wrongful acts. Am. Compl. ¶¶ 111-12. That argument fails for the reason, among others, that the Third and Fifth Causes of Action are also preempted by the Copyright Act and are otherwise subject to dismissal for insufficient pleading.

L.    The Fifth Cause of Action Should Also Be Dismissed Because Plaintiff Fails to State a Claim for Relief Under California's Unfair Competition Law ("UCL").

Plaintiff's statutory unfair competition claim, as well as its two tortious interference claims, is based on subject matter covered by the Copyright Act and is therefore preempted. *Sleep Science Partners v. Lieberman*, No. 09-04200, 2010 WL 1881770 at *10 (N.D. Cal. 2010).

In addition, the Amended Complaint fails to plead facts sufficient to state a claim for relief under any one of the three prongs of the UCL – unlawful, unfair or fraudulent. To be "unlawful," Plaintiff must allege a predicate violation of another law separate from the UCL. Summary judgment on Plaintiff's copyright claims and dismissal of its tortious interference claims (based on preemption of failure to state a claim for relief), removes any allegation of a predicate violation of law and compels dismissal of the UCL claim to the extent it is predicated on violation of the UCL's unlawful prong. *DocMagic, Inc., supra*, 745 F. Supp. 2d 1119, 1146.

Similarly, Plaintiff has not plead facts sufficient to state a violation of the UCL's "unfair" prong. The California Supreme Court has defined an "unfair" business act or practice as "conduct that threatens and incipient violation of an antitrust law, or violates the policy or spirit of one of those laws because its effects are comparable to or the same as a violation of the law or otherwise significantly threatens or harms competition." *Cel-Tech Comm. V. Los Angeles Cellular Tel. Co.* 20 Cal. 4th 163, 187 (1999). In *DocMagic, Inc.*, 745 F. Supp. 2d at 1146-47, this Court (the Hon. Marilyn Hall Patel) dismissed a UCL claim for insufficient pleading of the "unfair" prong. Here, Plaintiff has failed to allege any facts that would amount to a violation of the antitrust laws and its UCL claim should be dismissed.

Finally, Plaintiff has failed to allege any facts – with the required particularity or otherwise -- to support a UCL claim based on the fraud prong. Accordingly, Plaintiff has failed to plead any facts sufficient to state a claim for violation of the UCL on any basis and the Fifth Cause of Action should therefore be dismissed.

M.     In the Alternative, Netseer Requests a More Definite Statement Pursuant to FRCP 12(e).

"The Supreme Court states, '[i]f a pleading fails to specify the allegations in a manner that provides sufficient notice, a defendant can move for a more definite statement under Rule 12(e) before responding.' *Felton v. Hoover*, 56 F. App'x 837, 838 (9th Cir. 2003) (internal citation omitted).

As to any cause of action where the Court denies summary judgment or dismissal, Netseer requests that Plaintiff be required to provide a more definite statement of the factual basis for its claims. FRCP 12(e). The specific defects in Plaintiff's claims are enumerated above for each cause of action under subsections where dismissal is sought under Rule 12(b)(6). Accordingly, those specific objections will not be repeated here.

In *Cascade Investments, Inc. v. Bank of Am., N.A., S.A.*, 2000 WL 1842945 (D. Nev. Sept. 29, 2000), for example, the court required plaintiffs to more definitively allege intentional interference with prospective contractual relationship. The court required plaintiff to more specifically allege the specific contract as well as defendant's knowledge of such contract:

> We agree with the defendant that a more definite statement is required by the plaintiffs with regards to their claim of intentional interference with prospective contractual relationships. In the complaint, the plaintiffs have failed to identify the prospective contractual relations the defendant allegedly interfered with and how the defendant interfered with these relationships. The complaint simply states that the defendant discouraged investors interested in the project and allowed the property in question to pollute water sources in Lake Tahoe. The complaint then states that the defendant 'was aware of these prospective contractual relationships at the time they interfered with the same.' (Complaint, p. 10, 11.11–13) We find that these allegations are insufficient to give the defendant sufficient notice so that it may respond. The plaintiffs have not identified the relationships at issue, with whom they had these prospective relationships, and how the bank interfered.

*Cascade Investments, Inc. v. Bank of Am., N.A., S.A.*, 2000 WL 1842945, at *3 (D. Nev. Sept. 29, 2000).

At a minimum, Plaintiff should be compelled to make a straightforward substantive and understandable to the Court statement of the basis for its claims.

IV.   CONCLUSION

Netseer respectfully requests that the Court grant its motion for summary judgment as to the First and Second Causes of Action of Plaintiff's Amended Complaint, and grant its Motion to Dismiss the Third, Fourth and Fifth Causes of Action with prejudice under FRCP 12(b)(6).

DATED: July 30, 2015.            **PILLSBURY WINTHROP SHAW PITTMAN LLP**

By_____
            Vernon H. Granneman
            Attorneys for Defendant
            NETSEER, INC.

# EXHIBIT 1

# TO THE NOTICE OF MOTION AND MOTION TO FOR SUMMARY JUDGMENT

# THE FOLLOWING DOCUMENT IS A COPY OF <u>EXHIBIT C</u> TO THE FIRST AMENDED COMPLAINT

```
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
"http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">

<html xmlns="http://www.w3.org/1999/xhtml" >
<head>
<meta name="tids" content="a='800011889' b='800079193' c='search.keywordblocks.com' d='entity
SERP'" />
<meta name="robots" content="nofollow" />
<meta http-equiv="Content-Type" content="text/html; charset=UTF-8">
<meta name="viewport" content="width=device-width, initial-scale=1.0, maximum-scale=1.0,
user-scalable=no" />
<title>Search.keywordblocks.com</title>
<style type="text/css">
* {
    margin:0;
    padding: 0
}
a {
    text-decoration: none;
    outline: none;
}
a:hover {
    cursor: pointer;
}
img {
    border: none;
}
body {
    background: #f8f8f8
}
/*spons-link css*/

.spons-link {
    height: 50px;
    line-height: 50px;
    background:#03a3d3;
    border-radius:3px;
    -moz-border-radius:3px;
    -webkit-border-radius:3px;
    -o-border-radius:3px;
    -ms-border-radius:3px
}
.inner-spons-link {
    width: 96%;
    margin: 0 auto;
    height: 50px;
    padding: 0 15px;
    text-overflow:ellipsis;
    overflow: hidden;
    white-space: nowrap;
    font-family: arial;
    font-size: 16px;
    font-weight: bold;
    color: #fff
}
.wrapper {
    width: 1060px;
    margin: 0 auto;
    overflow: hidden;
    font-family: arial;
}
.main_wrapper {
    width: 1000px;
    margin: 0 auto;
    padding: 10px 30px;
}
ul {
    list-style: none;
```

```css
    padding-top: 10px;
}
.results li {
    width: 99.7%;
    background: #f4f6f8;
    margin: 0 0 10px 0;
    position: relative;
    overflow: hidden;
    border-left:3px solid #03a3d3;
    border-radius:3px;
    -moz-border-radius:3px;
    -webkit-border-radius:3px;
    -o-border-radius:3px;
    -ms-border-radius:3px
}
.results .num {
    width: 50px;
    text-align: right;
    font-size: 36px;
    font-weight: normal;
    font-style: italic;
    color: #999;
    float: left;
    padding: 15px 10px 0 0
}
a.list {
    display: block;
    width:86.9%;
    overflow: hidden;
    padding-right:70px;
    background: url(http://res.media.net/__media__/pics/800011889/li_arrow.gif) 98% center
no-repeat #e8e9eb;
    float: right;
}
.lastnum {
    _padding-right:0 !important
}
a.list .adwrap {
    display: block;
    overflow: hidden;
    background: #f4f6f8;
    padding: 22px 0 18px 0;
    width: 100%;
    word-wrap: break-word;
}
a.list .titleurlwrap {
    width: 48%;
    margin: 0 4% 0 0;
    overflow: hidden;
    float: left;
}
a.list .desc {
    width: 46%;
    overflow: hidden;
    float: left;
}
.results li:hover {
    background: #03a3d3;
}
.results li:hover a.list {
    background: url(http://res.media.net/__media__/pics/800011889/li_arrow_h.gif) 98% center
no-repeat #0686ac
}
.results li:hover .adwrap {
    background: #03a3d3
}
.results li:hover .num {
    color: #fff
```

```
}
.results li:hover .list .title {
    text-decoration: underline;
    color: #fff
}
.results li:hover .list .desc {
    color: #fff
}
.results li:hover .list .url {
    color: #fff;
    background: url(http://res.media.net/__media__/pics/800011889/urlarrow_h.gif) 0 5px
no-repeat
}
a.list .title {
    font-size: 28px;
    font-weight: bold;
    color: #008bde;
    padding:0 0 4px 0
}
a.list .desc {
    color: #555;
    font-size: 16px;
    padding: 9px 0 0 0;
    text-align: right;
}
a.list .url {
    color:#333;
    font-size: 16px;
    font-weight: bold;
    padding: 0 0 0 15px;
    background: url(http://res.media.net/__media__/pics/800011889/urlarrow.gif) 0 5px
no-repeat
}
/*footer css*/

.footer {
    background: #e5e5e5;
    height: 50px;
    line-height: 50px;
    text-align: center;
    clear: both;
}
.footer a {
    color: #666666;
    font-family: arial;
    font-size: 12px;
}
.footer a:hover {
    text-decoration: underline;
}
.shadow_l {
    background: url(http://res.media.net/__media__/pics/800011889/shadow_l.gif) left top
repeat-y #fff
}
.shadow_r {
    background: url(http://res.media.net/__media__/pics/800011889/shadow_r.gif) right top
repeat-y
}
 @media screen and (max-width: 1080px) {
 .wrapper {
width:auto;
}
 .main_wrapper {
width:auto;
}
 a.list {
width: auto;
float: none;
```

```
}
}
  @media screen and (max-width: 980px) {
  a.list {
background-position: 97% center
}
  .results li:hover a.list {
background-position: 97% center
}
}
  @media screen and (max-width: 800px) {
  .results .num {
font-size: 24px;
width: 40px;
padding-top: 19px
}
  a.list .title {
font-size: 20px
}
  a.list .url {
font-size: 14px;
background-position: 0 3px
}
  a.list .desc {
font-size: 14px;
padding: 0
}
  a.list {
background-position: 97% center
}
  .results li:hover a.list {
background-position: 97% center
}
}
  @media screen and (max-width: 650px) {
  a.list {
background-position: 96% center
}
  .results li:hover a.list {
background-position: 96% center
}
}
  @media screen and (max-width: 550px) {
  .spons-link {
height: auto;
}
  .inner-spons-link {
height: auto;
word-wrap: break-word;
white-space: normal;
line-height: 30px;
width: auto
}
  a.list {
background:none;
padding:0 10px 0 0
}
  .results li:hover a.list {
background:none
}
  a.list .titleurlwrap {
width: auto;
float: none
}
  a.list .desc {
width: auto;
float: none;
padding: 6px 0 0 0;
```

```
text-align: left
}
 .results .num {
font-size: 22px;
width: 30px;
padding-top: 19px
}
 a.list .title {
font-size: 18px
}
 a.list .url {
background:none;
padding: 0
}
 .results li:hover .list .url {
background: none
}
}
</style>
</head>
<script language="JavaScript" type="text/javascript"
src="http://res.media.net/__media__/js/templates-min.js"></script>

<body onload="" onunload="" onBeforeUnload="">
<div style="visibility:hidden;display:none;" id="divSponAds">
  <form name="frmSponsAds" id="frmSponsAds" method="post" action="" target="_blank">
    <input type="hidden" name="params" id="params" />
  </form>
</div>
<div class="wrapper shadow_l">
  <div class="main_wrapper shadow_r">
    <div class="spons-link">
      <div class="inner-spons-link">Sponsored Listings For: Last Minute Hotel Deals</div>
    </div>
    <ul class="results">
      <li>
        <div class="num">1.</div>
        <a
href="http://www.mnetads.com/trf?q=Last+Minute+Hotel+Deals&&r=http%3A%2F%2F821125.r.msn.com%2F
%3Fld%3DDvlf7BQJzr8sPyrJOtz-
VrcjVUCUzHAquIVzyKULKFYd8QVHTf26uDMnmzHjEmM1Y2rHecs5hSNj2vap8KWa2Kho7EXb668z_oWgE_7Is5hlnnYVJR
gWda-5sjjXdl164r6SRG_A%26u%3Dhttp%253a%252f%252fwww.hotwire.com%252fhotel%252findex.jsp%
253ffid%253dF1%2526sid%253dS192%2526acid%253dAC20000%2526cmid%253dCM200000%2526bid%
253dB20114423%2526kid%253dK3939089%2526mid%253dM08%2526msid%253d6oRfIqc0_c_5394478157_bb_%
252blast%2B%252bminute%2B%252bhotel%2B%252bdeals&edv=BuszCa6ki%2BroCA079ExojgB8vqUdkdf%2B&o=
OnCK9um6s9uj77hPreuFDIWc9Nh6kN7ZewzECuqZcwVnnsISnJ8d5UsMHcy02f5nZY2zIWr6xxzw8D2YXmNWkAmcAs1qTY
YFGsc99YXlv7GNDqgztj7UvdzOk7Q%2B5OvWRkOhTtIvQJSE%2F4cF7s94DcqlSb3JI20lo80KpDkg9%2BwtP%
2Fb2QhAS7WO3CgH9j0BNk8oK2eIvCDMTzCmwRFWBg7QzpX9hGzK0vEqp67KwWI%
2FMOhtUs1vKaq5kKbUzaXH7xu2mAXtGz6j%2B0%2BJFAWZ7D8BByrawvf8lZbazAJeZ8TVkm%2BOp1eKTOUQOng6EBknu6
%2BoRRpB3st5CuCezlEbfqflm%
2BbtdNqg7HwWFsQZF6mok4kHrBuvitNQvIwU34Ptx20uP7MpramnpeQJOsnfnn5MoQPtJSuQC&a=
a6FAaPgwmAOhlAOOkaB9iDbL1JTY%2FV%2B72kS%2FlQk%2FnJ0XzixT6VrcjDY2CXJ%
2FQIBHf9mjyBT5K24feNxrbeZJjY4wsKVQmUqh5bQYWI7dt3OGu5lQ1HibrX47b%
2Blelvv9IKxZd9Goxg1p7zqxUkKYxcfDeRiX5u5288LVFBFsWbMcOcUPzldZg%3D%3D&n=
L2iSAYoCrEzaHPGm1d5LJRTaeWFDMad0NxyTF%2FHIp3ThEyfL9Bp1mfD%
2FKPSx8xw3BLSXzVQmCQIBoGwDGxORSXOlCb4%2FGbHYZVemMEt2hE3a32v2l0DZvPuUDrm06Li7L66RB%
2FIcBM9mkqRTiWGubS62qIwlgta%2B&kp=1&kt=286&ki=17117811&fk=81&ks=84&cme=
AMcrPigwzCXYealLjAtNmHXIcYtjYs7cgMMXZmWf5Z%2FZYCL4GDCqUS6Dt86ExMxbyff9f39bNeHS0rt%2FscYw3N%
2BDkgUusgF%2FO5p%2BqKVKo0RVNarVtxb%2ByFhu6V5LfR5dv45%2BPtK2HSfggQS4YXWu%
2F08MPCmkyF3rLeo3f6zyz6t4RRiOywFbAeHvGZGQIdOizKtMgRYsCyrPCxakG%2BvVpOab8EwmQoOR%7C%7CN7fu2vKt8
%2Fs%3D%7CFcl4VLL%2BIaJ9JqEBlCi7FaiOhe7KJ3tsk2QM1PHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%
3D%7CK0S0t%2FDDx3PHv42dJwi8RvBibAlNuQKs6stLc7k5hV5nfwIXQ28VwQ%3D%3D%7C" target="_blank"
class="list">
        <div class="adwrap">
          <div class="titleurlwrap">
            <p class="title">Hotwire <b>Last</b>-<b>Minute</b> <b>Hotel</b></p>
            <p class="url">www.hotwire.com/Last-Minute-Hotels</p>
          </div>
```

```
            <p class="desc">Up to 60% Off Standard <b>Hotel</b> Rates. Stay at Top
<b>Hotels</b>. Search &amp; Save!</p>
            </div>
            </a> </li>
        <li>
            <div class="num">2.</div>
            <a
href="http://www.mnetads.com/trf?q=Last+Minute+Hotel+Deals&&r=http%3A%2F%2F0.r.msn.com%2F%3Fld
%3DDvwEkLmVkOCBsrMPrS1UiKbTVUCUzIzCbuqnlUQx4EmOFbQjeR3p1ymW_yJe1KWMY5OgO4UDhyOKeSdM4dTzZXb-
1058wnZWhBNG2o5jPjgJSdWjDiB-O68g1XlAdYTIdxCZE8bw%26u%3Dhttp%253a%252f%252fwww.booking.com%
252fcountry%252fus.html%253faid%253d344727%2526label%253dmsn-CJGxx7STwynDlKNo8z8B6g-477805909%
2526utm_campaign%253dBooking%252bName%2526utm_medium%253dcpc%2526utm_source%253dbing%
2526utm_term%253dlast%2Bminute%2Bhotel%2Bdeals&edv=OzZq%2B%2B3h7UdHGXUY4zUCAw%3D%3D&o=
OnCK9um6s9vg%2Fbz2wtFa17aftR78z9yq2unXCOubxCCNLUuV7DTkdXxHQUgaUNKLqI7rAoWsB00U18zdbBcNlNl%
2FC66cKt0cH3qTcw3mXu84EBtd%
2BhmI0yYovZRKY6YlxqW5gXmC5Xoiztjhp H29m0RDwniOJ56c4YfThASV0sW9AJIbQooB9TH8Cxd6Ey8ugi6uexZfOZFjF
RSoFEvjXHN4L47WtgzxkxHGvOxVdQlLnOGRRuML5YkX3YppnLEWhKeS1lWjCEDyt7FXQmjbRMYa0VbJoceMl%
2FLJ75VZcj3iqUWAGdvTeYs7pFHO5YoFjBHPZaAWluKDf0K%
2F4wgmMG0uSDpff0hUTazTGR2QNp2NlgdXe0cyh38UXAMaAOtLpYlaoPP%2FggbzPsNtbqViYe9tXd%2BpVNNs&a=
a6FAaPgwmAOhlAOOkaB9iDbL1JTY%2FV%2B72kS%2F0lQk%2FnJ0XzixT6VrcjDY2CXJ%
2FQIBHf9mjyBT5K24feNxrbeZJjY4wsKVQmUqh5bQYWI7dt3OGu5lQ1HibrX47b%
2Blelvv9IKxZd9Goxg1p7zqxUkKYxcfDeRiX5u5288LVFBFsWbMcOcUPzldZg%3D%3D&n=RLGsu6nrNa2WHAB3%
2BhWwx1ZxZaWGSRRKJ%2FXnQNa0eWbB2U0PzvOXYLTrJx5mG44WS%2FniovJsU7W5PyX%
2FIYmAH6vKTGDAdgX3q8nmJ4iccei1G0%2BukiGpoHJGhrcBfzC7PrFT3f7fFeZGuPFDQytBYIh4wcQF66NOc&kp=1&kt=
286&ki=17117811&fk=81&ks=84&cme=AMcrPigwzCXYealLjAtNmHXIcYtjYs7cgMMXZmWf5Z%
2FZYCL4GDCqUS6Dt86ExMxbyff9f39bNeHS0rt%2FscYw3N%2BDkgUusgF%2FO5p%2BqKVKo0RVNarVtxb%
2ByFhu6V5LfR5dv45%2BPtK2HSfggQS4YXWu%
2F08MPCmkyF3rLeo3f6zyz6t4RRiOywFbAeHvGZGQIdOizKtMgRYsCyrPCxakG%2BvVpOab8EwmQoOR%7C%7CN7fu2vKt8
%2Fs%3D%7CFcl4VLL%2BIaJ9JqEBlCi7FaiOhe7KJ3tsk2QMlPHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%
3D%7CK0S0t%2FDDx3PHv42dJwi8RvBibAlNuQKs6stLc7k5hV5nfwIXQ28VwQ%3D%3D%7C" target="_blank"
class="list">
            <div class="adwrap">
                <div class="titleurlwrap">
                    <p class="title">28,000+ <b>Hotels</b> in the USA</p>
                    <p class="url">Booking.com/Last-minute-hotels</p>
                </div>
                <p class="desc">Lowest price guarantee. No reservation fee, pay at your
<b>hotel</b>.</p>
            </div>
            </a> </li>
        <li>
            <div class="num">3.</div>
            <a
href="http://www.mnetads.com/trf?q=Last+Minute+Hotel+Deals&&r=http%3A%2F%2F0.r.msn.com%2F%3Fld
%3DDvxs5aqybZTkPktc8qzIOXFzVUCUww16xWnIJpgG_3XGtXF-
_YxB8lpu1hEkwUUYhUNfVKllcW3inLLRk1VIUlJqr47LD7zA3K5EZcivVLbCQHwOobdWs4zPHimaJ1yUWFkCNTFw%26u%
3Dhttp%253a%252f%252f1207.xg4ken.com%252fmedia%252fredir.php%253fprof%253d3%2526camp%253d4619%
2526affcode%253dkw218698%2526cid%253d5519100410%2526queryStr%253dlast%252520minute%252520hotel
%252520deals%2526url%255b%255d%253dhttp%25253A%25252F%25252Fdeals.bestbuy.com%25253Fref%
25253D21%2525261oc%25253DKW-2155&edv=OzZq%2B%2B3h7UdHGXUY4zUCAw%3D%3D&o=
OnCK9um6s9sYfiVDTPq6RVB6%2F%2BPa2csUTDb0Kr6345qTTEe6oAL5UfOoLEBo1srY6pI62n6Rj2I5B%2FT7627%
2BYSSr7%2FgqwCmtdCI02JplLD2eC7gkJNc1B4%
2B5cYitICdRy09lZ1dVlNTpezFwMtxuWTnH1tFXDM1dDiluVRfTMiY2nLEVAoQomhcDTir1hM6J6WjqDTBpWHMN2Myc9tj
89%2F%2FryFEri4r%2F9MIU763ZQcFlvHAZ133595dWbpVRKluHWg7k6oo6RNDD1a656jViqeTus9XQM%2FFkBhpqLEPNH
%2F0guuowA9xnHsMoli4y8o7juWE%2FruYS0oCQC%2FWNahpuiQwOlIXD2TPXG2BCJWfkOW3%2Bi%
2BdkeU5O6kCdrPDMts0fW8CSqJnPvnDSGKaGUbDwzg%3D%3D&a=a6FAaPgwmAOhlAOOkaB9iDbL1JTY%2FV%2B72kS%
2F0lQk%2FnJ0XzixT6VrcjDY2CXJ%2FQIBHf9mjyBT5K24feNxrbeZJjY4wsKVQmUqh5bQYWI7dt3OGu5lQ1HibrX47b%
2Blelvv9IKxZd9Goxg1p7zqxUkKYxcfDeRiX5u5288LVFBFsWbMcOcUPzldZg%3D%3D&n=
L2iSAYoCrExV6gK4ZDAs8fHULX8%2FNklYkOFVKWEWpOjhK4WtzwFmY0cCreoub7%
2BuZ5Q8vWBQsK8xNnhzZ3LBYIF2OHUBMovjYfQMqG2iBTq5u7oD87h8BYPTYh7CkO0fQw5%2FEhpWVbpbqlU%
2Favjj2ZOCAvvPFd6E&kp=1&kt=286&ki=17117811&fk=81&ks=84&cme=
AMcrPigwzCXYealLjAtNmHXIcYtjYs7cgMMXZmWf5Z%2FZYCL4GDCqUS6Dt86ExMxbyff9f39bNeHS0rt%2FscYw3N%
2BDkgUusgF%2FO5p%2BqKVKo0RVNarVtxb%2ByFhu6V5LfR5dv45%2BPtK2HSfggQS4YXWu%
2F08MPCmkyF3rLeo3f6zyz6t4RRiOywFbAeHvGZGQIdOizKtMgRYsCyrPCxakG%2BvVpOab8EwmQoOR%7C%7CN7fu2vKt8
%2Fs%3D%7CFcl4VLL%2BIaJ9JqEBlCi7FaiOhe7KJ3tsk2QMlPHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%
3D%7CK0S0t%2FDDx3PHv42dJwi8RvBibAlNuQKs6stLc7k5hV5nfwIXQ28VwQ%3D%3D%7C" target="_blank"
class="list">
            <div class="adwrap">
```

```
<div class="titleurlwrap">
  <p class="title">Best Buy&reg; Official Site</p>
  <p class="url">www.BestBuy.com</p>
</div>
  <p class="desc">Student Savings: Shop The 4-Day Back-To-School Sale At Best
Buy&reg;.</p>
</div>
</a> </li>
<li>
  <div class="num">4.</div>
  <a
href="http://www.mnetads.com/trf?q=Last+Minute+Hotel+Deals&&r=http%3A%2F%2F1795584.r.msn.com%
2F%3Fld%3DDv0U5QAuRbvuWCqCun27-KaTVUCUwb0U4fdmnqTvpwXZHprLrS6PzehUZ21YVedWQpFYUrgHz9sv1tx1-
rNWVm2nAVOFS6N8c9G3cjXhaWrWLxj32mZVe033lxdBwEMGLROk6J1w%26u%3Dhttp%253a%252f%252fwww.expedia.
com%252fHotels%253fsemcid%253d33316-1%2526kword%253dlast_minute_hotel_deals%21e.ZzZz.
2520000112283.0.1627334436.last%252520minute%252520hotel%252520deals.last_minute_hotel_deals%
2526utm_source%253dbing%2526utm_medium%253dcpc%2526utm_campaign%253dUSA%253aENG%253aUSA%253aGT
%253a%2524%253a%253a%2526utm_term%253dlast%252520minute%252520hotel%252520deals&edv=
3TtQb4DQlTFWKrHmYuep0X93H9kT2jtA&o=OnCK9um6s9sIHSv%2BLyg0SZpTyYr3FM5eqUFxrWlc6E%2B1947tSdi0d%
2BLrOyQNB9RFTSXpYjU4fmPxhXPeC423MtYC4cixb%2BRMeMO9gZPRhGQ3kjp%2F9Xg2wW%
2FyKkXI5xvzyTPu41FtqIbKfC6bCpxXewxUoc69cEhVjPRfRmGTMbTer%2BiRaYcdc%
2BIypj81dMqzmyszN0lsV8w31SNtpwIkutpwZcumvv1pyZSt4ak0SaHJPUHDTYbP5k76SQdApMrsT8gMcXq276joSZ4G3K
jxzU6LMNAWBVQZyCn7wi3AX6W6DEpbo7nLbtzWaqT5rrXiWgslvygk44TRKLbA50S3Ndl0P5YiDSKx1aRgwY5ftq2E5O4E
2W08eofKmz%2Fztf%2BzQULvxyzHX5vyI0CrbPyLZg%3D%3D&a=a6FAaPgwmAOhlAOOkaB9iDbL1JTY%2FV%2B72kS%
2F0lQk%2FnJ0XzixT6VrcjDY2CXJ%2FQIBHf9mjyBT5K24feNxrbeZJjY4wsKVQmUqh5bQYWI7dt3OGu5lQ1HibrX47b%
2Blelvv9IKxZd9Goxg1p7zqxUkKYxcfDeRiX5u5288LVFBFsWbMcOcUPzldZg%3D%3D&n=u3eknuLPid%
2FqVgvcXSoQ0EzPRjjZV0QvP4gcSRFNSB3KY714IqCTI23EjpwQGxHJJ%
2FzokgrB9xBtQScRYZPQiTDF9XD0WVXQTSZniiNf%2FDaqIz8al5UzBcJaJCDhR7Zvv5YSfw%2BJMFzeTmRw9xyN%2B%
2FWIUqlbtVZ8&kp=1&kt=286&ki=17117811&fk=81&ks=84&cme=
AMcrPigwzCXYealLjAtNmHXIcYtjYs7cgMMXZmWf5Z%2FZYCL4GDCqUS6Dt86ExMxbyff9f39bNeHS0rt%2FscYw3N%
2BDkgUusgF%2FO5p%2BqKVKo0RVNarVtxb%2ByFhu6V5LfR5dv45%2BPtK2HSfggQS4YXWu%
2F08MPCmkyF3rLeo3f6zyz6t4RRiOywFbAeHvGZGQIdOizKtMgRYsCyrPCxakG%2BvVpOab8EwmQoOR%7C%7CN7fu2vKt8
%2Fs%3D%7CFcl4VLL%2BIaJ9JqEBlCi7FaiOhe7KJ3tsk2QMlPHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%
3D%7CK0S0t%2FDDx3PHv42dJwi8RvBibAlNuQKs6stLc7k5hV5nfwIXQ28VwQ%3D%3D%7C" target="_blank"
class="list">
      <div class="adwrap">
        <div class="titleurlwrap">
          <p class="title"><b>Last</b> <b>Minute</b> <b>Hotel</b> <b>Deals</b></p>
          <p class="url">Expedia.com/Last_Minute_Hotels</p>
        </div>
          <p class="desc">More Choices, Best Prices, Trusted. Expedia Guarantees the Best
Price.</p>
      </div>
    </a> </li>
    <li>
      <div class="num">5.</div>
      <a
href="http://www.mnetads.com/trf?q=Last+Minute+Hotel+Deals&&r=http%3A%2F%2F2359738.r.msn.com%
2F%3Fld%3DDvjt-znJQBi0thoeskNgqHYjVUCUx5PI1rygEVbmhB5n-
64TG5rFLyvZ43MnP3beSDGDvpfchyPFdz4JGxSjYG12_Q3rM8cD9jkq04N0Um30D7VWn9kxgfIToH6xahIXVixag2OA%
26u%3Dhttp%253a%252f%252f1195.xg4ken.com%252fmedia%252fredir.php%253fprof%253d103%2526camp%
253d17483%2526affcode%253dkw29217%2526cid%253d2936403160%2526queryStr%253dlast%252520minute%
252520hotel%252520deals%2526url%255b%255d%253dhttp%253a%252f%252fad.doubleclick.net%252fclk%
253b256118333%253b79753833%253bq%253bu%253dz_kenshoo_clickid_%257cne%257cc2936403160%257cslast
%2Bminute%2Bhotel%2Bdeals%257cdc%253fhttp%253a%252f%252fwww.orbitz.com%252fpsi%253fWT.srch%
253d1%2526WT.mc_ev%253dclick%2526gcid%253d18551%2526keyword%253dlast%2Bminute%2Bhotel%2Bdeals%
2526mtn%253de%2526crid%253d2936403160%2526ap%253d%257badposition%257d%2526dv%253dc%2526dvm%
253d%257bdevicemodel%257d%2526kspid%253d103%2526kscid%253d17483%2526ksaid%253d495%2526kskid%
253d29217%2526utm_content%253d2936403160%2526utm_source%253dbing%2526utm_medium%253dcpc%
2526utm_campaign%253dGeneric%253aHot%2526utm_term%253dlast%252520minute%252520hotel%
252520deals&edv=RBrbAyOlkZfY%2BBAT7ZoBTrie9rMX3bS&o=OG1VI%
2FGRzxdquVilq9nZsSbKCL5d5QOfnlVuRF1ICP4Yqkz6lvvvBNO6hyxuKDj%
2BaBUKOLTNXM0aAkc5KtuYmj2VjFKOydh2aAT9aDfDKmS1cD%
2FfZnq7hyt04olZWjpj4xZUH6OuNp0Us830PI19vUp7sXJ45%2F4eE5z6iSPvYKUnSdS3qGJ7fh5H8fYNfPvranA%
2FPdj7RGVDC9ABuORUgD1ZkBmFgtO8iFw4P8xAulaXr3NTLntCyjCAyzOmyL9psGQOER7nsieKclJU5GCwgbAu3kyCRMLV
TS60JcEFWpI17KOLH17L5CAk%2FgZo6RTgTZ%2F5qWOijzipxrSQPwXNdcH1Eutq4%
2BBNG0Nh6plldB2fIf5dyxvJhamXsvfIe8WPEtmbasXCWmMZSVqfzm9FMA%3D%3D&a=
a6FAaPgwmAOhlAOOkaB9iDbL1JTY%2FV%2B72kS%2F0lQk%2FnJ0XzixT6VrcjDY2CXJ%
```

```
2FQIBHf9mjyBT5K24feNxrbeZJjY4wsKVQmUqh5bQYWI7dt3OGu5lQlHibrX47b%
2Blelvv9IKxZd9Goxg1p7zqxUkKYxcfDeRiX5u5288LVFBFsWbMcOcUPzldZg%3D%3D&n=NfpdgC3e4QIEqh1%
2Fx8J2u3VuUns4RxC%2F7w0gQHn28B%2BPSCtVbi%2FDhlSHHuqwlun4oSF8sLjuSZY%
2FPyRvbMoE4WCIYoAlfEA9zFv6RFc4WqccyjdlRgxJPxOCNABSdCmqq%2FVcXVVBsTj0N5ZXRmljXIrn8eY2Ep6e&kp=1&
kt=286&ki=17117811&fk=81&ks=84&cme=AMcrPigwzCXYealLjAtNmHXIcYtjYs7cgMMXZmWf5Z%
2FZYCL4GDCqUS6Dt86ExMxbyff9f39bNeHS0rt%2FscYw3N%2BDkgUusgF%2FO5p%2BqKVKo0RVNarVtxb%
2ByFhu6V5LfR5dv45%2BPtK2HSfggQS4YXWu%
2F08MPCmkyF3rLeo3f6zyz6t4RRiOywFbAeHvGZGQIdOizKtMgRYsCyrPCxakG%2BvVpOab8EwmQoOR%7C%7CN7fu2vKt8
%2Fs%3D%7CFcl4VLL%2BIaJ9JqEBlCi7FaiOhe7KJ3tsk2QM1PHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%
3D%7CK0S0t%2FDDx3PHv42dJwi8RvBibAlNuQKs6stLc7k5hV5nfwIXQ28VwQ%3D%3D%7C" target="_blank"
class="list">
```

```
        <div class="adwrap">
          <div class="titleurlwrap">
            <p class="title"><b>Last</b> <b>Minute</b> <b>Hotel</b> <b>Deals</b></p>
            <p class="url">www.ORBITZ.com</p>
          </div>
          <p class="desc">Great <b>Deals</b> on <b>Last</b> <b>Minute</b> <b>Hotels</b>. Book
Now - Limited Time Offers.</p>
        </div>
        </a> </li>
      <li>
        <div class="num">6.</div>
        <a
```
```
href="http://www.mnetads.com/trf?q=Last+Minute+Hotel+Deals&&r=http%3A%2F%2F4752.r.msn.com%2F%
3Fld%3DDvT5Ij0q5z2NiKhzwx2fZX1DVUCUxD-rljxVXVEdIl3Pp6U_-
RrmBqa0ETgL9yD2ZVmCkbuobUf90sAB3_emkxMRea60YY7iGqbTo5aPQarsVyjL7qI9MeqOes62mj0h64MX-knw%26u%
3Dwww.travelzoo.com%252fsupersearch%252fhotels%252f%253fActiveTab%253dHotels%2526catid%
253d2900%2526mkw%253dhotel%2Bdeals%2526pcrid%253d%257bcreative%257d%2526pmt%253dp%
2526placement%253d%257bplacement%257d&edv=CTQIyMLihjf9s6ZFrtypf6VGpKk6goLH&o=OnCK9um6s9sIHSv%
2BLyg0SVNWIilfBPo080Hrov%2BR3TO%2BUshBhgRqjw19Je8NbWVF%2BNdDa8wozVADNf0XArfrlGu5rfFVahKg8zc%
2FtPJjCqkSdhvaYSxu%
2Fdv7OHEktKxLQyNIiSqH8A8Ccp0HgfLJ5KLBF7RbAfhl9loZBlDmPgbt9INASLjrirFeKPI4w0jkCL%2Bnz%
2FWVAh4QHD%2BlX582x5Mu8SWlgqRwyCZ0tIXbBuvFDw7nSp4Bam0%2B1L7cp%2Boogb%
2FHwI9g5xoNNO93gFZYbpZX24j%2Frx15148pGjATKxArx4lXdpEPBOc2%2Bps1VRD59%2Fjrz6M6GwXwCM7T%
2FV6lnDfpkPWemF1%2FF2gMhtbOgeRTItgNJubgYjPMGHp93WhG6T%2FLb89%2FPo7g%2BY%2BdgsVxLA%3D%3D&a=
a6FAaPgwmAOhlAOOkaB9iDbL1JTY%2FV%2B72kS%2FOlQk%2FnJ0XzixT6VrcjDY2CXJ%
2FQIBHf9mjyBT5K24feNxrbeZJjY4wsKVQmUqh5bQYWI7dt3OGu5lQlHibrX47b%
2Blelvv9IKxZd9Goxg1p7zqxUkKYxcfDeRiX5u5288LVFBFsWbMcOcUPzldZg%3D%3D&n=7A9sRNfZHB9TJ%
2FaD3aEY4kJHXR%2FvVgRKDBzf3Ul4cCFajBhw0rnjUrKBPhkKsd8wxum%
2FObuPVfZWo9TWIFfu7KeqCjd0y7jt5SCGJnf2JvHxFqAZQLGUOheH%2BJr%
2FXx0193W3BArbjJY80zxMBJjAiTLNggViVZUx&kp=1&kt=286&ki=17117811&fk=81&ks=84&cme=
AMcrPigwzCXYealLjAtNmHXIcYtjYs7cgMMXZmWf5Z%2FZYCL4GDCqUS6Dt86ExMxbyff9f39bNeHS0rt%2FscYw3N%
2BDkgUusgF%2FO5p%2BqKVKo0RVNarVtxb%2ByFhu6V5LfR5dv45%2BPtK2HSfggQS4YXWu%
2F08MPCmkyF3rLeo3f6zyz6t4RRiOywFbAeHvGZGQIdOizKtMgRYsCyrPCxakG%2BvVpOab8EwmQoOR%7C%7CN7fu2vKt8
%2Fs%3D%7CFcl4VLL%2BIaJ9JqEBlCi7FaiOhe7KJ3tsk2QM1PHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%
3D%7CK0S0t%2FDDx3PHv42dJwi8RvBibAlNuQKs6stLc7k5hV5nfwIXQ28VwQ%3D%3D%7C" target="_blank"
class="list">
```

```
        <div class="adwrap">
          <div class="titleurlwrap">
            <p class="title"><b>Deals</b> on Top Rated <b>Hotels</b></p>
            <p class="url">Travelzoo.com/Hotels</p>
          </div>
          <p class="desc">Find Cheap <b>Hotel</b> Room <b>Deals</b> Today. Compare Prices from
Trusted Sites.</p>
        </div>
        </a> </li>
      <li>
        <div class="num">7.</div>
        <a
```
```
href="http://www.mnetads.com/trf?q=Last+Minute+Hotel+Deals&&r=http%3A%2F%2F0.r.msn.com%2F%3Fld
%
3DDvG7pwDczBBB630tjoyZjnszVUCUxuUWYwlL0akeE9EBPEY0jqrjW3wl2T2q04iN09gQryZzaZwyMCkOROFK5neGtBnp
DJzi9xaEVs4rer_8qP6fPDrQZQXRf2Xxvlyy0_cguYWg%26u%3Dhttp%253a%252f%252flocal.amazon.com%253fcid
%253dps_byn_1322a%2526ref_%253dps_byn_1322a&edv=OzZq%2B%2B3h7UdHGXUY4zUCAw%3D%3D&o=
9CJtgaXTwNDIXhumfQyC%
2FLQNirpDFVWJ36V55QkmJhiaAusf1zXl1HCic0eATtPGbk7BSdkH1Pd74TnMxqTckYcLXGXgwgnkdJDF9cr3mCcFXBYs0
mbOolf3dyC1GMTxNhk3SMa35yBmeoGJ3PZ9dyuYIdtdjLWChCJidhURl%2FC8ivWltdGOEZnH1CkDwxNrhur%
2BsDQ7RZZUrsx9cj9cPE3iOgSGdbDeLciJn5c7KOHFF5JhhM8mhN58ArvpQY1mMQj73zUG%2B%
```

2Bt1xwjrJ7SnhYgv5M8S4%2FVOQGbVnHVCxp1CGILv2a52%2ByqRd6PNzmP%
2B15Y6vp1GdmN0p8v3VBudBJXXCue8irc1n4UXysTS1qm20ZeoqcDdyA2uAWgKSUixMmZ6xo30eRXUNQizRSMYsg%3D%3D
&a=a6FAaPgwmAOhlAOOkaB9iDbLl1JTY%2FV%2B72kS%2F01Qk%2FnJ0XzixT6VrcjDY2CXJ%
2FQIBHf9mjyBT5K24feNxrbeZJjY4wsKVQmUqh5bQYWI7dt3OGu5lQlHibrX47b%
2Blelvv9IKxZd9Goxg1p7zqxUkKYxcfDeRiX5u5288LVFBFsWbMcOcUPzldZg%3D%3D&n=u3eknuLPid%
2BuKT9KhLRyeB7wqA2r8r4GVhYHpN9wSRoH5UuFAdEYc%
2FC08R6ZqYNptKfqSzSB7LQ24xc0sTvKzXUCXFUOqGHXdPLlOfQiaEHYEe6uehqyf7ovX42XPyL2lyGanUgfsU9hkmSPaw
K0K9jl3m85SHZy&kp=1&kt=286&ki=17117811&fk=81&ks=84&cme=
AMcrPigwzCXYealLjAtNmHXIcYtjYs7cgMMXZmWf5Z%2FZYCL4GDCqUS6Dt86ExMxbyff9f39bNeHS0rt%2FscYw3N%
2BDkgUusgF%2FO5p%2BqKVKo0RVNarVtxb%2ByFhu6V5LfR5dv45%2BPtK2HSfggQS4YXWu%
2F08MPCmkyF3rLeo3f6zyz6t4RRiOywFbAeHvGZGQIdOizKtMgRYsCyrPCxakG%2BvVpOab8EwmQoOR%7C%7CN7fu2vKt8
%2Fs%3D%7CFcl4VLL%2BIaJ9JqEBlCi7FaiOhe7KJ3tsk2QM1PHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%
3D%7CK0S0t%2FDDx3PHv42dJwi8RvBibAlNuQKs6stLc7k5hV5nfwIXQ28VwQ%3D%3D%7C" target="_blank"
class="list">
                <div class="adwrap">
                  <div class="titleurlwrap">
                    <p class="title">San Diego <b>Deals</b></p>
                    <p class="url">Local.Amazon.com</p>
                  </div>
                  <p class="desc">Free Coupons and Daily <b>Deals</b>. Save on Everything from Food to
Travel.</p>
                </div>
              </a> </li>
          <li>
              <div class="num">8.</div>
              <a
href="http://www.mnetads.com/trf?q=Last+Minute+Hotel+Deals&&r=http%3A%2F%2F3202237.r.msn.com%
2F%3Fld%
3DDvwi42rF9GlGntsGNa20G3zzVUCUx7wcVBZAKJRz8I6yWon8GqKf0x3uMqaVrXppj9w8MsAj9kKfzHiicCrWYtzOwHQW
BSH9aPJP6CmAFSS8g58-arpkcadl8u446DQdnJVCH2-g%26u%3Dhttp%253a%252f%252fwww.ask.com%252fslp%253f
%2526q%253dminute%252bhotel%252bdeals%2526sid%253da7ce045c-f4ea-4d3b-81c3-b75e96fd2db3-0-
us_msb%2526kwid%253dlast%252520minute%252520hotel%252520deals%2526cid%253d5547736953&edv=
RxQ2HZK3JQRbQTgZpI20ULlDfH5mjj6r&o=
ipQoy3nnQCCDvL1R0FONbWIFmxhKICzlnnwHLMfJVXd5EdGAuwGzRxKXWELpBaIVtM8WBZfC1v1P8KS4HlddlNKND2%
2BK4FhhZIWV%2FFOAtnE%2B2iM92ZR8GR8qSo%2F7wc7wsL%
2BHMDD3ojsrvKMQN0h5MiiIKnWIPF3ueHvlnMcuVKFw5Q60wGbkM1rRtc7mr24xz%2BFvbLflAogo1UBE%
2FH7nA8T0khdkOwsEmHJKAeTKCbwuOa8mLvcd14PFDprAs6GR0FskECjPPChohraNMru9J%
2FKKbv8tFyAfyv3HpvihpUH4Gm02aroYkb4qgnv4XzD%
2BFHtmRKnITnc95XKj79Cmwjg7AqbEsPCHMT4rdq9EWKlgbQKmbZg7dFG2HGDfHHdCkSN83v0fOMKLi1OU588nNA%3D%3D
&a=a6FAaPgwmAOhlAOOkaB9iDbLl1JTY%2FV%2B72kS%2F01Qk%2FnJ0XzixT6VrcjDY2CXJ%
2FQIBHf9mjyBT5K24feNxrbeZJjY4wsKVQmUqh5bQYWI7dt3OGu5lQlHibrX47b%
2Blelvv9IKxZd9Goxg1p7zqxUkKYxcfDeRiX5u5288LVFBFsWbMcOcUPzldZg%3D%3D&n=7A9sRNfZHB%2BB%2BrLq8er%
2FV8xL1s5EGss6cus6ez2438aVPb6nXBAMo36GzbS1dHDJokkF%
2BMlZ2cF2facsvJpznMTUSsbTz1n9NBRi6pqo3FEX3M3ecQBDh3zgrcGRav4K%2FjvoQX9Z6YlcQth%2B4x%
2BDgKl8pCeRricQ&kp=1&kt=286&ki=17117811&fk=81&ks=84&cme=
AMcrPigwzCXYealLjAtNmHXIcYtjYs7cgMMXZmWf5Z%2FZYCL4GDCqUS6Dt86ExMxbyff9f39bNeHS0rt%2FscYw3N%
2BDkgUusgF%2FO5p%2BqKVKo0RVNarVtxb%2ByFhu6V5LfR5dv45%2BPtK2HSfggQS4YXWu%
2F08MPCmkyF3rLeo3f6zyz6t4RRiOywFbAeHvGZGQIdOizKtMgRYsCyrPCxakG%2BvVpOab8EwmQoOR%7C%7CN7fu2vKt8
%2Fs%3D%7CFcl4VLL%2BIaJ9JqEBlCi7FaiOhe7KJ3tsk2QM1PHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%
3D%7CK0S0t%2FDDx3PHv42dJwi8RvBibAlNuQKs6stLc7k5hV5nfwIXQ28VwQ%3D%3D%7C" target="_blank"
class="list">
                <div class="adwrap">
                  <div class="titleurlwrap">
                    <p class="title"><b>Minute</b> <b>Hotel</b> <b>Deals</b></p>
                    <p class="url">Ask.com/Minute Hotel Deals</p>
                  </div>
                  <p class="desc"><b>Minute</b> <b>Hotel</b> <b>Deals</b>. Discover and Explore on
Ask.com!</p>
                </div>
              </a> </li>
          <li>
              <div class="num">9.</div>
              <a
href="http://www.mnetads.com/trf?q=Last+Minute+Hotel+Deals&&r=http%3A%2F%2F1640380.r.msn.com%
2F%3Fld%3DDvabHY088-8_LsygY8rU9-djVUCUzT3tJOYB7ojPjUAoNwupKHrnRQBB_3EMul4sjTyTEd-
VuNgKN_xh0hr02gRvG5deae-BcT6N_oMSpn21BT87WVm3hUP1AyVtAxeCAJdibYjA%26u%3Dhttp%253a%252f%252f146
.xg4ken.com%252fmedia%252fredir.php%253fprof%253d3930%2526camp%253d207597%2526affcode%
253dkw69373%2526cid%253d1535397958%2526queryStr%253dlast%252520minute%252520hotel%252520deals%

```
2526url%255b%255d%253dhttp%25253A%25252F%25252Fad.doubleclick.net%25252Fclk%25253B251578235%
25253B76779300%25253Bq%25253Bu%25253Dks%25257ESearch%2525257CDT%2525257CUS%
2525257CNew_York_City%2525257CBroad%2525257CPC%2525257CEN%2525257CQ32012%2525257CEDGE%
25257EUS%2525257CNY%2525257CNew_York%2525257CALL%2525257COK%25257Ehilton%2Bdoubletree%2Bin%
2Bnew%2Byork%25257Eb%25257E%252526sv1%25253D2e48c539-c611-4dd0-9aab-8bb108f55dbc%253a69373%
253ab%25252C-%25252Csv3%25253D_kenshoo_clickid_%25253Fhttp%253a%25252F%25252Fwww3.hilton.com%
25252Fen_US%25252Fhi%25252Fdoorway%25252Findex.htm%25253FsourceCode%25253D00081202%
252526redirectURL%25253Dhttp%253a%252525252F%252525252Fwww.hilton.com%252525252Fsearch%
252525252Fdt%252525252Fus%252525252Fny%252525252Fnew_york%252525252F0%252525252F0%252525252F0%
252525252F0%252525252F0%252525252F0%252525252F10%252525253FWT.srch%252525253D1&edv=b7zC2e7%
2FytkUtGMQYMplQYE%2Fno4iMr4y&o=r%2FrBBmL7fk3sMnDzNLbrj5R%2BoYEKA6xHHuwuVi%2B6q4aYza4hWubp0%2B%
2Fs5wRbV4oiFllH6E52kVy%2BSldFXoDc164eJ1SoGX1bRoUOvrXFyHSblCMGZh2cZJbuiWLsrHzq03YSF%
2FFl7iUvSfToic9tEX3VY8rQ9vvEYgHq52ZbDbL3uzdzA75x%2FSBfa%2Fi%
2BzCDNbQJHu9HrFapuWmz39fuCubKrm4ErwrqS4YRlczNyuCsZdjzX3hHiWdA%2B68kO2gEP9%
2BjS4tapg9kmB7lTsKz9t0Vt%2Bpn7mEWohm%2FApPrHsACSlyXpV%2F6nsuGCDMYqt%2FIej41F6%
2FoJ2GowaqsWcaCuGRchFRrMnrV3C0fyk%2BawnOY1MkkKzQqn0t9ipEH8ZflU2BGL6IpXv%
2FYcF45KEbOBIwjRuf9PWu43&a=a6FAaPgwmAOhlAOOkaB9iDbL1JTY%2FV%2B72kS%2FOlQk%
2FnJ0XzixT6VrcjDY2CXJ%2FQIBHf9mjyBT5K24feNxrbeZJjY4wsKVQmUqh5bQYWI7dt3OGu51Q1HibrX47b%
2Blelvv9IKxZd9Goxg1p7zqxUkKYxcfDeRiX5u5288LVFBFsWbMcOcUPzldZg%3D%3D&n=JZASdg%2FbtMhS%
2B9ZW6PgNLmtqNAvSGprG8tmSKasdxPYvUHZEqvBC6kRK9yjniEFNA1bC7aQZ6OEPXk0TVvAmU5SJSj5HZIwKTNCemFhiF
6zQk5WwyFAqMfZV1%2FebzPwFUH1TdkthZEwvkHXT3SkMhdTTJyRcXhQn&kp=1&kt=286&ki=17117811&fk=81&ks=84&
cme=AMcrPigwzCXYealLjAtNmHXIcYtjYs7cgMMXZmWf5Z%2FZYCL4GDCqUS6Dt86ExMxbyff9f39bNeHS0rt%2FscYw3N
%2BDkgUusgF%2FO5p%2BqKVKo0RVNarVtxb%2ByFhu6V5LfR5dv45%2BPtK2HSfggQS4YXWu%
2F08MPCmkyF3rLeo3f6zyz6t4RRiOywFbAeHvGZGQIdOizKtMgRYsCyrPCxakG%2BvVpOab8EwmQoOR%7C%7CN7fu2vKt8
%2Fs%3D%7CFcl4VLL%2BIaJ9JqEBlCi7FaiOhe7KJ3tsk2QM1PHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%
3D%7CK0S0t%2FDDx3PHv42dJwi8RvBibAlNuQKs6stLc7k5hV5nfwIXQ28VwQ%3D%3D%7C" target="_blank"
class="list">
         <div class="adwrap">
           <div class="titleurlwrap">
             <p class="title">DoubleTree&reg; Official Site</p>
             <p class="url">DoubleTree.Hilton.com/NYC</p>
           </div>
           <p class="desc">Book In Advance &amp; Save Up to 20%. Best Rates for NYC
<b>Hotels</b>.</p>
         </div>
       </a> </li>
     <li>
       <div class="num lastnum">10.</div>
         <a
href="http://www.mnetads.com/trf?q=Last+Minute+Hotel+Deals&&r=http%3A%2F%2F565981.r.msn.com%2F
%3F1d%3DDv8k5TTATR94jbUQWJXMrCjjVUCUxoA4I06Qoz17pln8CNoi_o7roI8SfY0o2XS4G0L0rjSmSfyykY_cJK-
VuHv0tg7cdCQOLHLp6vdK2GEw3RUm9aOwIOXHeVd3H38MKJkC-Ljw%26u%3Dhttp%253a%252f%252fdms.netmng.com%
252fsi%252fcm%252ftracking%252fclickredirect.aspx%253fsitrackingid%253d640667358%2526siadid%
253d5085007159%2526siquerystring%253dlast%252520minute%252520hotel%252520deals&edv=wPSBhL%
2B9ya6KYaLhLEGx6AzxauAUMJRz&o=lracpx4XRKk5jxAyRdORydLiR%2BvUj96RWHeOB6gTrUGrcj%
2BpUGEKPw7cFs41pkpYTpG1fInirc3n3xHJlLpjsiFoYGDwqWm2IBf3h3a%2BRRg%2Bz90bFSSYaCLjBi0NTwTyMq9LWj0
%
2FDsU1XpiKMxA1mdUSiLagcCOO2Cki2SJL6C9LEnIcbo7uct8X9yDYvFeC4olNcURu40frDajgyqvvFVFBfyROv6evWhNa
nBzvElA5E9k72o7neAvvfkBjlOV0VWxL%2BPuea%2FGBF0qL4cwIPylnW2EgTTfLr%2BTB%2BUhD%
2FlVUOZHlxxBiGNCapM1ifmKq1APZ4Q9edvNlBI7fhxvgX9OvanQZ0dyTooapkyRufD46kadJAJUMfXqRlz%
2Fm3eBfMQskIzMRIC0%3D&a=a6FAaPgwmAOhlAOOkaB9iDbL1JTY%2FV%2B72kS%2FOlQk%2FnJ0XzixT6VrcjDY2CXJ%
2FQIBHf9mjyBT5K24feNxrbeZJjY4wsKVQmUqh5bQYWI7dt3OGu51Q1HibrX47b%
2Blelvv9IKxZd9Goxg1p7zqxUkKYxcfDeRiX5u5288LVFBFsWbMcOcUPzldZg%3D%3D&n=RLGsu6nrNa1r%2Ba4mrnI3%
2B%2B8wbJMBO%2F%
2FnrKncCUI8TbZ6FTmVkpr8LDyo71KHCprGUO8r5fonis3GWL72IuDn3huz9RUXi2ErWhFfT6MXrSUuJufbvn0keyjVJt9
V%2B%2BtPXyBLg2wziFC0mvkwFZTGiKNjDJzevnBz&kp=1&kt=286&ki=17117811&fk=81&ks=84&cme=
AMcrPigwzCXYealLjAtNmHXIcYtjYs7cgMMXZmWf5Z%2FZYCL4GDCqUS6Dt86ExMxbyff9f39bNeHS0rt%2FscYw3N%
2BDkgUusgF%2FO5p%2BqKVKo0RVNarVtxb%2ByFhu6V5LfR5dv45%2BPtK2HSfggQS4YXWu%
2F08MPCmkyF3rLeo3f6zyz6t4RRiOywFbAeHvGZGQIdOizKtMgRYsCyrPCxakG%2BvVpOab8EwmQoOR%7C%7CN7fu2vKt8
%2Fs%3D%7CFcl4VLL%2BIaJ9JqEBlCi7FaiOhe7KJ3tsk2QM1PHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%
3D%7CK0S0t%2FDDx3PHv42dJwi8RvBibAlNuQKs6stLc7k5hV5nfwIXQ28VwQ%3D%3D%7C" target="_blank"
class="list">
         <div class="adwrap">
           <div class="titleurlwrap">
             <p class="title"><b>Last</b> <b>Minute</b> <b>Hotel</b> Vegas</p>
             <p class="url">Venetian.com</p>
           </div>
           <p class="desc">Get a Luxury <b>Hotel</b> Suite From $159. The Venetian&reg;: Vegas
```

```
Luxury Defined</p
        </div>
      </a> </li>
  </ul>
  <div class="footer"><a href="http://www.media.net/privacy-policy" target="_blank">Privacy
Policy</a></div>
  </div>
</div>
<script type="text/javascript">if(relplaceAllALinks)
relplaceAllALinks(/(\/trf|\.cfm)\?/);</script><script language="javascript"
type="text/javascript" > var __pp = []; </script>
<iframe src=http://mycdn.media.net/checksync.php?cid=8CU8DCMM6 marginwidth="0"
marginheight="0" scrolling="no" style="display: none;"></iframe>
<script type="text/javascript">      function getToken() {        var token =
document.location.href;      var index = token.indexOf(".cfm");       if (index != -1) {
token = token.substr(0, index) + ".cfm";          token = encodeURIComponent(token);
return token;       } else {          return "";        }     }     var rtbHash = "";
var aKW = "Free Toilet Paper Coupons";      if
(/(8CU1GB635|8CU276US8|8CUW8622W)/.test(location.href)) {        var aAction =
encodeURIComponent("incr_r_frequency();" + "add_kw('" + aKW + "')");        var aI = new
Image();       aI.src = "http://ib.adnxs.com/pxj?bidder=96&action=" + aAction;        var
segI = new Image();        segI.src =
'http://ib.adnxs.com/seg?add_code=rkwclicker&member=1173';      } else { /* var aAction =
encodeURIComponent("incr_r_frequency();" + "add_cm_kw('" + aKW + "')"); var aI = new Image();
aI.src = "http://ib.adnxs.com/pxj?bidder=96&action=" + aAction;*/      var token =
getToken();       if (token != '' && token.indexOf("display.cfm") == -1) {       var
rjI = new Image();        rjI.src =
"http://ec2-54-83-15-235.compute-1.amazonaws.com/toolbar/c.gif?u=" + token;      }
var segI = new Image();        segI.src =
'http://ib.adnxs.com/seg?add_code=kwclicker&member=1173';      }     var alst =
document.getElementsByTagName('a');      var bR = /bv=(.*?)($|&)/;      var cidR =
/campaign_id=(.*?)(&|$)/;      for (i in alst) {        if (/trf/.test(alst[i])) {
alst[i].onmouseup = function() {        var campaignId =
cidR.exec(decodeURIComponent(rtbHash))[1];          var rv = bR.exec(this.href)[1];
var img3 = new Image();        img3.src = "http://rtb3.media.net/rmx/rac?rv=" + rv +
"&cid=" + campaignId;      }     }    } </script>
<iframe
src='http://contentquery.net/sspx.php?ppid=2&id=8CU8DCMM6&sid=8POCTH05W&uid=
8221555497131302190&oid=48481e3bdbc75568a9989eda4d2a75c7.com&ip=217.140.100.0&pgtid=2'
width='0px' height='0px' style='display:none;'></iframe>
</body>
</html>
```

# EXHIBIT 2

# TO THE NOTICE OF MOTION AND MOTION TO FOR SUMMARY JUDGMENT

# THE FOLLOWING DOCUMENT IS A COPY OF <u>EXHIBIT D</u> TO THE FIRST AMENDED COMPLAINT

```
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
"http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">

<html xmlns="http://www.w3.org/1999/xhtml" >
<head>
<meta name="tids" content="a='800013264' b='800086228' c='search.keywordblocks.com' d='entity
SERP'" />
<meta name="robots" content="nofollow" />
<meta http-equiv="Content-Type" content="text/html; charset=UTF-8">
<meta name="viewport" content="width=device-width, initial-scale=1.0, maximum-scale=1.0,
user-scalable=no" />
<title>Search Results</title>
<style type="text/css">
* {
    margin:0;
    padding: 0
}
a {
    text-decoration: none;
    outline: none;
}
a:hover {
    cursor: pointer;
}
img {
    border: none;
}
body {
    background: #FFF;
    font-family: Arial;
sans-serif
}
/*spons-link css*/

.spons-link {
    width: auto;
    padding: 15px 15px 0 15px;
    margin:auto 0;
}
.inner-spons-link {
    width: 960px;
    margin: 0 auto;
    height: 50px;
    line-height: 70px;
    text-overflow:ellipsis;
    overflow: hidden;
    white-space: nowrap;
    font-size: 15px;
    color: #000;
}
.inner-spons-link p {
    float: left;
    width: 64%;
    overflow:hidden;
    text-overflow:ellipsis;
    overflow: hidden;
    white-space: nowrap;
    font-weight: bold;
}
.inner-spons-link p span {
    font-size: 17px
}
.wrapper {
    width: 100%;
    margin: 0 auto;
    overflow: hidden;
}
.main_wrapper {
```

Case3:14-cv-03883-EMC   Document32-4   Filed06/12/15   Page3 of 14

```
    width: 960px;
    margin: 0 auto;
    padding: 10px 0;
}
ul {
    list-style: none;
    padding-top: 10px;
}
.results li {
    width: 99.8%;
    background: #fff;
    margin: 0 0 10px 0;
    position: relative;
    overflow: hidden;
    border: 1px solid #dedede;
    -moz-transition: all 0.65s ease;
    -o-transition: all 0.65s ease;
    transition: all 0.65s ease;
    -webkit-transition: all 0.65s ease;
    background: url(http://res.media.net/__media__/pics/800013264/li_arrow_n.gif) 99% center
no-repeat #fff;
}
.results .num {
    width: 50px;
    text-align: right;
    font-size: 24px;
    font-weight: bold;
    color: #777;
    float: left;
    padding: 24px 10px 0 0;
    font-family: Arial;
    line-height: 47px;
}
a.list {
    display: block;
    width:89%;
    overflow: hidden;
    padding-right:40px;
    float: right;
}
.lastnum {
    _padding-right:0 !important
}
a.list .adwrap {
    display: block;
    overflow: hidden;
    padding: 15px 0;
    width: 100%;
    word-wrap: break-word
}
a.list .titleurlwrap {
    width: 48%;
    margin: 0 4% 0 0;
    overflow: hidden;
    float: left
}
a.list .descwrap {
    width: 46%;
    overflow: hidden;
    float: left
}
a.list .desc {
}
.results li:hover {
    background: #f2f2f2
}
.results li:hover {
    background: url(http://res.media.net/__media__/pics/800013264/li_arrow_n_h.gif) 99% center
```

```
no-repeat #f2f2f2;
}
.results li:hover .list .title {
    text-decoration: underline;
}
.results li:hover .url {
    text-decoration:underline;
}
a.list .title {
    font-size: 22px;
    font-weight: bold;
    color: #333333;
    padding:19px 0 4px 0;
    font-family: Arial
}
a.list .desc {
    color: #444;
    font-size: 15px;
    padding: 3px 0 8px 0;
    text-align: right;
    font-family: Arial
}
a.list .url {
    color:#128d5a;
    font-size: 14px;
    text-align: right;
    font-family: Arial
}
/*footer css*/

.footer {
    height: 50px;
    line-height: 50px;
    text-align: center;
    clear: both;
    width: 960px;
    margin: 0 auto
}
.footer a {
    color: #000;
    font-family: arial;
    font-size: 12px;
}
.footer a:hover {
    text-decoration: underline;
}
/* Search Form CSS */

div.header_search {
    float: right;
    width: 34%;
    padding: 1px;
    background-color: #DDD;
    line-height: normal;
    margin-top: 8px;
    -webkit-border-radius: 5px;
    -moz-border-radius: 5px;
    border-radius: 5px;
    _padding-bottom:0px !important;
}
div.header_search .txt-box {
    border: 0 none;
    height: 32px;
    line-height: 32px;
    width: 75%;
    float: left;
    padding: 0 5px;
    -webkit-border-radius: 5px;
```

Case3:14-cv-03883-EMC   Document32-4   Filed06/12/15   Page5 of 14

```
    -moz-border-radius: 5px;
    border-radius: 5px;
}
div.header_search .submit-button {
    border: 0 none;
    height: 32px;
    width: 21.8%;
    float: left;
    background: none;
    color: #FFF;
    text-transform: uppercase;
    font-size: 12px;
    -webkit-border-top-right-radius: 5px;
    -webkit-border-bottom-right-radius: 5px;
    -moz-border-radius-topright: 5px;
    -moz-border-radius-bottomright: 5px;
    border-top-right-radius: 5px;
    border-bottom-right-radius: 5px;
    outline: none;
    cursor: pointer;
}
.shadow_l {
    background: url(http://res.media.net/__media__/pics/800011889/shadow_l.gif) left top
repeat-y #fff
}
.shadow_r {
    background: url(http://res.media.net/__media__/pics/800011889/shadow_r.gif) right top
repeat-y
}
  @media screen and (max-width: 1095px) {
  .wrapper {
width:auto;
}
  .main_wrapper {
width:auto;
padding-left:5px;
padding-right: 3px
}
  a.list {
width: auto;
float: none;
}
  .footer {
width: auto
}
  .inner-spons-link {
width: auto
}
}
  @media screen and (max-width: 1023px) {
  div.header_search {
display: none
}
  .inner-spons-link p {
float: none;
width: auto;
}
}
  @media screen and (max-width: 980px) {
  a.list {
background-position: 98.5% center
}
  .results li:hover a.list {
background-position: 98.5% center
}
  ul {
padding: 0
}
```

```css
.results .num {
padding-top: 22px
}
}
  @media screen and (max-width: 800px) {
  .results .num {
font-size: 24px;
width: 40px;
}
  a.list .title {
font-size: 20px
}
  a.list .url {
font-size: 14px;
background-position: 0 3px
}
  a.list .desc {
font-size: 14px
}
  a.list {
background-position: 97% center
}
  .results li:hover a.list {
background-position: 97% center
}
  .results .num {
padding-top: 22px
}
  .results li {
width: 99.1%;
}
}
  @media screen and (max-width: 650px) {
  a.list {
background-position: 98% center
}
  .results li:hover a.list {
background-position: 98% center
}
  .results .num {
padding-top: 22px
}
  .results li {
width: 99.1%;
}
}
  @media screen and (max-width: 550px) {
  .main_wrapper {
}
  .spons-link {
height: auto;
padding-right: 12px
}
  .inner-spons-link {
height: auto;
word-wrap: break-word;
white-space: normal;
line-height: 30px;
width: auto;
padding: 0 2%
}
  a.list {
background:none;
padding:0 30px 0 0
}
  .results li:hover a.list {
background:none
}
```

```css
a.list .titleurlwrap {
width: auto;
float: none
}
 a.list .descwrap {
width: auto;
float: none;
text-align: left
}
 .results .num {
font-size: 18px;
width: 30px;
padding-top: 2px
}
 a.list .title {
font-size: 18px;
padding-top: 0
}
 a.list .url, a.list .desc {
text-align: left
}
 .results li:hover .list .url {
background: none
}
 .results li {
width: 99.1%;
}
}
 @media screen and (max-width: 350px) {
 .inner-spons-link {
padding: 0 3%
}
 .results li {
width: 99.1%;
}
 .inner-spons-link {
line-height: 16px
}
}
}
</style>
</head>
<script language="JavaScript" type="text/javascript"
src="http://res.media.net/__media__/js/templates-min.js"></script>

<body onload="" onunload="" onBeforeUnload="">
<div style="visibility:hidden;display:none;" id="divSponAds">
  <form name="frmSponsAds" id="frmSponsAds" method="post" action="" target="_blank">
    <input type="hidden" name="params" id="params" />
  </form>
</div>
<div class="wrapper">
  <div class="spons-link">
    <div class="inner-spons-link">
      <p>Sponsored Listings For: <span>Vacation In India</span></p>
      <div class="header_search">
        <form id="searchform1"    name="searchform1"
action="http://383288102.keywordblocks.com/display.cfm?domain=search.keywordblocks.com&fp=
5BOBfx8AH58JbrdfN5vewmjslFbJqDoSA2Pm4vwo5i8t93ulfwdTeqRMXEPWriMXE79Z4EuKysIapmLBFuQ2H8DcGfqHKR
odOMyVPU0k9jdxGm3aG1MXCNPnZW%2B4hyz4DvUH%
2FhXD8XU5TIIPVSOQ6GTMAmlhQFA0GtMGSv1P22ya07VXBxsKlEN7SMNEiH%2Bz5ao2beXMvc0%3D&cme=POdL7mGh2R%
2FoylJQmNVCUAT%2FhoEBneEQMDzlRiO%2B8uHoHyxv%
2Fxk9lusxqxbYhunOskxWqEGdwA6M9xxQbqj31rQn7V3uxMEpOr%2F8uogc2C4Tw9icztOUZIkVT%
2Fd98BXIH1RsAbrM7JbKgG4G1LYSf%2BarblLQv%2BEkEAvxdTPvVARRhMse8QglmW0%
2B8tcXiNIKycnPok4BKBUQrRV0olzQYYbVOqkew0dZ%7C%7CN7fu2vKt8%2Fs%3D%7CFc14VLL%
2BIaJ9JqEBlCi7FaiOhe7KJ3tsk2QM1PHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%3D%
7ChbBFgmcCRfx2lUxCZu3ON9dNnc%2B1vTacWriOroOIQ7zzHzFI3X3N6A%3D%3D%7C&vsid=467769646623086&dytm=
1406808119492&hvsid=00001406808118826019368662305056&upk=1406808119.7208&sttm=1406808118825&
cid=8CU8DCMM6&crid=583306664&size=300x250&lpid=&tsid=1&ksu=84&chid=&fvips=7&https=0&extKwds=0&
```

```
kwdsMaxTm=400&rms=1406808176&rkr=1&kct=2453&amp;kt=1" method="post" target="_top"
onsubmit='showPop=0;if (document.getElementsByName("s")[0].value.match(/^\s*$/)) {return
false;}' >
            <input name="s" type="text" onClick="this.value='';" type="text" id="homeSearch"
class="txt-box" />
            <input type="submit" class="submit-button" value="Search">
        </form>
      </div>
    </div>
  </div>
  <div class="main_wrapper">
    <ul class="results">
      <li>
        <div class="num">1.</div>
        <a
href="http://www.mnetads.com/trf?q=Vacation+In+India&&r=http%3A%2F%2F3011574.r.msn.com%2F%3Fld
%
3DDv7JYQ7pnUJYPFRyswnN9zgjVUCUwb1fTrFeww0CHX6NBr3jNzKDq0WHHh3mY0smp_6B712HiPIZV7BlYqHlfeFTorOq
hmMwzBOXk6JMslxyu9RxsYac8PybyA__E-JRON3KZh1A%26u%3Dwww.audleytravel.com%252fus%
252fdestinations%252findian-subcontinent%252findia.aspx%253futm_source%253dbing%2526utm_medium
%253dcpc%2526utm_campaign%253d23-505%252520India%2526utm_term%253d%252bindia%2B%252bvacation%
2526audcmp%253d23-505%252520India&edv=1ZAaYSI9c5jdo1rGbEcZXHH6Lf8vWqpo&o=tDv%
2FiuMJooFzqpmsXxqm%2FInN6kz6FreHh2dP052b6ic6HYWg7gtGrkYbfBzFWTvlwAn290ojYL1R8B49mM%2FN1JN%
2FyTF1BHGPZppa6ZodLHj1PGTplCEtxUmJufLPNHAXlO7NynXgjZYA09Ko3f109uR4N1Rm78gg46KXKraHdo%
2FeIwj8LGTtegUMOai%2B7UExmuIqHSRELeYjAZY87tH%
2FM341JdwCaPktUJwuhug2QjmLh2Gdc5UWwS61EJ1h2nzNYpdl3VM7Vd5V4ntSC00bGJ8A8qN%
2FZV5HNqsGNduBvTQNj4uVerOvQ%2FldcNxPGGWqX4xr9nM7Z6ioCNDefy0Tw9xtutn5391Ld04G%2Fv9BbiBARL%
2FJD32jWxzNGZfjaGAQJakz%2F51FShQ%3D&a=aEGyV%
2FPHpkbOJOUfvJ3fuukVaCPRztTfyNFP1bItGa9732tBI8WVXZuc27uTnt9rmZQGXZBPLNn52scq0%
2Bjs2QMCIGGa2Jy3pHy%2BR4Bh%2BtzpsR%
2ByN1zpDGp02xZUjy0cIMPCaB0Fib19U7L85V3IISs5jlxNqrImUZihzlsdgRTajZcRzBxuvg%3D%3D&n=JYc2%
2FJSQZWB%2B8zhVoQfs0AUTqSXqH2SZ%2BGHHzqkE4NowkgEBpqLCVjYrqYb%2FcpqML91p4XuACIn1ky25R%
2FuirVdEhj%2FlbkJiKY9CQ2srrGivgzn3p4Uon0gujfNQr%2BZu2GK5sH5DWHSJBbHN7%2BxtopIxCzYZ%
2FWeU3GrLiiFOgIo%3D&kp=1&kt=203&ki=3482199&fk=81&ks=84&cme=POdL7mGh2R%2FoylJQmNVCUAT%
2FhoEBneEQMDzlRiO%2B8uHoHyxv%2Fxk9lusxqxbYhunOskxWqEGdwA6M9xxQbqj31rQn7V3uxMEpOr%
2F8uogc2C4Tw9icztOUZIkVT%2Fd98BXIH1RsAbrM7JbKgG4G1LYSf%2BarblLQv%2BEkEAvxdTPvVARRhMse8QglmW0%
2B8tcXiNIKycnPok4BKBUQrRV0olzQYYbVOqkew0dZ%7C%7CN7fu2vKt8%2Fs%3D%7CFcl4VLL%
2BIaJ9JqEBlCi7FaiOhe7KJ3tsk2QM1PHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%3D%
7ChbBFgmcCRfx21UxCZu3ON9dNnc%2B1vTacWriOroOIQ7zzHzFI3X3N6A%3D%3D%7C" target="_blank"
class="list">
            <div class="adwrap">
              <div class="titleurlwrap">
                <p class="title"><b>India</b> <b>Vacation</b></p>
              </div>
              <div class="descwrap">
                <p class="desc">Book A Custom <b>Vacation</b> To <b>India</b>. Talk To An Expert.
Find Out More.</p>
                <p class="url">www.audleytravel.com</p>
              </div>
            </div>
          </a> </li>
      <li>
        <div class="num">2.</div>
        <a
href="http://www.mnetads.com/trf?q=Vacation+In+India&&r=http%3A%2F%2F0.r.msn.com%2F%3Fld%
3DDvrOSd1I1le10JHesglvvbtjVUCUzbSwXd6_YqVm-r7coSyOCgGrEJR-
YypghDkVSoGHyGaZkreZB7DTNeDFEF0oRIJ1Xp8JzWiaNUWqwlxePrTqiHPTqxJYakR2aIccPD3Thteg%26u%3Dhttp%
253a%252f%252fpixel.everesttech.net%252f2913%252fc%253fev_sid%253d10%2526ev_ltx%253d%2526ev_lx
%253d32336002003%2526ev_crx%253d2918324723%2526ev_mt%253de%2526url%253dhttp%25253A%252f%
252fservedby.flashtalking.com%252fclick%252f1%252f22767%25253B398070%25253B50126%25253B252%
25253B0%252f%25253Fft_section%25253DVacations_-_Core_-_India%252526ft_keyword%
25253Dvacation_to_India%252526url%25253Dhttp%253a%252f%252ft.mookie1.com%252ft%252fv1%
252fevent%25253FmigClientId%25253D4110%252526migAction%25253Dfirst-choice-generic-search%
252526migSource%25253Dmig%252526migUnencodedDest%25253Dhttp%253a%252f%252fwww.firstchoice.co.
uk%252fholiday%252flocation%252foverview%252fIndia-IND%25253Fib_id%25253DFirst_Choice%
252526ic_id%25253DN_-_India_%252f_India%252526ig_id%25253DVacations_-_Core_-_India%252526ik_id
%25253Dvacation_to_India%252526im_id%25253DPPC%252526is_id%25253DBing%252526it_id%25253DEF%
252526iu_id%25253DExact&edv=OzZq%2B%2B3h7UdHGXUY4zUCAw%3D%3D&o=Unn19oaxrNQjj1yAc9CfQ%2BNxpOv%
```

2BSxLNY%2F0Gci5iIJgZCeO4NcKICV0c%2BG1Rt0mwDTLMH7G2IR%
2Bu32RasJbPUODOCBZAykidgdevDbnV1H3wfWSKA8ZU3o%
2FfXBMt0ePVkgu4W3D5k5VOhrDhgy8Ub9oiwe9N5BGrriU5VvRB4h4eAM9KMLCHPHqGVFATDcfdbqPn4GfpLf%
2BRto7c2gPbSCe6bllV7%2FlYhl%2FjdamI2QKnqji50ph9YNVM15xqUz%2FMGDs6U9v867B%
2Fgu5T4GjhVWlKuPwyCatngEBFqlQsLPF9qGqlNgo3kK1E67QsrCltyTaSTxEEznFMCUtjN8gxHzrZcstpOYWCuMb0KGo5
2Qis7P%2F7yS70Y70NLCdnBJRe3jm3NHvKgVX0QzaSLFl6BqA%3D%3D&a=aEGyV%
2FPHpkbOJOUfvJ3fuukVaCPRztTfyNFP1bItGa9732tBI8WVXZuc27uTnt9rmZQGXZBPLNn52scq0%
2Bjs2QMCIGGa2Jy3pHy%2BR4Bh%2BtzpsR%
2ByN1zpDGp02xZUjy0cIMPCaB0Fib19U7L85V3IISs5jlxNqrImUZihzlsdgRTajZcRzBxuvg%3D%3D&n=QPWpLt3RS%
2B4ZVFm4Dsk6mYUIIbTMpecMYEcGfs3mn84ylJ27pqNAddOQ1iUUIrE%
2BU8HoQMUOjTxsqGOA6xxdomeqsvzjg82RIrb01AnNfTu3dr%2Btu%2B%2FDyQuHWqEmjct5Li%
2BcmkCHm1szxj5HYSGMhKnZYZUtmHUcI74Wrg9ka3Q%3D&kp=1&kt=203&ki=3482199&fk=81&ks=84&cme=
POdL7mGh2R%2FoylJQmNVCUAT%2FhoEBneEQMDzlRiO%2B8uHoHyxv%
2Fxk9lusqxbYhunOskxWqEGdwA6M9xxQbqj31rQn7V3uxMEpOr%2F8uogc2C4Tw9icztOUZIkVT%
2Fd98BXIH1RsAbrM7JbKgG4GlLYSf%2BarblLQv%2BEkEAvxdTPvVARRhMse8QglmW0%
2B8tcXiNIKycnPok4BKBUQrRV0olzQYYbVOqkew0dZ%7C%7CN7fu2vKt8%2Fs%3D%7CFcl4VLL%
2BIaJ9JqEBlCi7FaiOhe7KJ3tsk2QM1PHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%3D%
7ChbBFgmcCRfx21UxCZu3ON9dNnc%2B1vTacWriOroOIQ7zzHzFI3X3N6A%3D%3D%7C" target="_blank"
class="list"&gt;
            &lt;div class="adwrap"&gt;
              &lt;div class="titleurlwrap"&gt;
                &lt;p class="title"&gt;&lt;b&gt;Vacation&lt;/b&gt; to &lt;b&gt;India&lt;/b&gt;&lt;/p&gt;
              &lt;/div&gt;
              &lt;div class="descwrap"&gt;
                &lt;p class="desc"&gt;Book ABTA Protected Holidays! Low Deposits from &amp;pound;100pp.&lt;/p&gt;
                &lt;p class="url"&gt;firstchoice.co.uk/India-Holidays&lt;/p&gt;
              &lt;/div&gt;
            &lt;/div&gt;
          &lt;/a&gt; &lt;/li&gt;
        &lt;li&gt;
            &lt;div class="num"&gt;3.&lt;/div&gt;
            &lt;a
href="http://www.mnetads.com/trf?q=Vacation+In+India&&r=http%3A%2F%2F2120639.r.msn.com%2F%3Fld
%3DDvB_gMBBNtn-Uo2AzK2MKNnTVUCUy_DCjN9yyVCK0F5AUo7G3JfEfViMlyG2h8B3VSpyKLliuQ4Bd-
jyH9YzPyL9PuSXzVcmDnWfUMaVi-KdK5g9D-_VQGob5kTw4lsxe5qvLFlw%26u%3Dhttp%253a%252f%252fad.
doubleclick.net%252fclk%253b268745596%253b92027105%253br%253bu%253dV1ADCHILTON-1208829651-k-
30258911769-2404959961-e%253fhttp%253a%252f%252fwww3.hilton.com%252fen_US%252fhi%252fdoorway%
252findex.htm%253fsourceCode%253d00081400%2526redirectURL%253dhttp%25253A%25252F%25252Fwww3.
hilton.com%25252Fen%25252Fhotels%25252Fintl%25252FPNQSHHI%25252Findex.html%25253FWT.mc_id%
25253DzMWWAAA0EA1WW2PSH3Search4DGGeneric7GW842004%252526WT.srch%25253D1%252526utm_source%
25253Dppc%252526utm_medium%25253Dppc%252526utm_campaign%25253Dpaidsearch&edv=JA%
2BzyFCMkeWa4YFgKrSy3cplzKRMI%2BIZ&o=QmvArwS5r98q05abJCkNQuICi25BdpQWPJ2m0rHH4YXDzBGFB8%
2BfApU9P5HCo8dQu6uKijcRChRDp7CX5X3e4eZqhjPbfV1HR%2B5JnLOgxIFvjPhxaL82ISnj%2BEUOSZXTPvMoyzI%
2FmiSLxTcWjEbTNBSm%2BJ6sHluckBY0w7bf4fnNvR65ZCz%2BopwMS1PjCb49wYaaCJHmG8599VKjjmZLuXAv4%
2FK6jaZVJOQ%2BSCit3lBapYuBkqJEdF61LSf6NhDMLbuJyWbzdn0f9Wps%2B4NjVKHBIQS1cp%
2FYPRSZsWkHculNlgMYLBpGSL7xe6r86gTiyHJSu87mRLk%2F088M5FVpmD1fDigf9dMZqm%
2BBBsfbVFcXj9lSjSeUC25WTMpmVeMe3wq3f%2B8ePhzU%3D&a=aEGyV%
2FPHpkbOJOUfvJ3fuukVaCPRztTfyNFP1bItGa9732tBI8WVXZuc27uTnt9rmZQGXZBPLNn52scq0%
2Bjs2QMCIGGa2Jy3pHy%2BR4Bh%2BtzpsR%
2ByN1zpDGp02xZUjy0cIMPCaB0Fib19U7L85V3IISs5jlxNqrImUZihzlsdgRTajZcRzBxuvg%3D%3D&n=
a5WOtdNh3YhQwFdJZyZsxOqDQYD7jllo34Hrx0yg6Mwz5BnkeWnpwhBj0%
2BZUeWlLiFWPKIsBpPYrQwhWfviacK85upM95RDIf9WVISnoxglQqa9V9x%2BDtLWyCGqZz7M%2BdmuW9oWP%
2FtszDeAOcMbkBMy3F0yGbVv%2FZTXZZFHuq9w%3D&kp=1&kt=203&ki=3482199&fk=81&ks=84&cme=POdL7mGh2R%
2FoylJQmNVCUAT%2FhoEBneEQMDzlRiO%2B8uHoHyxv%
2Fxk9lusqxbYhunOskxWqEGdwA6M9xxQbqj31rQn7V3uxMEpOr%2F8uogc2C4Tw9icztOUZIkVT%
2Fd98BXIH1RsAbrM7JbKgG4GlLYSf%2BarblLQv%2BEkEAvxdTPvVARRhMse8QglmW0%
2B8tcXiNIKycnPok4BKBUQrRV0olzQYYbVOqkew0dZ%7C%7CN7fu2vKt8%2Fs%3D%7CFcl4VLL%
2BIaJ9JqEBlCi7FaiOhe7KJ3tsk2QM1PHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%3D%
7ChbBFgmcCRfx21UxCZu3ON9dNnc%2B1vTacWriOroOIQ7zzHzFI3X3N6A%3D%3D%7C" target="_blank"
class="list"&gt;
            &lt;div class="adwrap"&gt;
              &lt;div class="titleurlwrap"&gt;
                &lt;p class="title"&gt;Shillim Retreat &amp;amp; Spa&lt;/p&gt;
              &lt;/div&gt;
              &lt;div class="descwrap"&gt;
                &lt;p class="desc"&gt;Escape to a Luxury Spa Experience With a Range of Holistic
Therapies.&lt;/p&gt;
                &lt;p class="url"&gt;www.Hilton.com/Shillim&lt;/p&gt;

```
            </div>
          </div>
          </a> </li>
        <li>
          <div class="num">4.</div>
          <a
href="http://www.mnetads.com/trf?q=Vacation+In+India&&r=http%3A%2F%2F1858509.r.msn.com%2F%3Fld
%3DDvcJS3_D0pz3NFXDpnpDNaGDVUCUx_OSNKK9mmLdAIoieP3YIxqpG4X0NN-
oGS15JF9VKhHtRn4vcjNIWW9IRj5TQqx1u0PDYBV4RNcLsqNWdcGNdF_cuaZDyKLcIsiG4gNaDZ6g%26u%3Dhttp%253a%
252f%252fwww.tripadvisor.com%252fSmartDeals%253fm%253d11004%2526geo%253d150812%2526supci%
253d522999762%2526supai%253d1585199087%2526supkw%253dvacation%252520in%252520india%2526supsc%
253ds&edv=LD%2B4qPp5tHzvWOtY%2ForeNbOkPPnnPVDv&o=Unn19oaxrNSKioydaznF6xNtojwDs2eY%
2F760faewmUxjYzMrToMt%2Ffv35W9XctibBasjpInoVes8KKxunTIOhvty53MG99qmQBGGBrn2RZPJ%2FN9yBQn%
2BcMfVgkNxebGG5Y43fmSukxuVHvatFp8cctj%
2F1a7zCzCe3bQBzTGR1liPEH8KNIqPCSoDEonsG8zqUJ0wMNXcLoscWlj5cGbN0Sty4rJ6ggGz2wVGYL0NmIwIhSf%
2BILZwLpa8MGEwZC7FmtTMKfj0T6PR%2FTKC82ISp87UOLuWpP8NvT75FyXpm5k9JM%
2F9pZuJxOwgK3koZH2Y1D3fAqYyWCQtzkuPP32FwKQn9MeheXrIjQhSdqcasLy%2BdLG7f0%
2BdYy0mwQV16aZmTjSzIuiwmj4%3D&a=aEGyV%
2FPHpkbOJOUfvJ3fuukVaCPRztTfyNFP1bItGa9732tBI8WVXZuc27uTnt9rmZQGXZBPLNn52scq0%
2Bjs2QMCIGGa2Jy3pHy%2BR4Bh%2BtzpsR%
2ByN1zpDGp02xZUjy0cIMPCaB0Fib19U7L85V3IISs5jlxNqrImUZihzlsdgRTajZcRzBxuvg%3D%3D&n=a5WOtdNh3Yh%
2FUuC7NCsT%2B9tTSIeYfhBjG8%2BgvypumsI6E7BIKEIaQ8yX1N%2BNCkZdhEnhXM01A9%2FmgLIq%
2Ftny1XPqCZ66kDMDwzUy4iaQBDJbvuHdvVU7oS8FiX1jhHIGxl%2Byn7b7%2FMkz184%
2F6sIAbPIbZmZXd5HdjUsK9kCCRDs%3D&kp=1&kt=203&ki=3482199&fk=81&ks=84&cme=POdL7mGh2R%
2FoylJQmNVCUAT%2FhoEBneEQMDzlRiO%2B8uHoHyxv%
2Fxk9lusxqxbYhunOskxWqEGdwA6M9xxQbqj31rQn7V3uxMEpOr%2F8uogc2C4Tw9icztOUZIkVT%
2Fd98BXIH1RsAbrM7JbKgG4G1LYSf%2BarblLQv%2BEkEAvxdTPvVARRhMse8QglmW0%
2B8tcXiNIKycnPok4BKBUQrRV0olzQYYbVOqkew0dZ%7C%7CN7fu2vKt8%2Fs%3D%7CFcl4VLL%
2BIaJ9JqEBlCi7FaiOhe7KJ3tsk2QM1PHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%3D%
7ChbBFgmcCRfx21UxCZu3ON9dNnc%2B1vTacWriOroOIQ7zzHzFI3X3N6A%3D%3D%7C" target="_blank"
class="list">
              <div class="adwrap">
                <div class="titleurlwrap">
                  <p class="title">Cheap Playa Del Carmen</p>
                </div>
                <div class="descwrap">
                  <p class="desc">Research Playa del Carmen Hotels and Playa del Carmen
Attractions!</p>
                  <p class="url">TripAdvisor.com/Hotels</p>
                </div>
              </div>
          </a> </li>
        <li>
          <div class="num">5.</div>
          <a
href="http://www.mnetads.com/trf?q=Vacation+In+India&&r=http%3A%2F%2F3202235.r.msn.com%2F%3Fld
%3DDvhpzbVrlA-y7JTvidDj5p3zVUCUz6l_6K1aZDitISfeFrC2jER3C9UkUhlw7yrZ-
06yASGOW46g_T4k75bRRoWkeELmJmz6ZKHPEHQD831Gs5CIZFdwV-j-E0dTyBkfpSDGX1eg%26u%3Dhttp%253a%252f%
252fwww.ask.com%252fslp%253f%2526q%253dvacation%252bto%252bindia%2526sid%253d173b4279-1972-
4000-b0bf-6c31efb6a93b-0-us_msb%2526kwid%253dvacation%252520in%252520india%2526cid%
253d5549276727&edv=xMcqPXD4OgIfjXA3I1lM99dLsBDKAMCi&o=
Unn19oaxrNSKioydaznF6yTdjq5RNgzUdxe1Tdaz75zrLrYWi74TJ6LU2pmrp6YDSZ4O9XfhyBqbRbkVOlynKPoCkCVW0O
hpC1R33mg24U3wBnHyyOsoi0nrMFLDn7D92uGDAa8UJrZP7igThSXGCBYxtF4iIlqgIUKbuwRb0E%
2BKhbpxa7XgFskLgMQ7k8gkii5WAtGX2yqLLnjDP7HqcMgnEkbXTEo99912C15pe8OMGGJyHZzEMrSZMPzIr4%
2BneBXcIoY5izo2V27niJyMcQtpobQnOuO8qwvJO9NtSCfTwQEcg3vtAjZCo9vtVfGlUhhIcdnTLAEF2z9bBe4ZtD9ljeK
i2CbP51Dv6bWLS2yVrXykbELuFhf1LAUe102em7941GVrBuk%3D&a=aEGyV%
2FPHpkbOJOUfvJ3fuukVaCPRztTfyNFP1bItGa9732tBI8WVXZuc27uTnt9rmZQGXZBPLNn52scq0%
2Bjs2QMCIGGa2Jy3pHy%2BR4Bh%2BtzpsR%
2ByN1zpDGp02xZUjy0cIMPCaB0Fib19U7L85V3IISs5jlxNqrImUZihzlsdgRTajZcRzBxuvg%3D%3D&n=
a5WOtdNh3YgcmZpEG8WjZvge2e9UWfJv6UIntPyOqe9ih%2F93%2FzjJtC012wWVX8dVoC%
2BwaZ0BAJQNPoob6POdz13zJxuvQmXlFKTzVZAwK%2Bx5Nikyn4fiGZz7hoYdLDBuu8w%
2Bru3AIg6QAiuQMgawjlRAOhjTrBaPnOvpjrlOetA%3D&kp=1&kt=203&ki=3482199&fk=81&ks=84&cme=POdL7mGh2R
%2FoylJQmNVCUAT%2FhoEBneEQMDzlRiO%2B8uHoHyxv%
2Fxk9lusxqxbYhunOskxWqEGdwA6M9xxQbqj31rQn7V3uxMEpOr%2F8uogc2C4Tw9icztOUZIkVT%
2Fd98BXIH1RsAbrM7JbKgG4G1LYSf%2BarblLQv%2BEkEAvxdTPvVARRhMse8QglmW0%
2B8tcXiNIKycnPok4BKBUQrRV0olzQYYbVOqkew0dZ%7C%7CN7fu2vKt8%2Fs%3D%7CFcl4VLL%
2BIaJ9JqEBlCi7FaiOhe7KJ3tsk2QM1PHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%3D%
7ChbBFgmcCRfx21UxCZu3ON9dNnc%2B1vTacWriOroOIQ7zzHzFI3X3N6A%3D%3D%7C" target="_blank"
```

```
class="list">
        <div class="adwrap">
          <div class="titleurlwrap">
            <p class="title"><b>Vacation</b> To <b>India</b></p>
          </div>
          <div class="descwrap">
            <p class="desc">View <b>Vacation</b> To <b>India</b>; Get Answers Now on
Ask.com!</p>
            <p class="url">Ask.com/Vacation To India</p>
          </div>
        </div>
        </a> </li>
      <li>
        <div class="num">6.</div>
        <a
href="http://www.mnetads.com/trf?q=Vacation+In+India&&r=http%3A%2F%2F2079357.r.msn.com%2F%3Fld
%3DDvW-7gu5gOkO2tWjPaMFgcVzVUCUzW7983cBk2KNAfPitNaQq03b08BqTPONE6P3iou1sPy9smrNLU11WZlQ-NWa4-
Nz3WicLMQn2I_zQ5Q4jlXj8pHPq9dzIK-xUJXl-BfbeQOQ%26u%3Dhttp%253a%252f%252fwww.ireland.com%252fen
-us%253futm_source%253dbing%2526utm_medium%253dcpc%2526utm_campaign%253dVacation_Phrase&edv=
kFLJpCSu8zmXhM6pgjaylZpLw%2BcauGIk&o=eJcY2icuKaRn3mkUfjvrwjL%2BaEafCayZ5r9ma%
2B5QtER8wv0aVzyGUv766p8dkc%2Fp%2FZdlM6J4W%2Bnw9PluhPEv9ahro1GfFvlsn6Lo90JKNrAxFuFPmZuCfDa%
2BAgzd47cU1KvHFZgvq46JGozln7JgfwipF5tNxDipGWtUlRj8QXN%2Fc%
2Ba66ab8Fo5voGPO2ILsPFUpOzQy9l5jr2jCdlKvMb9R15RogE3jsWDNMHaJ9IuQJIf18BI0233GW9ujjc1IEYu5BAcEia
Pp67xQ8FWjKCDJVQOhFJG7VK%
2B5XkDXiuGCIbuIGu1OdA6VP59YQ59eLaWZPwLDwvzF9Jl59DjAiT5O2QBdGu5Uwka5k6Ej8oGg%2FkhVKLlbodgZgV%
2BaxQigWrbH96tUime5abTbLKCBAQ%3D%3D&a=aEGyV%
2FPHpkbOJOUfvJ3fuukVaCPRztTfyNFP1bItGa9732tBI8WVXZuc27uTnt9rmZQGXZBPLNn52scq0%
2Bjs2QMCIGGa2Jy3pHy%2BR4Bh%2BtzpsR%
2ByN1zpDGp02xZUjy0cIMPCaB0Fib19U7L85V3IISs5jlxNqrImUZihzlsdgRTajZcRzBxuvg%3D%3D&n=a5WOtdNh3Yh%
2FUuC7NCsT%2B9tTSIeYfhBjG8%2Bgvypums16E7BIKEIaQ8yX1N%2BNCkZdhEnhXM0lA9%2FmgLIq%
2Ftny1XPqcZ66kDMDwzUy4iaQBDLphF6sQ06K%2FFr3gWQSu5znJqFtnUPzsdkVAS3L2a%
2BZUfzfnZZkx3AlKrJoeFILCHc%3D&kp=1&kt=203&ki=3482199&fk=81&ks=84&cme=POdL7mGh2R%2FoylJQmNVCUAT
%2FhoEBneEQMDzlRiO%2B8uHoHyxv%2Fxk9lusxqxbYhunOskxWqEGdwA6M9xxQbqj31rQn7V3uxMEpOr%
2F8uogc2C4Tw9icztOUZIkVT%2Fd98BXIH1RsAbrM7JbKgG4GlLYSf%2BarblLQv%2BEkEAvxdTPvVARRhMse8QglmW0%
2B8tcXiNIKycnPok4BKBUQrRV0olzQYYbVOqkew0dZ%7C%7CN7fu2vKt8%2Fs%3D%7CFcl4VLL%
2BIaJ9JqEBlCi7FaiOhe7KJ3tsk2QM1PHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%3D%
7ChbBFgmcCRfx2lUxCZu3ON9dNnc%2B1vTacWriOroOIQ7zzHzFI3X3N6A%3D%3D%7C" target="_blank"
class="list">
        <div class="adwrap">
          <div class="titleurlwrap">
            <p class="title"><b>Vacations</b> <b>in</b> Ireland</p>
          </div>
          <div class="descwrap">
            <p class="desc">Why not meet the locals? Plan your <b>vacation</b> at
Ireland.com.</p>
            <p class="url">www.ireland.com/Ireland_Vacations</p>
          </div>
        </div>
        </a> </li>
      <li>
        <div class="num">7.</div>
        <a
href="http://www.mnetads.com/trf?q=Vacation+In+India&&r=http%3A%2F%2F2882498.r.msn.com%2F%3Fld
%3DDvE7WM90AHhAqkUMAxDwiF7DVUCUxsNGahYyOFhrMS--
aZuqazjVyhHC0G2QS9LevHzhw72Q5eGVXcaPKGS1S0d2nGOVqCfmC9lLyyLuJWp-9NEZ6UdNvHcZ26pg836CY3tJyyzg%
26u%3Dwww.enchanting-india.com%252fEI-tailor-made-travel.php%253futm_source%253dbing%
2526utm_medium%253dcpc%2526utm_campaign%253dUS__ModBr%2526utm_term%253d%252bvacation%2B%252bto
%2B%252bindia&edv=%2Fbdr3x8Bv7nBaWFYlW1LucYPEv4JZxYY&o=
eJcY2icuKaQYCmHHU6gWwvNuyBt5LpJwICJUZt3xn8P35xOgbrIIxYZGSLuaoSeWFPxSFbGOGAj7fGPWJ74cBG6JOVNcY6
v7xV73D%2FQUESMNBudCo7g%2BRkqzWIAnFSyjOSo7NBxuK6sOGLspo38Rtj%2BcIGV%
2FYhMB0fuUYmRfQ1RcKCLYCXEcxpYbSW9ngC4KbQPFfgVZPX8Y2%2Fb%
2BFkOcPqzWF9fWkPCTndR9rhL2EgYVA7M730NAqdptDV6Qk%2F4z8NpDClb%2FVprQe6voDQUFMsUPZVaCJXNK0N%
2Bx3iPF7jitHzdnPErlbGI%2BOJoYZR%
2BbHMbON0dLrDc4BOX1rwiD5ABBGsOAhzPPN5AYjSjGZJyb0V13B3qyE9SXes0e0UJFKzafsJepgZs%3D&a=aEGyV%
2FPHpkbOJOUfvJ3fuukVaCPRztTfyNFP1bItGa9732tBI8WVXZuc27uTnt9rmZQGXZBPLNn52scq0%
2Bjs2QMCIGGa2Jy3pHy%2BR4Bh%2BtzpsR%
2ByN1zpDGp02xZUjy0cIMPCaB0Fib19U7L85V3IISs5jlxNqrImUZihzlsdgRTajZcRzBxuvg%3D%3D&n=a5WOtdNh3Yh%
2FUuC7NCsT%2B9tTSIeYfhBjG8%2Bgvypums16E7BIKEIaQ8yX1N%2BNCkZdhEnhXM0lA9%2FmgLIq%
```

2Ftny1XPqCZ66kDMDWz0y41aQBDJT4ef8pRH1rDEHdXvYVL52fk1RyC4s9uHSfLNkEOzTJukbUYc0jEUYeczG4s18%2Brs
%3D&kp=1&kt=203&ki=3482199&fk=81&ks=84&cme=POdL7mGh2R%2FoylJQmNVCUAT%2FhoEBneEQMDzlRiO%
2B8uHoHyxv%2Fxk91usxqxbYhunOskxWqEGdwA6M9xxQbqj31rQn7V3uxMEpOr%2F8uogc2C4Tw9icztOUZIkVT%
2Fd98BXIH1RsAbrM7JbKgG4G1LYSf%2BarblLQv%2BEkEAvxdTPvVARRhMse8QglmW0%
2B8tcXiNIKycnPok4BKBUQrRV0olzQYYbVOqkew0dZ%7C%7CN7fu2vKt8%2Fs%3D%7CFc14VLL%
2BIaJ9JqEB1Ci7FaiOhe7KJ3tsk2QM1PHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%3D%
7ChbBFgmcCRfx21UxCZu3ON9dNnc%2B1vTacWriOroOIQ7zzHzFI3X3N6A%3D%3D%7C" target="_blank"
class="list">
        <div class="adwrap">
            <div class="titleurlwrap">
                <p class="title">Luxury <b>India</b> <b>Vacations</b></p>
            </div>
            <div class="descwrap">
                <p class="desc">Authentic Experience. Local Guides. Create Your Customized Trip
Today!</p>
                <p class="url">Enchanting-India.com</p>
            </div>
        </div>
        </a> </li>
    <li>
        <div class="num">8.</div>
        <a
href="http://www.mnetads.com/trf?q=Vacation+In+India&&r=http%3A%2F%2F1659872.r.msn.com%2F%3Fld
%3DDvFDuZCRd2A5nqODwMylwoeDVUCUzpZ27HO6K6EWxtu4L5-ZeCOFR4-
i_UM6Qde73ghodNUqOBwKKsXAaF9lo6N2SsWQ2h-s0lzTpKmMY2NBinIo5Z_JsXZ0t7LFidHU6lP4cC9A%26u%3Dhttp%
253a%252f%252ft.onrampadvertising.com%252fLowFares%252f%253fx%
253djDvAM722I1R5xCSQkghpOcR204ATRzRbpbOXgYS8Y1wjXHvgzbJyk0sV8jMTy8E%252btGJb44uQEBNOtgI%2526i5
%253d3735239380%2526utm_term%253dlnd1e%2526utm_content%253d1123&edv=
jc3FmHXHNrJkCPblxDuhz9sHCvsyX6ai&o=tDv%2FiuMJooHAqeXtK4wCEXQFqYoC%
2BvVXLladiL99doYc3xsMPIGqlN8wkseW2qVzjnU5yEf5x7xRmAqty2uSi%2Bm7WVFSlMnP7S4weit8LicinEmFNgu%
2Fhmxq4HRg%2F9Tbe4FRi4kGaso0NRS%2BmlIxAwvpIyLSBBLmbmOep2D0ixeJPe3aKrexllV8j57CGqsKaF8%2FYpIx%
2B2z3RymONGowdxGFcHR5CcjJpuSC9%2Bf7NsJcGrFMh9oLC%2BU7w1qrUQBYj7i2jGxJf%
2BicMpS5MHv8Fc2n60afaJsG4cuAKe4xw7WjPFomup%2BJypvqBZDTrZnsltJkmWcV7gm%2BY3dk5h7XjXRW%
2BVANtNMqTZRn2pN8TnzYccNCWuV3kZzfhOJcgnwg%2BNDJaGa3TUc%3D&a=aEGyV%
2FPHpkbOJOUfvJ3fuukVaCPRztTfyNFP1bItGa9732tBI8WVXZuc27uTnt9rmZQGXZBPLNn52scq0%
2Bjs2QMCIGGa2Jy3pHy%2BR4Bh%2BtzpsR%
2ByN1zpDGp02xZUjy0cIMPCaB0Fib19U7L85V3IISs5jlxNqrImUZihzlsdgRTajZcRzBxuvg%3D%3D&n=a5WOtdNh3Yh%
2FUuC7NCsT%2B9tTSIeYfhBjG8%2BgvypumsI6E7BIKEIaQ8yX1N%2BNCkZdhEnhXM01A9%2FmgLIq%
2Ftny1XPqCZ66kDMDwzUy4iaQBDLft%2BTW1fQKvEOOjCiKkEQlDy8h%2BZqhgc3KsYjbUb%2Bi7HicFV9W6smjwqNPd%
2FbNOJ8%3D&kp=1&kt=203&ki=3482199&fk=81&ks=84&cme=POdL7mGh2R%2FoylJQmNVCUAT%2FhoEBneEQMDzlRiO%
2B8uHoHyxv%2Fxk91usxqxbYhunOskxWqEGdwA6M9xxQbqj31rQn7V3uxMEpOr%2F8uogc2C4Tw9icztOUZIkVT%
2Fd98BXIH1RsAbrM7JbKgG4G1LYSf%2BarblLQv%2BEkEAvxdTPvVARRhMse8QglmW0%
2B8tcXiNIKycnPok4BKBUQrRV0olzQYYbVOqkew0dZ%7C%7CN7fu2vKt8%2Fs%3D%7CFc14VLL%
2BIaJ9JqEB1Ci7FaiOhe7KJ3tsk2QM1PHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%3D%
7ChbBFgmcCRfx21UxCZu3ON9dNnc%2B1vTacWriOroOIQ7zzHzFI3X3N6A%3D%3D%7C" target="_blank"
class="list">
        <div class="adwrap">
            <div class="titleurlwrap">
                <p class="title">Travel to <b>india</b> with</p>
            </div>
            <div class="descwrap">
                <p class="desc">Deep discounts on major airlines Discount web fares made easy!</p>
                <p class="url">www.LowFares.com</p>
            </div>
        </div>
        </a> </li>
    <li>
        <div class="num">9.</div>
        <a
href="http://www.mnetads.com/trf?q=Vacation+In+India&&r=http%3A%2F%2F27176.r.msn.com%2F%3Fld%
3DDv87znBTxq1VlWfQGUUUFsdzVUCUwf-
ubuFJoalDL4ZXzJJ2P47gjkjxMvsFfoQ9EFtbNanw6FL2U4bcbK5nn6obGqDQzcMbB8d7R6GBspR5Tkcu9OpjgXmZ4mWpk
8q8oZDkSptg%26u%3Dhttp%253a%252f%252fclickserve.dartsearch.net%252flink%252fclick%253flid%
253d43700003005534046%2526ds_s_kwgid%253d58700000006280038%2526ds_e_adid%253d801173239%
2526ds_url_v%253d2%2526sadid%253d44700000014330252&edv=UIuB2mHvyxvobLeB%2FRJm3U2XNFbynf%2BW&o=
tDv%2FiuMJooFTJwXQ7%
2F21MYglO0LUhf0afRI01RDVGhSm0a4CA7Fi0HYhxvsB1jX2rZ1VEdUb4j3FjrSnbJFR5C9IBcPjQmgZdJQGXYd50n4t%
2BSy8YJMArb2HWxdk6bnpU01VrddfeGEvbBLBxAp6rzcDY7N3zZFLv0YwDwCWjFgEc12Z5V4BM0FK%

2BekVac4miGm2RTpH51bPJOyFDWMbUD0jsRMXyxkIWsQtXu9xHgt3jId15618wF53k6PJguImbHUOwI87YhGXvNT4jpYq%
2BYX1ejHQYWoxvLwBUw5c5vuIV%2F34rbqR6YDQmqyGpNUjv%2Bk2B4VrzFSRjY546OYBZM2fy2ebE5LAYB15i%
2FPHpkbOJOUfvJ3fuukVaCPRztTfyNFP1bItGa9732tBI8WVXZuc27uTnt9rmZQGXZBPLNn52scq0%
2Bjs2QMCIGGa2Jy3pHy%2BR4Bh%2BtzpsR%
2ByN1zpDGp02xZUjy0cIMPCaB0Fib19U7L85V3IISs5jlxNqrImUZihzlsdgRTajZcRzBxuvg%3D%3D&n=a5WOtdNh3Yh%
2FUuC7NCsT%2B9tTSIeYfhBjG8%2BgvypumsI6E7BIKEIaQ8yX1N%2BNCkZdhEnhXM01A9%2FmgLIq%
2Ftny1XPqcZ66kDMDwzUy4iaQBDJvjvwPrY1YJJtguADQzcwSYBafuoxrkKoliQY4ValitFTcxvlEcirL9NVvcm6cUwA%
3D&kp=1&kt=203&ki=3482199&fk=81&ks=84&cme=POdL7mGh2R%2FoylJQmNVCUAT%2FhoEBneEQMDzlRiO%
2B8uHoHyxv%2Fxk9lusxqxbYhunOskxWqEGdwA6M9xxQbqj31rQn7V3uxMEpOr%2F8uogc2C4Tw9icztOUZIkVT%
2Fd98BXIH1RsAbrM7JbKgG4G1LYSf%2BarblLQv%2BEkEAvxdTPvVARRhMse8QglmW0%
2B8tcXiNIKycnPok4BKBUQrRV0olzQYYbVOqkew0dZ%7C%7CN7fu2vKt8%2Fs%3D%7CFc14VLL%
2BIaJ9JqEBlCi7FaiOhe7KJ3tsk2QM1PHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%3D%
7ChbBFgmcCRfx21UxCZu3ON9dNnc%2B1vTacWriOroOIQ7zzHzFI3X3N6A%3D%3D%7C" target="_blank"
class="list">
```
        <div class="adwrap">
          <div class="titleurlwrap">
            <p class="title">Pleasant Holidays&reg;</p>
          </div>
          <div class="descwrap">
            <p class="desc">Save On Flights + Hotels To Hawaii, Caribbean, Mexico, Tahiti
&amp; Vegas!</p>
            <p class="url">www.PleasantHolidays.com</p>
          </div>
        </div>
      </a> </li>
    <li>
        <div class="num lastnum">10.</div>
        <a
```
href="http://www.mnetads.com/trf?q=Vacation+In+India&&r=http%3A%2F%2F266463.r.msn.com%2F%3Fld%
3DDv9C-6Xk9uX0xiaVf0_6mykjVUCUyfDAwOoPjfAf16pmfDpq-
hQ9u071f6X9kvpip_PaWd18CQlmzP2jzrPMaMrA1ec9TZO1FNVs1JGTxeu1d9h5oyDyZmfVNXx6fS7cZAjCdKLA%26u%
3Dwww.google.co.uk%252furl%253fsa%253dt%2526rct%253dj%2526q%253d%2526esrc%253ds%2526source%
253dweb%2526cd%253d1%2526ved%253d0CHcQFjAA%2526url%253dhttp%25253A%25252F%25252Fwww.
tucantravel.com%25252Fcountry%25252Foverview%25252Findia%2526ei%253dy2gFULnoCKXB0QXjjt38Bw%
2526usg%253dAFQjCNE35e5J15ES4kYDG34gRVlNEJ4qpw&edv=g%2FdgewgZ60NlvZ%2Fpvrbwiv%2F%2Fq3gw%2Ff5k&
o=SKHJukdAj3sY3Ad7p7tIYrMS%2FVPwbM%2FXNT4r6KrGmfzyzS1wO5ofiS6dfTZkyxcj4xLBa%2BKme4KVgj%
2F4Xbs28isM0qGFDxJCIg1bzzZegZcoNeGzM0NT9QRx2p1Wp9ghmnfPHsHNiYA%2BR3Kfs3O8%
2FrOEmQ5NV4Sj3DwJyQMP6FwZ1kEM1q01qCfVYpP05CoaCXQ8vgqNCbkTBhUsKYrPs8YoZfMrwpvsec7%2BTNtaUHQ64%
2BOZ%2FbPW0%2BVhN2X92J%2Bzv2iqE5z1GIYAzR9%2F7oK00F5A3kI0myxbdZo8WkCRX%
2FteBcBTDGCnjfSfJq4Hs2y1OLzc664H1SE6RBFYuV8k6Y%2B9wv2GXDB9JLlat3A5S%
2FIcl8kNtgSYPf7LduHuY6CpByiX2QpRZQM%3D&a=aEGyV%
2FPHpkbOJOUfvJ3fuukVaCPRztTfyNFP1bItGa9732tBI8WVXZuc27uTnt9rmZQGXZBPLNn52scq0%
2Bjs2QMCIGGa2Jy3pHy%2BR4Bh%2BtzpsR%
2ByN1zpDGp02xZUjy0cIMPCaB0Fib19U7L85V3IISs5jlxNqrImUZihzlsdgRTajZcRzBxuvg%3D%3D&n=a5WOtdNh3Yh%
2FUuC7NCsT%2B9tTSIeYfhBjG8%2BgvypumsI6E7BIKEIaQ8yX1N%2BNCkZdhEnhXM01A9%2FmgLIq%
2Ftny1XPqcZ66kDMDwzUy4iaQBDKiPVOYnpznPHD0OIDL6LQ0pgdT%2BAisZoCBv5mRokJLklmdA1oQJu82VAryHP3WbYE
%3D&kp=1&kt=203&ki=3482199&fk=81&ks=84&cme=POdL7mGh2R%2FoylJQmNVCUAT%2FhoEBneEQMDzlRiO%
2B8uHoHyxv%2Fxk9lusxqxbYhunOskxWqEGdwA6M9xxQbqj31rQn7V3uxMEpOr%2F8uogc2C4Tw9icztOUZIkVT%
2Fd98BXIH1RsAbrM7JbKgG4G1LYSf%2BarblLQv%2BEkEAvxdTPvVARRhMse8QglmW0%
2B8tcXiNIKycnPok4BKBUQrRV0olzQYYbVOqkew0dZ%7C%7CN7fu2vKt8%2Fs%3D%7CFc14VLL%
2BIaJ9JqEBlCi7FaiOhe7KJ3tsk2QM1PHa2e5vPwDJIe%2FPTY6bawqZhqyZ%7CsRBSg3CPSiQ%3D%
7ChbBFgmcCRfx21UxCZu3ON9dNnc%2B1vTacWriOroOIQ7zzHzFI3X3N6A%3D%3D%7C" target="_blank"
class="list">
```
        <div class="adwrap">
          <div class="titleurlwrap">
            <p class="title"><b>India</b> Tours</p>
          </div>
          <div class="descwrap">
            <p class="desc">Tour <b>India</b> With The Indian Travel Experts. Book Now!</p>
            <p class="url">IndiaTours.TucanTravel.com</p>
          </div>
        </div>
      </a> </li>
  </ul>
</div>
<div class="footer"><a href="http://www.media.net/privacy-policy" target="_blank">Privacy
Policy</a></div>
```

```
</div>
<script type="text/javascript">if(relplaceAllALinks)
relplaceAllALinks(/(\/trf|\.cfm)\?/);</script><script language="javascript"
type="text/javascript" > var __pp = [];  </script>
<iframe src=http://mycdn.media.net/checksync.php?cid=8CU8DCMM6 marginwidth="0"
marginheight="0" scrolling="no" style="display: none;"></iframe>
<script type="text/javascript">       function getToken() {         var token =
document.location.href;        var index = token.indexOf(".cfm");         if (index != -1) {
token = token.substr(0, index) + ".cfm";          token = encodeURIComponent(token);
return token;       } else {        return "";         }      }      var rtbHash = "";
var aKW = "Free Toilet Paper Coupons";      if
(/(8CU1GB635|8CU276US8|8CUW8622W)/.test(location.href)) {         var aAction =
encodeURIComponent("incr_r_frequency();" + "add_kw('" + aKW + "')");          var aI = new
Image();        aI.src = "http://ib.adnxs.com/pxj?bidder=96&action=" + aAction;         var
segI = new Image();        segI.src =
'http://ib.adnxs.com/seg?add_code=rkwclicker&member=1173';       } else { /* var aAction =
encodeURIComponent("incr_r_frequency();" + "add_cm_kw('" + aKW + "')"); var aI = new Image();
aI.src = "http://ib.adnxs.com/pxj?bidder=96&action=" + aAction;*/        var token =
getToken();        if (token != '' && token.indexOf("display.cfm") == -1) {         var
rjI = new Image();         rjI.src =
"http://ec2-54-83-15-235.compute-1.amazonaws.com/toolbar/c.gif?u=" + token;        }
var segI = new Image();        segI.src =
'http://ib.adnxs.com/seg?add_code=kwclicker&member=1173';       }      var alst =
document.getElementsByTagName('a');      var bR = /bv=(.*?)($|&)/;      var cidR =
/campaign_id=(.*?)(&|$)/;      for (i in alst) {         if (/trf/.test(alst[i])) {
alst[i].onmouseup = function() {            var campaignId =
cidR.exec(decodeURIComponent(rtbHash))[1];          var rv = bR.exec(this.href)[1];
var img3 = new Image();          img3.src = "http://rtb3.media.net/rmx/rac?rv=" + rv +
"&cid=" + campaignId;          }         }      } </script>
<iframe
src='http://contentquery.net/sspx.php?ppid=2&id=8CU8DCMM6&sid=8POCTH05W&uid=
8211555492808106386&oid=48481e3bdbc75568a9989eda4d2a75c7.com&ip=217.140.100.0&pgtid=2'
width='0px' height='0px' style='display:none;'></iframe>
</body>
</html>
```