UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEDIA.NET ADVERTISING FZ-LLC,
    Plaintiff,

v.

NETSEER, INC.,
    Defendant.

Case No. 14-cv-03883-EMC

**ORDER IN PREPARATION FOR SUMMARY JUDGMENT HEARING**

Docket No. 36

On July 30, 2015, Defendant NetSeer, Inc. ("Defendant") filed a Motion for Summary Judgment and Motion to Dismiss Plaintiff Media.net Advertising FZ-LLC's ("Plaintiff") First Amended Complaint, Docket No. 32. Docket No. 36. Alternatively, NetSeer seeks a more definite statement. *Id.* A hearing on the matter is set for December 7, 2015.

The Court **ORDERS** Plaintiff and Defendant to prepare and present a joint demonstration on the process of creating a webpage at the December 7 hearing. In particular, the Court is concerned with the relationship between Hypertext Markup Language ("HTML") and Cascading Style Sheets ("CSS") and how they may be used to build a webpage.

**IT IS SO ORDERED.**

Dated: December 2, 2015

_____
EDWARD M. CHEN
United States District Judge