1  VERNON H. GRANNEMAN, SB #083532
   PILLSBURY WINTHROP SHAW PITTMAN LLP
2  2550 Hanover Street
   Palo Alto, CA  94304-1115
3  Telephone: (650) 233-4500
   Facsimile: (650) 233-4545
4

5  Attorneys for Defendant
   NETSEER, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11
   MEDIA.NET ADVERTISING FZ-LLC, a           )   No. 3:14-cv-3883-EMC
12 Foreign Limited Liability Company,,       )
                                             )   STIPULATION AND [PROPOSED]
13                       Plaintiff,          )   ORDER TO CONTINUE FEBRUARY
                                             )   18, 2016 STATUS CONFERENCE AND
14         vs.                               )   TIME TO FILE RELATED STATUS
                                             )   REPORT
15 NETSEER, INC., a Delaware Corporation     )
   and DOES, 1-10, ,                         )
16                                           )
                         Defendant.          )   Date:     February 18, 2016
17                                           )   Time:     10:30 a.m.
                                             )   Judge:    Hon. Edward Chen
18                                           )   Location  Ctrm. 5, 17th Fl.
                                             )
19 _____ )

20

21

22

23

24

25

26

27

28

1    Plaintiff Media.Net Advertising FZ-LLC ("Media.Net") and Defendant NetSeer, Inc.
2 ("NetSeer") (collectively the "Parties"), by and through their counsel of record, stipulate and
3 agree as follows:
4    WHEREAS, the Court has scheduled a Status Conference for February 18, 2016 at
5 10:30 a.m. and directed that the Parties file a Status Report in advance of the Conference on or
6 before February 11, 2016 (Docket Entry 64);
7    WHEREAS, counsel for NetSeer, Vernon Granneman, is scheduled to undergo surgery
8 on January 29, 2016, to repair damage caused by a leg injury sustained on January 8, 2016
9 (Declaration of Vernon H. Granneman ("Granneman Decl.") filed herewith, ¶ 3;
10   WHEREAS, Mr. Granneman will be unable to drive for 3 to 4 weeks after surgery and
11 will be otherwise limited in his ability to carry out his professional duties in this case for some
12 period post-surgery, *Id.*;
13   WHEREAS, Mr. Granneman believes that the requested continuance, if granted, will
14 allow him sufficient time to recover from surgery and return to work such that he can
15 adequately prepare for and participate in the rescheduled Status Conference, Granneman Decl.,
16 ¶ 4;
17   WHEREAS, counsel for Media.net is agreeable to a 30 day continuance of the
18 February 18, 2016 Status Conference and continuance of the date to file the associated Status
19 Report, Granneman Decl., ¶ 5;
20   WHEREAS, the requested time modification will have no affect on the case schedule,
21 Granneman Decl., ¶ 7;
22   WHEREAS, good cause exists to grant the requested continuance, Granneman Decl., ¶
23 8;
24   NOW THEREFORE, the Parties stipulate and request an order as follows:
25   1.   The Status Conference currently scheduled for February 18, 2016 at 10:30 a.m.,
26 is continued to March 17, 2016 at 10:30 a.m. or March 17, 2016 at 10 30 (a.m.)/p.m. (as
27 determined by the Court);
28

- 1 -
STIPULATION AND [PROPOSED] ORDER

4842-8691-7164.v1

1   2.   The Parties shall file a Status Report seven days in advance of the rescheduled conference.

Dated: January 22, 2016.

/s/ Leeor Neta
Leeor Neta
Attorney for Plaintiffs Media.Net Advertizing FZ-LLC


/s/ Vernon H. Granneman
Vernon H Granneman
Attorney for Defendant NetSeer, Inc.


**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Leeor Neta.

/s/ Vernon H. Granneman
Vernon H. Granneman

[Proposed] Order

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Date: 1/27/16

_____
Honorable Edward Chen
United States Magistrate Judge