1   Leeor Neta, State Bar No. 233454
2   leeor@newmanlaw.com
    Newman Du Wors LLP
3   1900 Powell Street, Sixth Floor
    Emeryville, CA 94608
4   Telephone:    (415) 944-5424
5   Facsimile:    (415) 944-5423

6   Attorneys for Plaintiff
7   Media.net Advertising FZ-LLC

8

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA

11

12   MEDIA.NET ADVERTISING FZ-LLC, a            No. 3:14-cv-03883-EMC
13   foreign limited liability company
                                                 **STIPULATION AND [PROPOSED]**
14            Plaintiff,                         **ORDER TO CONTINUE MARCH 17,**
                                                 **2016 CASE MANAGEMENT**
15        v.                                     **CONFERENCE AND TIME TO FILE**
                                                 **RELATED JOINT CASE**
16   NETSEER, INC., a Delaware corporation,      **MANAGEMENT CONFERENCE**
     and DOES 1-10,                              **STATEMENT**
17
18            Defendants.                        The Honorable Edward M. Chen
19                                               Current Date:     March 17, 2016
20                                               Proposed Date:    April 7, 2016
                                                 Courtroom:        5, 17th Floor
21

22

23

24

25

26

27

28

1  Plaintiff Media.net Advertising FZ-LLC and Defendant NetSeer, Inc. (the

2  "Parties") through their respective counsel, hereby stipulate and agree as follows:

3  WHEREAS, the Court has scheduled a Case Management Conference for

4  March 17, 2016 at 10:30 a.m. and directed the Parties to file a Joint Case Management

5  Conference Statement on or before March 10, 2016 (see Dkt. 72);

6  WHEREAS, counsel for Media.net, Leeor Neta, has had to make last-minute plans

7  to travel out-of-state between March 15 and March 20, 2016 in order to attend to some

8  personal matters (Declaration of Leeor Neta, dated March 8, 2016 ("Neta Decl."), ¶ 2);

9  WHEREAS, the Court's calendar clerk has advised Mr. Neta that the Court will

10  not permit him to appear telephonically at the Case Management Conference (Neta Decl.

11  ¶ 3);

12  WHEREAS, the Court's calendar clerk has advised Mr. Neta that the Court is

13  unavailable to convene a continued Case Management Conference until April 7, 2016

14  (Neta Decl. ¶ 4);

15  WHEREAS, counsel for NetSeer is agreeable to a continuance of the Case

16  Management Conference until April 7, 2016 and a corresponding continuance of the date

17  to file the associated Joint Case Management Conference Statement (Neta Decl. ¶ 5);

18  WHEREAS, there has been one previous time modification, by Court order, with

19  respect to the Case Management Conference (see Dkt. 72);

20  WHEREAS, the requested time modification will have no effect on the case

21  schedule (Neta Decl., ¶ 6);

22  WHEREAS, good cause exists for the requested continuance, no prejudice will

23  result therefrom, and the parties seeking a continuance have acted diligently (Neta Decl.,

24  ¶ 7);

25  NOW THEREFORE, the Parties stipulate and request an order as follows:

26  1.  The Case Management Conference currently scheduled for March 17, 2016

27  at 10:30 a.m., is continued to April 7, 2016 at 10:30 a.m. (or

28  _____ [the earliest date thereafter]) at

STIPULATION AND ORDER TO CONTINUE CMC—14-CV-03883

1           10:30am; and

2    2.      The Parties shall file a Joint Case Management Conference Statement

3    seven days in advance of the rescheduled conference.

5    DATED this 8th day of March 2016.

7    **NEWMAN DU WORS LLP**

9    By:    /s/ Leeor Neta
10   Leeor Neta, State Bar No. 233454
     leeor@newmanlaw.com

12   Attorney for Plaintiff
     Media.net Advertising FZ-LLC

14   DATED this 8th day of March 2016.

16   **PILLSBURY WINTHROP LLP**

18   By:    /s/ Vernon Granneman
19   Vernon H. Granneman, State Bar No. 83532
     vernon.granneman@pilsburylaw.com

21   Attorney for Defendant
     Netseer, Inc.

23   **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

25   DATED: March 9, 2016

27   The Hon
     United S

     IT IS SO ORDERED AS MODIFIED

     Judge Edward M. Chen

     2
     STIPULATION AND ORDER TO CONTI