1  VERNON H. GRANNEMAN, SB #083532
   PILLSBURY WINTHROP SHAW PITTMAN LLP
2  2550 Hanover Street
   Palo Alto, CA 94304-1115
3  Telephone: (650) 233-4500
   Facsimile: (650) 233-4545
4

5  Attorneys for Defendant
   NETSEER, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 MEDIA.NET ADVERTISING FZ-LLC, a        )  No. 3:14-cv-3883-EMC
   Foreign Limited Liability Company,     )
13                                        )  STIPULATION AND [P~~ROPO~~SED]
                 Plaintiff,               )  ORDER TO EXTEND DEFENDANT
14                                        )  NETSEER INC.'S TIME TO FILE ITS
        vs.                               )  RESPONSE TO PLAINTIFF
15                                        )  MEDIA.NET'S SECOND AMENDED
   NETSEER, INC., a Delaware Corporation  )  COMPLAINT
   and DOES, 1-10,                        )
16                                        )
                 Defendant.               )
17                                        )  Judge:    Hon. Edward Chen
                                          )  Location  Ctrm. 5, 17th Fl.
18                                        )
                                          )
19                                        )

20

21

22

23

24

25

26

27

28

Plaintiff Media.Net Advertising FZ-LLC ("Media.Net") and Defendant NetSeer, Inc. ("NetSeer") (collectively the "Parties"), by and through their counsel of record, stipulate and agree as follows:

1. Media.net filed its Second Amended Complaint ("SAC") in this action on April 2, 2016. NetSeer's response to the SAC was originally due to be filed on April 21, 2016.

2. During the Case Management Conference conducted by the Court in this matter on April 7, 2016, counsel for NetSeer proposed to extend NetSeer's time to respond to the SAC to Thursday, May 5, 2016. Counsel for Media.net agreed and the Court approved the extension.

3. On May 3, 2016, counsel for NetSeer requested an additional one week extension to May 12, 2016 to afford NetSeer additional time to respond to the SAC. Counsel for Media.net is agreeable to the requested extension of time.

NOW THEREFORE, the Parties stipulate and request an order as follows:

That NetSeer shall have up to and including Thursday, May 12, 2016 within which to file its response to Media.Net's SAC.

Dated: May 4, 2016.

/s/ Leeor Neta
Leeor Neta
Attorney for Plaintiffs Media.Net
Advertizing FZ-LLC


/s/ Vernon H. Granneman
Vernon H Granneman
Attorney for Defendant NetSeer, Inc.


**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Leeor Neta.

/s/ Vernon H. Granneman
Vernon H. Granneman

**[~~Proposed~~] Order**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Date: May 9, 2016  _____
_____
Honorable Edward Chen
United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA