Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com
NEWMAN DU WORS LLP
1900 Powell Street, Sixth Floor
Emeryville, CA 94608
Telephone:   (415) 944-5422
Facsimile:   (415) 944-5423

Derek Linke, State Bar No. 302724
linke@newmanlaw.com
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone:   (206) 274-2800
Facsimile:   (206) 274-2801

Attorneys for Plaintiff
Media.Net Advertising FZ-LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIA.NET ADVERTISING FZ-LLC, <br><br> Plaintiff, <br><br> v. <br><br> NETSEER, INC. and DOES 1–10, <br><br> Defendants. | No. 3:14-cv-03883-EMC <br><br> **STIPULATION AND [PROP~~OS~~ED] ORDER TO CONTINUE HEARING DATE FOR MOTION OF DEFENDANT NETSEER TO DISMISS SECOND AMENDED COMPLAINT (12(b)(6)) OR, IN THE ALTERNATIVE, MOTION TO STRIKE (RULE 12(f))** <br><br> The Honorable Edward M. Chen <br> Current Hearing Date:   June 30, 2016 <br> Proposed Hearing Date:   July 7, 2016 <br> Courtroom:   5, 17th Floor |

1  Plaintiff Media.net Advertising FZ-LLC and Defendant NetSeer, Inc. (the
2  "Parties") through their respective counsel, hereby stipulate and agree as follows:
3  WHEREAS, the hearing on NetSeer's motion to dismiss second amended
4  complaint (Rule 12(b)(6)) or, in the alternative, motion to strike (Rule 12(f)) (Dkt. 84) is
5  presently scheduled for June 30, 2016;
6  WHEREAS, counsel for Media.net will be out of the country from June 16, 2016
7  through June 30, 2016. (Declaration of Leeor Neta, dated May 24, 2016 ("Neta Decl."),
8  ¶ 2);
9  WHEREAS, counsel for NetSeer is agreeable to a one-week continuance of the June
10 30, 2016 hearing (Neta Decl., ¶ 3);
11 WHEREAS, there have been no previous time modifications with respect to the
12 motion to dismiss second amended complaint hearing (Neta Decl., ¶ 4);
13 WHEREAS, the requested time modification will have no effect on the schedule for
14 the case (Neta Decl., ¶ 5);
15 WHEREAS, there is good cause for the requested continuance, no prejudice will
16 result therefrom, and the parties seeking a continuance have acted diligently (Neta Decl.,
17 ¶ 6).
18 NOW THEREFORE, the parties stipulate and request an order as follows:
19 1. The hearing on NetSeer's motion to dismiss second amended complaint
20 (Dkt. 84) should be continued to July 7, 2016 (~~or~~ _____ ~~[the earliest date~~
21 the~~reafter~~]) at ___10:00 a.m.___ ; and
22 2. The briefing schedule on NetSeer's motion to dismiss second amended
23 complaint (Dkt. 84) will remain unaffected.

DATED this 24th day of May 2015.

**NEWMAN DU WORS LLP**

By: /s/ Leeor Neta
Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com

Attorney for Plaintiff
Media.Net Advertising FZ-LLC

DATED this 24th day of May 2015.

**PILLSBURY WINTHROP LLP**

By: /s/ Vernon Granneman
Vernon Granneman, State Bar No. 83532
vernon.granneman@pilsburylaw.com

Attorney for Defendant
Netseer, Inc.

2
[PROPOSED] ORDER TO CONTINUE HEARING DATE—14-cv-03883

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 26, 2016



The Honorable
United States

Judge Edward M. Chen

IT IS SO ORDERED