Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com
NEWMAN DU WORS LLP
1900 Powell Street, Sixth Floor
Emeryville, CA 94608
Telephone:   (415) 944-5422
Facsimile:   (415) 944-5423

Derek Linke, State Bar No. 302724
linke@newmanlaw.com
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone:   (206) 274-2800
Facsimile:   (206) 274-2801

Attorneys for Plaintiff
Media.Net Advertising FZ-LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIA.NET ADVERTISING FZ-LLC,<br><br>Plaintiff,<br><br>v.<br><br>NETSEER, INC. and DOES 1–10,<br><br>Defendants. | No. 3:14-cv-03883-EMC<br><br>**STIPULATION AND [PR~~OPOS~~ED] ORDER TO CONTINUE HEARING DATE FOR MOTION OF DEFENDANT NETSEER TO DISMISS SECOND AMENDED COMPLAINT (12(b)(6)) OR, IN THE ALTERNATIVE, MOTION TO STRIKE (RULE 12(f))** (Modified)<br><br>The Honorable Edward M. Chen<br>Current Hearing Date:       July 7, 2016<br>Proposed Hearing Date:    ~~July 21, 2016~~  July 15<br>Courtroom:                        5, 17th Floor |

Plaintiff Media.net Advertising FZ-LLC and Defendant NetSeer, Inc. (the "Parties") through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the hearing on NetSeer's motion to dismiss second amended complaint (Rule 12(b)(6)) or, in the alternative, motion to strike (Rule 12(f)) (Dkt. 84) is presently scheduled for July 7, 2016;

WHEREAS, the parties have an ongoing dispute regarding discovery that Media.net believes is germane to the motion (Neta Decl., ¶ 2);

WHEREAS, counsel for NetSeer is agreeable to a one-week continuance of the June 30, 2016 hearing (Neta Decl., ¶ 3);

WHEREAS, there has been one (1) previous time modification with respect to the motion to dismiss second amended complaint hearing (Neta Decl., ¶ 4);

WHEREAS, the requested time modification will have no effect on the schedule for the case (Neta Decl., ¶ 5);

WHEREAS, there is good cause for the requested continuance, no prejudice will result therefrom, and the parties seeking a continuance have acted diligently (Neta Decl., ¶ 6).

NOW THEREFORE, the parties stipulate and request an order as follows:

1. The hearing on NetSeer's motion to dismiss second amended complaint (Dkt. 84) should be continued to ~~July 21, 2016 (or~~ July 15, 2016 [~~the earliest~~ date ~~thereafter]~~) at 10:00 a.m. ; and

2. The briefing schedule on NetSeer's motion to dismiss second amended complaint (Dkt. 84) will remain unaffected.

DATED this 1st day of July 2016.

**NEWMAN DU WORS LLP**

By: /s/ Leeor Neta
Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com

Attorney for Plaintiff
Media.Net Advertising FZ-LLC

DATED this 1st day of July 2016.

**PILLSBURY WINTHROP LLP**

By: /s/ Vernon Granneman
Vernon Granneman, State Bar No. 83532
vernon.granneman@pilsburylaw.com

Attorney for Defendant
Netseer, Inc.

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED. (as modified above)

3 | DATED:     July 1, 2016

_____
The Honorable
United States Judge Edward M. Chen

IT IS SO ORDERED AS MODIFIED