Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com
Newman Du Wors LLP
600 California St., 11th Floor
San Francisco, CA 94109
Telephone: (415) 944-5424
Facsimile: (415) 944-5423

Attorneys for Plaintiff
Media.net Advertising FZ-LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIA.NET ADVERTISING FZ-LLC, a foreign limited liability company<br><br>Plaintiff,<br><br>v.<br><br>NETSEER, INC., a Delaware corporation, and DOES 1-10,<br><br>Defendants. | No. 3:14-cv-03883-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE NOVEMBER 8, 2016 CASE MANAGEMENT CONFERENCE AND TIME TO FILE RELATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>The Honorable Edward M. Chen<br>Current Date:    November 8, 2016<br>Proposed Date:   November 22, 2016<br>Courtroom:       5, 17th Floor |

   Plaintiff Media.net Advertising FZ-LLC and Defendant NetSeer, Inc. (the "Parties") through their respective counsel, hereby stipulate and agree as follows:
   WHEREAS, the Court has scheduled a Case Management Conference for November 8, 2016 at 10:30 a.m. and directed the Parties to file a Joint Case Management Conference Statement on or before November 1, 2016 (see Dkt. 106);
   WHEREAS, lead counsel for the Defendant, Vernon H. Granneman, had a personal medical emergency this week and he is not currently available to prepare

the Joint Case Management Conference Statement or attend the related conference and the Clerk of the Court directed the parties to file this stipulation to continue all dates in order to allow time for Mr. Granneman to recover and return to work;

NOW THEREFORE, the Parties stipulate and request an order as follows:

1. The Case Management Conference currently scheduled for November 8, 2016 at 10:30 a.m., is continued to November 22, 2016 at 10:30 a.m. (or _____ [the earliest date thereafter] at _____;) and

2. The Parties shall file a Joint Case Management Conference Statement seven days in advance of the rescheduled conference.

DATED November 1, 2016.

**NEWMAN DU WORS LLP**

By: /s/ Leeor Neta
Leeor Neta, SBN 233454
leeor@newmanlaw.com

Attorney for Plaintiff
Media.net Advertising FZ-LLC

**PILLSBURY WINTHROP LLP**

By: /s/ Dianne Sweeney
Vernon H. Granneman, SBN 83532
Dianne L. Sweeney, SBN 187198
vernon.granneman@pilsburylaw.com
dianne@pilsburylaw.com

Attorneys for Defendant
Netseer, Inc.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: 11/3/2016

The _____ Chen
United _____ Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen