Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com
NEWMAN DU WORS LLP
600 California Street, 14th Floor
San Francisco, CA 94109
Telephone:     (415) 944-5422
Facsimile:      (415) 944-5423

Attorney for Plaintiff
Media.net Advertising FZ-LLC

Vernon H. Granneman, State Bar No. 083532
vernon.granneman@pillsburylaw.com
Dianne L. Sweeney, State Bar No. 187198
dianne@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone:     (650) 233-4500
Facsimile:      (650) 233-4545

Attorney for Defendant
NetSeer, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIA.NET ADVERTISING FZ-LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NETSEER, INC. and DOES 1 10,<br><br>    Defendants. | No. 14-cv-03883-EMC<br><br>JOINT CASE MANAGEMENT STATEMENT—NOTICE OF AGREEMENT IN PRINCIPAL TO SETTLE THIS MATTER<br><br>Hearing Date: November 22, 2016<br>Hearing Time: 10:30 a.m.<br>Courtroom: 5, 17th Floor<br>The Honorable Edward M. Chen |

Plaintiff Media.Net Advertising FZ-LLC and NetSeer, Inc. ("Netseer") (collectively referred to as the "Parties" or individually as the "Party"), by and through their counsel of record, hereby submit this joint case management conference statement:

### **THE PARTIES HAVE REACHED AN AGREEMENT IN PRINCIPLE**

Over the last several months, the parties have been in settlement discussions and have participated in a settlement conference with Magistrate Judge Beeler that took place on September 16, 2016. With the assistance of Judge Beeler as well as subsequent discussions between the principals, the Parties recently reached an agreement in principle to settle this matter. The Parties are currently working to further detail that agreement and begin the process of documenting the settlement.

Separate from the settlement progress and as previously raised to the Court, Vern Granneman, lead counsel for NetSeer, is out of the office on an unexpected medical leave. While Mr. Granneman had surgery last week, he currently hopes to return to the office later this month.

Given the upcoming trial date and related preparations (including discovery) as well as Mr. Granneman's medical condition, the parties request that the Court keep the currently scheduled case management conference on calendar so that they can advise the Court of the settlement status and, if needed, address the discovery and trial schedules.

Between now and the case management conference next week, the parties will work as expeditiously as practicable, to draft and execute a settlement agreement. The parties are meeting, in person, today to work the issue.

Counsel for the parties will advise the Court on or before November 21, 2016 if there is no longer a need for the case management conference because an agreement has been executed and a dismissal of this lawsuit is forthcoming.

### **ATTESTATION**

By signing this Joint Case Management Statement, the counsel for each party listed below concurs in its filing. This document is being filed through the Electronic Case Filing

(ECF) system on behalf of Dianne L. Sweeney.  By her signature, she attests that she has obtained concurrence in the filing of this document from counsel for Plaintiff in this matter.

DATED this 15th day of November 2016.

                              NEWMAN DU WORS LLP

                              By:    /s/ Leeor Neta
                                   Leeor Neta

                                   Attorney for Plaintiff
                                   Media.net Advertising FZ-LLC

DATED this 15th day of November 2016.

                              PILLSBURY WINTHROP LLP

                              By:    /s/ Dianne L. Sweeney
                                   Dianne L. Sweeney
                                   Attorney for Defendant
                                   NetSeer, Inc.