Leeor Neta, State Bar No. 233454
*leeor@newmanlaw.com*
NEWMAN DU WORS LLP
600 California Street, 11th Floor
San Francisco, CA 90401
Telephone:  (415) 944-5422
Facsimile:    (415) 944-5423

Attorneys for Plaintiff
Media.Net Advertising FZ-LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIA.NET ADVERTISING FZ-LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>NETSEER, INC. and DOES 1–10,<br><br>          Defendants. | No. 3:14-cv-03883-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JANUARY 12, 2017 STATUS CONFERENCE AND REMAINING DISCOVERY DEADLINES**<br><br>Date:         January 12, 2016<br>Time:         10.30 a.m.<br>Judge:        Hon. Edward Chen<br>Location:    Courtroom 5, 17th Floor |

Plaintiff Media.net Advertising FZ-LLC's ("Media.net" or "Plaintiff") and Defendant NetSeer, Inc. ("NetSeer" or Defendant) (collectively, the "Parties"), by and through their counsel of record, stipulate and agree as follows:

WHEREAS, on January 4, 2017, the Honorable Edward M. Chen set a status conference in this case for January 12, 2017 at 10:30 a.m.;

WHEREAS, on January 5, 2017, the Honorable Laurel R. Beeler held a settlement call with counsel only;

WHEREAS, at the last settlement conference, the Parties reached an agreement in principle, but could not put it on the record immediately for reasons having to do with the structure of the settlement;

WHEREAS, on December 22, 2016, the Parties executed a commercial agreement in connection with the settlement of this litigation which provides for closing on or before January 15, 2017 (the "Asset Purchase Agreement" or "APA" dated as of December 22, 2016);

WHEREAS, the Parties are discussing a renegotiation of the purchase price;

WHEREAS, the Parties have thus far been unable to reach agreement on any amendment, modification or other change to the APA, including dismissal of this litigation;

WHEREAS, the parties agree that it makes no sense to finalize discovery and litigate discovery disagreements if they have settled the case;

WHEREAS, Judge Beeler ordered the parties to confer and then submit by January 10, 2017 to Judge Chen for his consideration, a firm timeline for finalizing settlement and for postponing discovery (but not the trial or dispositive motions dates) to allow that process;

WHEREAS, Judge Beeler set a further in-person settlement conference with all parties and principals for Thursday, January 26, 2017 at 9:30 a.m.;

WHEREAS, the parties agree the Court should maintain the current trial and motions deadlines;

WHEREAS, the parties agree that discovery in the case shall be stayed until Tuesday, January 17, 2017, in order to allow the parties time to negotiate and finalize, if possible, any amendment, modification or other change to the APA;

WHEREAS, counsel for the parties agree to the following continuance of the status conference and amendment of certain discovery deadlines (Declaration of Leeor Neta, dated January 10, 2017 ("Neta Decl."), ¶ 2));

1. The status conference scheduled for January 12, 2017 at 10:30 a.m. shall be vacated and continued to February 2, 2017 at 10:30 a.m. The parties shall file a joint status report seven days in advance of the rescheduled conference.

2. The April 11, 2016 First Amended Case Management and Pretrial Order for Jury Trial ("Pretrial Order", Dkt. 78) shall be amended as follows:

    a. The date for Non-Expert Discovery Cut-Off and Opening Expert Reports shall be continued from January 20, 2017 to February 17, 2017.

    b. The date for Rebuttal Expert Reports shall be continued from February 3, 2017 to March 3, 2017.

    c. The date for Expert Discovery Cut-Off shall be continued from February 17, 2017 to March 17, 2017.

NOW THEREFORE, the Parties stipulate and request an order as follows:

1. All discovery shall be stayed until Tuesday, January 17, 2017.

2. The status conference scheduled for January 12, 2017 at 10:30 a.m. shall be vacated and continued to February 2, 2017 at 10:30 a.m. The parties shall file a joint status report seven days in advance of the rescheduled conference.

3. The April 11, 2016 First Amended Case Management and Pretrial Order for Jury Trial ("Pretrial Order", Dkt. 78) shall be amended as

follows:

    a. The date for Non-Expert Discovery Cut-Off and Opening Expert Reports shall be continued from January 20, 2017 to February 17, 2017.

    b. The date for Rebuttal Expert Reports shall be continued from February 3, 2017 to March 3, 2017.

    c. The date for Expert Discovery Cut-Off shall be continued from February 17, 2017 to March 17, 2017.

4. The deadline for hearing dispositive motions remains vacated.

5. Except as expressly amended, the dates in the Pretrial Order (Dkt. 78) are unchanged, including the scheduled date of May 8, 2017 for commencement of trial.

DATED January 10, 2017.

By: /s/ Leeor Neta
Leeor Neta, Attorney for Plaintiff
Media.Net Advertising FZ-LLC

By: /s/ Vernon H. Granneman
Vernon H. Granneman, Attorney for
Defendant NetSeer, Inc.

## SIGNATURE ATTESTATION

Per Civil L.R. 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Vernon H. Granneman.

By: /s/ Leeor Neta
Leeor Neta

# [PROPOSED] ORDER

PER STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS ORDERED AS FOLLOWS:

1. All discovery shall be stayed until Tuesday, January 17, 2017.

2. The status conference scheduled for January 12, 2017 at 10:30 a.m. shall be vacated and continued to February 2, 2017 at 10:30 a.m. The parties shall file a joint status report seven days in advance of the rescheduled conference.

3. The April 11, 2016 First Amended Case Management and Pretrial Order for Jury Trial ("Pretrial Order", Dkt. 78) shall be amended as follows:
    a. The date for Non-Expert Discovery Cut-Off and Opening Expert Reports shall be continued from January 20, 2017 to February 17, 2017.
    b. The date for Rebuttal Expert Reports shall be continued from February 3, 2017 to March 3, 2017.
    c. The date for Expert Discovery Cut-Off shall be continued from February 17, 2017 to March 17, 2017.

4. The deadline for hearing dispositive motions remains vacated.

//
//

5. Except as expressly amended, the dates in the Pretrial Order (Dkt. 78) are unchanged, including the scheduled date of May 8, 2017 for commencement of trial.

Dated _____1/10/2017_____.

By: _____
Honorable
United States District Judge



IT IS SO ORDERED

Judge Edward M. Chen