```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    VERNON H. GRANNEMAN  (SBN 83532)
 2  vernon.granneman@pillsburylaw.com
    2550 Hanover Street
 3  Palo Alto, CA  94304-1115
    Telephone:  (650) 233-4500
 4  Facsimile:  (650) 233-4545
 5
    Attorneys for Defendant,
 6  NETSEER, INC.
 7
 8
 9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                        SAN FRANCISCO DIVISION
12
13  Media.net Advertising FZ-LLC         Case No. 14-cv-03883-EMC
14          Plaintiff,
                                         [PROPOSED] ORDER DISMISSING
15     v.                                ACTION WITH PREJUDICE
16  NetSeer, Inc.                        Hon. Edward M. Chen
17          Defendant.
18
19     Having considered the Stipulation for Dismissal of Action, etc., filed
20  herewith by the Parties, Plaintiff Media.net Advertising FZ-LLC and
21  Defendant NetSeer, Inc., and GOOD CAUSE appearing therefore,
22     IT IS HEREBY ORDERED that the above-captioned action is
23  dismissed with prejudice in its entirety, with each Party to bear its own
24  attorneys' fees and costs.
25
26
27
28
```

1   IT IS FURTHER ORDERED that the Court shall retain jurisdiction
2   over this action following its dismissal for the sole purpose of enforcing the
3   parties' settlement. All dates are vacated. The Clerk of the Court is directed to close this case.
4   Dated: ___2/1___, 2017.

_____
United States District Judge Edward Chen

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

## ATTESTATION

This document is being filed through the Electronic Case Filing (ECF) system on behalf of Vernon H. Granneman. By his signature, he attests that he has obtained concurrence in the filing of this document from counsel for Plaintiff in this matter.

Dated: January 31, 2017

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Vernon H. Granneman
Vernon H. Granneman
Attorney for Defendant NetSeer, Inc.